UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM PARZIALE,

    Plaintiff,

v.

THE ALLSTATE CORPORATION a/k/a ALLSTATE WORKPLACE DIVISION ("ALLSTATE") AND AMERICAN HERITAGE LIFE INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF THE ALLSTATE CORPORATION,

    Defendants.

Civil Action No. _____

04-11377MLW

MAGISTRATE JUDGE Collings

RECEIPT #_____
AMOUNT $ 150 -
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE 6-17-04

**NOTICE OF REMOVAL**

TO: **CLERK OF COURT**
    **U.S. DISTRICT COURT for the DISTRICT OF MASSACHUSETTS**

PLEASE TAKE NOTICE that the Defendants, Allstate Workplace Division ("AWD") and American Heritage Life Insurance Company ("AHLI") (collectively, "Defendants"), hereby file this Notice of Removal, pursuant to 28 U.S.C. §§ 1441(a) and 1446, and Rule 81(c) of the Federal Rules of Civil Procedure. The grounds for removal are as follows:

1. On or about May 17, 2004, Plaintiff commenced a civil action entitled <u>William Parziale v. The Allstate Corporation a/k/a Allstate Workplace Division ("Allstate") and American Heritage Life Insurance Company, A Wholly Owned Subsidiary of the Allstate Corporation</u>, Civil Action No. 04-1254, in Superior Court, Middlesex County at Cambridge, Massachusetts. Service of the Summons, Civil Action Cover Sheet, and Complaint was made on Defendants on or about May 20, 2004. Copies of the Summons, Complaint, and Civil Action

Cover Sheet are attached hereto as **Exhibit 1**. There have been no further proceedings in this action.

2. The Complaint alleges that Defendants did not pay the Plaintiff benefits under a $99,000 life insurance policy of which the Plaintiff was the named beneficiary.

3. The Complaint also alleges that Plaintiff is a resident of Nashua, New Hampshire.

4. AWD and AHLI are corporations organized and existing under the laws of the State of Florida with their principal places of business in Jacksonville, Florida.

5. The matter in controversy exceeds $75,000.

6. Based on the foregoing, this Court has original subject matter jurisdiction under 28 U.S.C. §1332(a)(1) because the action is between citizens of different states. Defendants, therefore, are entitled to have this action removed pursuant to 28 U.S.C. § 1441(a).

7. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) in that the United States District Court for the District of Massachusetts embraces the location in which the state court action is pending (i.e., Cambridge, Massachusetts).

8. This Notice of Removal is being filed within thirty (30) days of Defendants' receipt of the Summons and Complaint, as required by 28 U.S.C. § 1446(b).

9. Defendants will send a copy of this Notice of Removal to Plaintiff's counsel and to the Clerk of the Superior Court, Middlesex County, to be filed with that Court, pursuant to 28 U.S.C. § 1446(d).

10. Pursuant to Local Rule 81.1 of this Court, within thirty (30) days, Defendants will file with the Clerk of this Court certified or attested copies of all records and proceedings in the State Court and a certified or attested copy of all docket entries there.

WHEREFORE, Defendants hereby remove the above-captioned action now pending in the Superior Court, Middlesex County, Massachusetts to the United States District Court for the District of Massachusetts.

Respectfully submitted,

ALLSTATE WORKPLACE DIVISION AND AMERICAN HERITAGE LIFE INSURANCE COMPANY, Defendants,

By their attorneys,

DATED: June 17, 2004

Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
(617) 345-4600

### CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 17th day of June, 2004, I served a true and correct copy of the foregoing Notice of Removal via first class mail, postage prepaid, upon Plaintiff's counsel, Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, MA 02108.

Hobart F. Popick

JS 44
(REV. 3/99)

# CIVIL COVER SHEET

*04-11377MLW* (stamped)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
William Parziale

## DEFENDANTS
Allstate Workplace Division
American Heritage Life Insurance Company

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  **Hillsborough (NH)**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(C)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
Patricia Michaels
10 Tremont Street, 4th Floor
Boston, MA 02108
617-227-1550

ATTORNEYS (IF KNOWN)
Jonathan I. Handler
Day, Berry & Howard LLP
260 Franklin Street, Boston, MA 02110-3179
617-345-4600

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY (cont.)**
- ☐ 362 Personal Injury— Med. Malpractice
- ☐ 365 Personal Injury— Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Equipment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure Of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUES UNLESS DIVERSITY)

28 U.S.C. § 1332. Plaintiff alleges that Defendants failed to pay a claim on a life insurance policy.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $ >25,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____  DOCKET NUMBER _____

DATE: June 17, 2004

SIGNATURE OF ATTORNEY OF RECORD: *[signature: Jonathan I. Handler]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)

   William Parziale v. The Allstate Corporation a/k/a Allstate Workplace Division and American Heritage Life Insurance Company

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   _____  I.   160, 410, 470, R23, REGARDLESS OF NATURE OF SUIT.

   _____  II.  195, 368, 400, 440, 441 444, 540, 550 625, 710, 720, 730,
               740, 790, 791, 820, 830, 840, 850, 890, 892 894, 895, 950.

   __X__  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315,
               320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385,
               450, 891.

   _____  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

   _____  V.   150, 152, 153.

   **04 - 11377 MLW**

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   **NO**

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? **NO**

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403) **N/A**

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? **NO**

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). **NO** OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)). **NO**

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? **NO** (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? **N/A**

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION **N/A** OR WESTERN SECTION **N/A**

(PLEASE TYPE OR PRINT)
ATTORNEYS NAME  Jonathan I. Handler

ADDRESS  Day, Berry & Howard LLP, 260 Franklin St., Boston, MA 02110

TELEPHONE NO.  617-345-4600

(Category.frm - 09/92)