## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM PARZIALE,<br><br>      Plaintiff,<br>v.<br><br>THE ALLSTATE CORPORATION a/k/a<br>ALLSTATE WORKPLACE DIVISION<br>("ALLSTATE") AND AMERICAN<br>HERITAGE LIFE INSURANCE COMPANY,<br>A WHOLLY OWNED SUBSIDIARY OF<br>THE ALLSTATE CORPORATION,<br><br>      Defendants. | Civil Action No. 04-11377-MLW |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendants Allstate Workplace Division ("AWD") and American Heritage Life Insurance Company ("AHLI") (collectively "Defendants") state the following: AWD is the marketing name for AHLI, a wholly-owned subsidiary of American Heritage Life Investment Corporation ("AHLIC"); AHLIC is a wholly-owned subsidiary of The Allstate Corporation, a publicly traded company.





        Respectfully submitted,

        ALLSTATE WORKPLACE DIVISION AND
        AMERICAN HERITAGE LIFE INSURANCE
        COMPANY

        By their attorneys,

        */s/ Hobart F. Popick*
        ―――――――――――――――――――
        Jonathan I. Handler (BBO # 561475)
        Hobart F. Popick (BBO # 658763)
        DAY, BERRY & HOWARD LLP
        260 Franklin Street
        Boston, Massachusetts 02110-3179

DATED: June 17, 2004   (617) 345-4600


### CERTIFICATE OF SERVICE

  I, Hobart F. Popick, hereby certify that on the 17th day of June, 2004, I served a true and correct copy of the foregoing Notice of Filing of Notice of Removal via first class mail, postage prepaid, upon Plaintiff's counsel, Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, MA 02108.

        */s/ Hobart F. Popick*
        ―――――――――――――――――――
        Hobart F. Popick