UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM PARZIALE,<br><br>       Plaintiff,<br>v.<br><br>THE ALLSTATE CORPORATION a/k/a<br>ALLSTATE WORKPLACE DIVISION<br>("ALLSTATE") AND AMERICAN<br>HERITAGE LIFE INSURANCE COMPANY,<br>A WHOLLY OWNED SUBSIDIARY OF<br>THE ALLSTATE CORPORATION,<br><br>       Defendants. | Civil Action No. 04-11377-MLW |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jonathan I. Handler, on behalf of the Defendants, Allstate Workplace Division and American Heritage Life Insurance Company, in connection with the above-captioned action.



Respectfully submitted,

ALLSTATE WORKPLACE DIVISION AND
AMERICAN HERITAGE LIFE INSURANCE
COMPANY

By their attorneys,

*/s/ Jonathan I. Handler*
Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
(617) 345-4600

DATED: June 17, 2004

### CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 17th day of June, 2004, I served a true and correct copy of the foregoing Notice of Filing of Notice of Removal via first class mail, postage prepaid, upon Plaintiff's counsel, Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, MA 02108.

Hobart F. Popick