UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


WILLIAM PARZIALE,                )
        Plaintiff(s),            )
                                 )
v                                )        C.A. No. 04-11377-MLW
                                 )
THE ALLSTATE CORP.,              )
        Defendant(s),            )


MEMORANDUM AND ORDER


WOLF, D.J.                                September 14, 2004


        This action is one of about 210 civil cases assigned to me.
I am also responsible for about 45 criminal cases, involving
more than 65 defendants, many of whom have been incarcerated
pending trial. Accordingly, I am interested in making
arrangements for the fair and efficient progress and resolution
of some of my civil cases.

        Upon review of my civil docket, I believe that the above
captioned case, and the administration of justice would benefit
from being reassigned for all purposes to Magistrate Judge
Collings, pursuant to 28 U.S.C. § 636(c)(1) and (3). If such
reassignment occurs, Magistrate Judge Collings will decide all
pretrial issues, schedule a firm trial date, conduct any trial

1

that is necessary, with or without a jury, and any appeal would be taken directly to the Court of Appeals for the First Circuit.

Therefore, the parties are being ordered to inform the court by October 7, 2004 whether they consent to a transfer of this case to Magistrate Judge Collings for all purposes. The parties are free to inform the court that they do not consent to the transfer of this case to the Magistrate Judge and will not suffer any adverse substantive consequences. However, any failure to respond by the foregoing date will be deemed a consent to the proposed reassignment.

If the parties do not consent then the Magistrate Judge shall conduct all pre-trial proceedings including scheduling conferences, prepare any necessary report and recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and return the case to the District Judge.

/s/ MARK L. WOLF, D.J.
UNITED STATES DISTRICT COURT