UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM PARZIALE,<br><br>        *Plaintiff,*<br>v.<br><br>THE ALLSTATE CORPORATION a/k/a<br>ALLSTATE WORKPLACE DIVISION<br>("ALLSTATE") AND AMERICAN<br>HERITAGE LIFE INSURANCE COMPANY,<br>A WHOLLY OWNED SUBSIDIARY OF<br>THE ALLSTATE CORPORATION,<br><br>        *Defendants.* | Civil Action No. 04-11377-RBC |

## DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION

      Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they are, respectively, outside and inside counsel for defendants and that they have conferred:

      (a)    with a view to establishing a budget for the costs of conducting the full-course and various alternative courses of the litigation; and

      (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| /s/ Deby Burgi | /s/ Jonathan I. Handler |
| Deby Burgi, Esq. | Jonathan I. Handler (BBO #561475) |
| Assistant Vice President, Legal Department | Hobart F. Popick (BBO #658763) |
| American Heritage Life Insurance Company | DAY, BERRY & HOWARD LLP |
| 1776 American Heritage Life Drive | 260 Franklin Street |
| Jacksonville, Florida  32224 | Boston, Massachusetts  02110 |
| | (617) 345-4600 |

-2-

## CERTIFICATE OF SERVICE

    I, Jonathan I. Handler, hereby certify that on the 7th day of December, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, Massachusetts 02108.

                                            /s/ Jonathan I. Handler
                                            Jonathan I. Handler