**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| WILLIAM PARZIALE,<br><br>      *Plaintiff,*<br>v.<br><br>THE ALLSTATE CORPORATION a/k/a<br>ALLSTATE WORKPLACE DIVISION<br>("ALLSTATE") AND AMERICAN<br>HERITAGE LIFE INSURANCE COMPANY,<br>A WHOLLY OWNED SUBSIDIARY OF<br>THE ALLSTATE CORPORATION,<br><br>      *Defendants.* | Civil Action No. 04-11377-RBC |

**JOINT STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 16.1(D)**

The Plaintiff, William Parziale ("Parziale") and the Defendants, Allstate Corporation, a/k/a Allstate Workplace Division, and American Heritage Life Insurance Company, (collectively, "Allstate"), by their attorneys, submit the following joint statement in the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.1(D).

**I.   RULE 26(F)/LOCAL RULE 16.1 (B) CONFERENCE**

The Parties held a telephone conference pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B) on November 30, 2004.  The following counsel participated in the teleconference:

Hobart F. Popick of Day, Berry & Howard, LLP for Allstate;

Patricia Michaels for Parziale.

**II.   PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE**

The Parties hereby submit the following proposed pretrial schedule:

1. Automatic disclosures to be served on or before December 28, 2004.

2. Amendments and/or supplements to the pleadings are to be filed on or before December 28, 2004.

3. All discovery, including completion of fact and expert depositions and responses to all discovery requests, to be completed on or before April 14, 2004.

4. All dispositive motions are to be filed on or before June 1, 2004.

5. All oppositions to dispositive motions must be filed on or before June 15, 2004.

6. All reply briefs must be filed, with leave of court, on or before July 1, 2004.

### III. OTHER MATTERS

1. <u>Trial by Magistrate.</u>  The Parties have previously consented to trial before a United States Magistrate Judge.

2. <u>Certification of Consultation.</u>  Allstate submits Defendants' Local Rule 16.1(D)(3) Certification in a separate document filed herewith.  Parziale shall file his Local Rule 16.1(D)(3) Certification at or before the initial scheduling conference.

3. <u>Settlement Proposals.</u>  Parziale has provided Allstate with a written settlement proposal pursuant to Local Rule 16.1(C).  Allstate has provided Parziale with a written response.

### IV. AGENDA

The Parties propose the following agenda for the Scheduling Conference:

1. The discovery plan and the case schedule outlined above;

2. Such other matters as the Court may find appropriate.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff<br>**WILLIAM PARZIALE,** | Respectfully submitted,<br>The Defendants<br>**ALLSTATE WORKPLACE DIVISION AND AMERICAN HERITAGE LIFE INSURANCE COMPANY** |
| By his attorney, | By their attorneys, |
| /s/ Patricia Michaels<br>Patricia Michaels (BBO # 642945)<br>10 Tremont Street, 4th Floor<br>Boston, Massachusetts 02108<br>(617) 227-1550 | /s/ Hobart F. Popick<br>Jonathan I. Handler (BBO # 561475)<br>Hobart F. Popick (BBO # 658763)<br>DAY, BERRY & HOWARD LLP<br>260 Franklin Street<br>Boston, Massachusetts 02110-3179<br>(617) 345-4600 |

Dated:  December 7, 2004

## CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 7th day of December, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to:  Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, Massachusetts 02108.

/s/ Hobart F. Popick
Hobart F. Popick