# United States District Court District of Massachusetts

WILLIAM PARZIALE,
    Plaintiff,

v.   CIVIL ACTION NO. 04-11377-RBC

THE ALLSTATE CORPORATION, ETC.,
AMERICAN HERITAGE LIFE
    INSURANCE COMPANY, ETC.,
    Defendants.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    Automatic disclosures must be COMPLETED *on or before the close of business on Tuesday, December 28, 2004.*.

    (2)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Tuesday,*

*December 28, 2004;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules.*

(3)   All other discovery shall be filed and/or served *on or before the close of business on Tuesday, March 8, 2005* and *COMPLETED on or before the close of business on Thursday, April 14, 2005.*

(4)   Counsel shall report for a further conference on *Tuesday, May 3, 2005 at 11:00 A.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At said conference, the Court shall hear counsel as to (a) the status of discovery and (b) whether the case should be referred for mediation, (c) and any dispositive motions which are contemplated.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

December 14, 2004.