UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-11377-RBC

WILLIAM PARZIALE, )
    PLAINTIFF, )
 )
v. )
 )
THE ALLSTATE CORPORATION A/K/A )
ALLSTATE WORKPLACE DIVISION )
("ALLSTATE) AND AMERICAN )
HERITAGE LIFE INSURANCE )
COMPANY, A WHOLLY OWNED )
SUBSIDIARY OF THE ALLSTATE )
CORPORATION, )
    DEFENDANTS. )

## CERTIFICATION OF CONSULTATION

Pursuant to Local Rule 16.1, the undersigned hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

_____
William Parziale
18 Park Dr. Apt. 7
Woburn MA 01801

_____
Patricia Michaels (BBO#:642945)
Law Office of Patricia Michaels
10 Tremont Street, 4th Floor
Boston, MA 02108
617-227-1550

12-14-04
N. Russo