UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-11377-RBC

| | |
|---|---|
| WILLIAM PARZIALE, <br>     PLAINTIFF, <br><br> v. <br><br> THE ALLSTATE CORPORATION A/K/A <br> ALLSTATE WORKPLACE DIVISION <br> ("ALLSTATE) AND AMERICAN <br> HERITAGE LIFE INSURANCE <br> COMPANY, A WHOLLY OWNED <br> SUBSIDIARY OF THE ALLSTATE <br> CORPORATION, <br>     DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1)

Pursuant to Federal Rule of Ciil Procedure 26(a)(1) and Local Rule 26.2(A), the Plaintiff, William Parziale ("Parziale") by his attorney, hereby state as follows:

## GENERAL OBJECTIONS

1. Parziale reserves his rights as contemplated by Fed.R.Civ.P.26(e) to supplement his disclosures at a future date.

2. Parziale does not waive his right to object to any discovery request, or to move for a protective order with respect to any such request on grounds including, but not limited to, attorney-client privilege, the work product doctrine, undue burden, relevance, and whether a particular matter is beyond the scope of Rule 26(b) of the Federal Rules of Civil Procedure.

## DISCLOSURES

A. **Identification of individuals likely to have discoverable information that Parziale may use to support his claims**

Plaintiff states that he may call any and all witnesses named in Defendant's Initial Disclosure. Additionally, Plaintiff specifically names, John Connaughton of Connaughton Construction 564 Main Street, Suite 202, Waltham, MA 02452. Mr. Connaughton is Ms. Veronesi's former employer.

B. **Description by category and location of documents in Parziale's possession that Parziale may use to support his claims.**

Plaintiff states that all medical records and other documents gathered in the course of litigation are in the possession of Parziale's attorney, Patricia Michaels, Esq. 10 Tremont Street, 4th Floor, Boston, MA 02108.

C. **Computation of Damages**

Parziale seeks damages in the amount of $99,000.00. Ms. Veronesi bought a $99,000 life insurance policy from the defendants, naming Parziale as the sole primary beneficiary.

William Parziale,
By his attorney,

_____
Patricia Michaels (BBO#642945)
10 Tremont St., 4th Floor
Boston, MA 02108
(617) 227-1550
Fax: (617) 227-1545

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-11377-RBC

| | |
|---|---|
| WILLIAM PARZIALE,<br>    PLAINTIFF,<br><br>v.<br><br>THE ALLSTATE CORPORATION A/K/A<br>ALLSTATE WORKPLACE DIVISION<br>("ALLSTATE) AND AMERICAN<br>HERITAGE LIFE INSURANCE<br>COMPANY, A WHOLLY OWNED<br>SUBSIDIARY OF THE ALLSTATE<br>CORPORATION,<br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Patricia Michaels, hereby certify that I have on this day caused the within documents to be served upon defense counsel by mailing same via first class mail to:

Hobart F. Popick, Esq.
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110-3179

_____
Patricia Michaels, Esq.