# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM PARZIALE,<br><br>    *Plaintiff,*<br><br>v.<br><br>THE ALLSTATE CORPORATION a/k/a<br>ALLSTATE WORKPLACE DIVISION<br>("ALLSTATE") AND AMERICAN<br>HERITAGE LIFE INSURANCE COMPANY,<br>A WHOLLY OWNED SUBSIDIARY OF<br>THE ALLSTATE CORPORATION,<br><br>    *Defendants.* | Civil Action No. 04-11377-RBC |

## ASSENTED-TO MOTION TO AMEND THE CAPTION

   The Defendants, the Allstate Corporation, a/k/a Allstate Workplace Division and American Heritage Life Insurance Company (collectively, "AHL") respectfully request that this Court grant their Assented-To Motion to Amend the Caption by designating "American Heritage Life Insurance Company" as the sole defendant in all future captions and correspondence. In support of this Motion, AHL states as follows:

   1.  The Plaintiff, William Parziale ("Parziale") initiated this action by filing a Complaint and Jury Demand on or about March 30, 2004 in the Commonwealth of Massachusetts, Superior Court Department, Middlesex County at Cambridge, Civil Action No. 04-1254 styled *William Parziale v. The Allstate Corporation a/k/a Allstate Workplace Division ("Allstate") and American Heritage Life Insurance Company, a Wholly Owned Subsidiary of the Allstate Corporation.* The Defendants removed this action to the United States District Court, District of

Massachusetts pursuant to Defendants' Notice of Removal, filed on or about June 17, 2004, Civil Action No. 04-11377-RBC.

2. In the Complaint, Parziale alleges he is entitled to recover from AHL under a life insurance policy, American Heritage Life Insurance Company Policy No. 95071110 (the "Policy"), of which he was the beneficiary.

3. Although the Policy was issued by American Heritage Life Insurance Company ("AHL"), the Complaint incorrectly references "The Allstate Corporation a/k/a Allstate Workplace Division" as a party-defendant in the caption. Allstate Workplace Division is not an independent entity, nor is it synonymous with the Allstate Corporation. Rather, Allstate Workplace Division is the marketing name of American Heritage Life Insurance Company. American Heritage Life Insurance Company is in turn a wholly owned subsidiary of the Allstate Corporation.

4. Therefore, the defendant that is the real party in interest is American Heritage Life Insurance Company.

5. Accordingly, in the interests of clarity and consistency, American Heritage Life Insurance Company, as the proper defendant in this action, should be the only defendant referenced in the caption.

6. The requested substitution shall merely reflect the correct name of the party defendant and will in no manner prejudice Parziale in his pursuit of his claims, as evidenced by Parziale's assent to the instant Motion.

WHEREFORE, AHL respectfully requests that American Heritage Life Insurance Company be substituted as the defendant in this action, and that all future captions and

correspondence in this action be styled *William Parziale v. American Heritage Life Insurance Company*.

Respectfully submitted,

**ALLSTATE CORPORATION, ALLSTATE WORKPLACE DIVISION AND AMERICAN HERITAGE LIFE INSURANCE COMPANY**

By their attorneys,

/s/ Hobart F. Popick
Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110
(617) 345-4600

Dated: January 25, 2005

## CERTIFICATE OF SERVICE

    I, Hobart F. Popick, hereby certify that on the 25th day of January, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, Massachusetts 02108.

/s/ Hobart F. Popick
Hobart F. Popick
