# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM PARZIALE,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>THE ALLSTATE CORPORATION a/k/a ALLSTATE WORKPLACE DIVISION ("ALLSTATE") AND AMERICAN HERITAGE LIFE INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF THE ALLSTATE CORPORATION,<br><br>　　　　*Defendants.* | Civil Action No. 04-11377-RBC |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2)

Pursuant to Local Rule 7.1 (A) (2), I, Hobart F. Popick, Counsel for the Defendants, the Allstate Corporation, a/k/a Allstate Workplace Division and American Heritage Life Insurance Company (collectively, "AHL"), hereby certify that on January 20, 2005, I spoke via telephone with Patricia Michaels, attorney for the Plaintiff, regarding the Defendants' Motion to Amend the Caption, in a good faith attempt to resolve or narrow the issues raised by the aforementioned Motion. Attorney Michaels advised counsel for the Defendants that the Plaintiff assents to the Defendants' Motion to Amend the Caption.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **ALLSTATE CORPORATION, ALLSTATE WORKPLACE DIVISION AND AMERICAN HERITAGE LIFE INSURANCE COMPANY** |
|  | By their attorneys, |
|  | /s/ Hobart F. Popick<br>Jonathan I. Handler (BBO # 561475)<br>Hobart F. Popick (BBO # 658763)<br>DAY, BERRY & HOWARD LLP<br>260 Franklin Street<br>Boston, Massachusetts 02110<br>(617) 345-4600 |
| Dated: January 25, 2005 |  |

## CERTIFICATE OF SERVICE

    I, Hobart F. Popick, hereby certify that on the 25th day of January, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, Massachusetts 02108.

/s/ Hobart F. Popick
Hobart F. Popick