UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM PARZIALE, <br> Plaintiff, <br> vs. <br><br> AMERICAN HERITAGE LIFE <br> INSURANCE COMPANY, A <br> WHOLLY OWNED SUBSIDIARY <br> OF THE ALLSTATE CORPORATION. <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action <br><br> No.: 04-11377-RBC |

## STATUS REPORT

The Plaintiff, William Parziale(Parziale) is the beneficiary of a $99,000 life insurance policy issued by the Defendant, American Heritage Life Insurance(AHLI) to Maryann Veronesi on July 25, 2001. Veronesi died on March 4, 2002. On March 7, 2003 AHLI informed Parziale that it would not pay the benefit under the policy and that it was rescinding the policy because of "material misrepresentations in her [Veronesi] application for coverage."

Discovery is complete. AHLI has deposed William Parziale, Robert Ehrlich, an independent agent of AHLI who took Veronesi's application, and Karen Ouellette, a long time friend and Executrix of Veronesi's estate. A volume of medical records has been produced.

A review of all of the available evidence suggests the defendant will not be able to meet its burden of proof under M.G.L. c. 175 §124 that any statements made by Veronesi on her application or insurance were willfully false, fraudulent or misleading.

Plaintiff is preparing a motion for summary judgment. It is expected that the motion will be filed within ten (10) days.

WILLIAM PARZIALE,
By his attorney,

/s/ Patricia Michaels
Patricia Michaels, Esq.
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street, 4th Floor
Boston, Massachusetts 02108
(617) 227-1550
BBO# 642945

Dated: May 3, 2005

5/3/2005
N. Rusher

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM PARZIALE,<br>    Plaintiff,<br>vs.<br><br>AMERICAN HERITAGE LIFE<br>INSURANCE COMPANY, A<br>WHOLLY OWNED SUBSIDIARY<br>OF THE ALLSTATE CORPORATION.<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br><br>No.: 04-11377-RBC |

### CERTIFICATE OF SERVICE

I, Patricia Michaels, hereby certify that I have on this day caused plaintiff's Status Report to be served upon defense counsel via in-hand service upon:

Hobart F. Popick, Esq.
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110-3179

_____
Patricia Michaels, Esq.
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street, 4thFloor
Boston, Massachusetts 02108
(617) 227-1550
BBO#642945

Dated: May 3, 2005