UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM PARZIALE, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.: 04-11377-RBC |
| | ) | |
| AMERICAN HERITAGE LIFE | ) | |
| INSURANCE COMPANY, A | ) | |
| WHOLLY OWNED SUBSIDIARY | ) | |
| OF THE ALLSTATE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Patricia Michaels, hereby certify pursuant to Local Rule 7.1(A)(2) that I conferred with Hobart Popick III, Esq., attorney for defendant, in a good faith, attempted to resolve or narrow the issues raised by the instant motion but the parties were unable to resolve the issues.

William Parziale,
By his attorney,

_____
Patricia Michaels
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street, 4th Floor
Boston, MA 02108
(617) 227-1550
BBO#642945

Dated: May 23, 2005