UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM PARZIALE, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.: 04-11377-RBC |
| | ) | |
| AMERICAN HERITAGE LIFE | ) | |
| INSURANCE COMPANY, A | ) | |
| WHOLLY OWNED SUBSIDIARY | ) | |
| OF THE ALLSTATE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF WILLIAM PARZIALE'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, William Parziale (Parziale), pursuant to Fed.R.Civ.P. 56 and L.R. 7.1(B), moves for summary judgment on the grounds, *inter alia*, that there are no genuine issues as to any material fact and Parziale is entitled to summary judgment as a matter of law. As grounds therefor, Parziale states:

1. On or before July 25, 2001 defendant, American Heritage Life Insurance Company (AHLI) issued a term life insurance policy in demand of $99,000 to Maryann Veronesi.

2. Veronesi died on March 4, 2002.

3. On March 7, 2003 AHLI informed Parziale, the policy's beneficiary, that it would not pay the benefit to him and it was rescinding the policy issued to Veronesi.

4. AHLI informed Parziale that the reason for its decision not to honor the claim for benefits was because of "material misrepresentations in her application for coverage."

5. There is no evidence that Veronesi made any misrepresentation in her application for the life insurance policy.

These undisputed facts are established by the LR 56.1 Statement of Material Facts of Record incorporated by reference herein, all of which is more specifically set forth in the memorandum of law submitted herewith.

WHEREFORE, plaintiff Parziale respectfully requests that the Court grant him summary judgment and award him fees and costs associated to bringing this action as well as treble damages, pursuant to M.G.L.c. 93A, because defendant knew or should have known that the proceeds of policy the should have been paid to Parziale.

WILLIAM PARZIALE,
By his attorney,

Patricia Michaels, Esq.
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street, 4th Floor
Boston, Massachusetts 02108
(617) 227-1550
BBO# 642945

Dated: May 23, 2005