UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM PARZIALE, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.: 04-11377-RBC |
| | ) | |
| AMERICAN HERITAGE LIFE | ) | |
| INSURANCE COMPANY, A | ) | |
| WHOLLY OWNED SUBSIDIARY | ) | |
| OF THE ALLSTATE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Patricia Michaels, hereby certify that I have on this day caused plaintiff's Motion for Summary Judgment, Statement of Uncontested Facts, Memorandum in Support of Motion and Certification Pursuant to Local Rule 7.1(A)(2) to be served via in-hand service upon counsel for defendant:

Hobart F. Popick, Esq.
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110-3179

_____
Patricia Michaels, Esq.
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street, 4thFloor
Boston, Massachusetts 02108
(617) 227-1550
BBO#642945

Dated: May 23, 2005