

HOME OFFICE: 1776 American Heritage Life Drive ▪ JACKSONVILLE, FLORIDA 32224
(904) 992-1776
A STOCK COMPANY

RECEIVED
MAR 15 2002
CLAIMS DEPT.

The Company will pay the Amount of Insurance if the Insured dies while this Policy is in full force. The payment will be made to the Beneficiary upon receipt of due proof of death.

This Policy is issued subject to all terms on this and the following pages.

### 20 DAY RIGHT TO REFUND

Within 20 days from receipt of this policy, the Owner may return it for any reason. If returned, this policy is void. Any premium or policy fee paid on this policy will be refunded within 20 days from receipt of this policy by the Home Office. The policy may be returned to the Company or to the agent who sold the policy.

Signed for the Company at Jacksonville, Florida.

*Chris A. Verlander*                                    *C. R. Morehead*

Secretary                                                        President

TERM LIFE POLICY - PREMIUMS PAYABLE DURING LIFETIME OF INSURED FOR NUMBER OF YEARS STATED IN POLICY SPECIFICATIONS - AMOUNT OF INSURANCE PAYABLE AT DEATH PRIOR TO EXPIRY DATE - NON-PARTICIPATING - SUBJECT TO MAXIMUM PREMIUM.

Form 10YTP-80                        AHL 00254                        Page 1

# AMERICAN HERITAGE LIFE INSURANCE COMPANY
1776 American Heritage Life Drive, Jacksonville, Florida 32224

## POLICY SPECIFICATIONS

| FORM NO. | DESCRIPTION OF BENEFITS | PREMIUMS NUMBER OF YEARS PAYABLE | ANNUAL AMOUNT |
|---|---|---|---|
| 10YTP-80 | TEN YEAR RENEWABLE AND CONVERTIBLE TERM INSURANCE - CURRENT PREMIUM | 10* | $140.09 * |
|  |  | TOTAL | $140.09 |
|  | TEN YEAR RENEWABLE AND CONVERTIBLE TERM INSURANCE - MAXIMUM PREMIUM |  | $331.16 * |

*CURRENT PREMIUM MAY BE CHANGED AFTER 5 YEARS.   SEE PAGE 3A.

---

The effective date and issue age of each benefit is the Policy Date and Issue Age of the policy unless otherwise specified.

### TOTAL PREMIUMS
The Total Premiums include the charge for any additional benefits.

| ANNUAL | SEMI-ANNUAL | QUARTERLY | MONTHLY | BILLABLE PREMIUM |
|---|---|---|---|---|
| $140.09 * | $76.41 * | $38.21* | $12.74 * | $12.74 |

Premium Payment Method: PRE-AUTHORIZED CHECK - MONTHLY      Premium Class: NON-SMOKER

BENEFICIARY: UNLESS CHANGED AS PROVIDED IN THIS POLICY, THE BENEFICIARY SHALL BE AS DESIGNATED IN THE APPLICATION FOR THIS POLICY.

INSURED: MARYANN VERONESI                POLICY NUMBER: 95071110
POLICY DATE: JULY 25, 2001               ISSUE AGE:  F  32
AMOUNT OF INSURANCE: $99,000.00          DATE OF EXPIRY  JULY 25, 2011
                                         FINAL RENEWAL DATE: JULY 25, 2064
                                         CONVERTIBLE PERIOD: 38 YEARS*
                                            *PROVIDING POLICY RENEWED

FORM:  10YTP-80        TEN YEAR RENEWABLE AND CONVERTIBLE TERM    FEMALE

PAGE 3

AHL 00256

## SETTLEMENT OPTION PROVISIONS

**Election of Option** - All rights of the Owner provided in the Owner and Beneficiary provision apply to any election or change of election of a Settlement Option. If the Beneficiary is not an individual receiving payment in his or her own right, the Company must consent to any option other than a lump sum payment. A change of beneficiary revokes a prior election option. The Beneficiary has no right to change or revoke an election unless this right was given by the Owner and agreed to by the Company in writing. If the Owner does not elect an option, the Beneficiary will have the right at the time of settlement.

If all named beneficiaries die prior to the death of the Insured, the Company will pay the Proceeds in one sum to the executors or administrators of the Insured's estate.

**Proceeds** - All or part of the policy proceeds may be paid to the payee in one sum or under one or more of the Settlement Options. The amount which may be applied under an option must be at least $1,000 or provide for periodic payments of at least $10. If not, the proceeds will be paid in a lump sum.

**Supplementary Contract** - A Supplementary contract will be issued in exchange for this policy when settlement is made by any of the options. If settlement is a result of the Insured's death, the effective date of that contract will be the date when proof of death is received by the Company. If applicable and if settlement is a result of policy maturity as an endowment or cash value surrender, the effective date of the contract will be the date of maturity or surrender.

Interest under Option 1 will be earned from the effective date of the contract. The first installment under Options 2, 3, 4 and 5 will be paid on the effective date of the contract unless a written election provides otherwise.

**Interest Rate** - The interest rate for these options may vary, but will not be less than 3%. The interest rate may be changed by the Company. If so, the Company will determine the amount and the method of payment of such earnings.

**Death of the Payee** - If the payee dies after the option goes into effect, the then present or commuted value of any guaranteed amount unpaid will be paid in one sum to the executors or administrators of the payee's estate, unless otherwise provided.

## SETTLEMENT OPTIONS

**Option 1. Interest:** The proceeds may be left with the Company to earn interest for a specified period. This period of time may not exceed 30 years or the lifetime of the payee. The interest earned may be paid as agreed upon or credited annually and added to the proceeds. At the end of the specified period, the proceeds will be paid to the payee. If the payee dies before the end of this period, the proceeds will be paid as previously agreed upon.

**Option 2. Installments For a Guaranteed Period:** The proceeds may be used to provide equal installments for a guaranteed period. This period may not exceed 30 years. The equal installment may be paid on an annual, semi-annual, quarterly or monthly basis. The amount of each installment for each $1,000 of proceeds is shown in the following table:

| Number of Years Guaranteed | Amount of Installments ||||  Number of Years Guaranteed | Amount of Installments ||||  Number of Years Guaranteed | Amount of Installments ||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Ann. | S.A. | Quar. | Mo. |  | Ann. | S.A. | Quar. | Mo. |  | Ann. | S.A. | Quar. | Mo. |
| 1 | $1000.00 | $503.69 | $252.78 | $84.47 | 11 | $104.93 | $52.85 | $26.52 | $8.86 | 21 | $62.98 | $31.72 | $15.92 | $5.32 |
| 2 | 507.39 | 255.57 | 128.26 | 42.86 | 12 | 97.54 | 49.13 | 24.66 | 8.24 | 22 | 60.92 | 30.69 | 15.40 | 5.15 |
| 3 | 343.23 | 172.88 | 86.76 | 28.99 | 13 | 91.29 | 45.98 | 23.08 | 7.71 | 23 | 59.04 | 29.74 | 14.92 | 4.99 |
| 4 | 261.19 | 131.56 | 66.02 | 22.06 | 14 | 85.95 | 43.29 | 21.73 | 7.26 | 24 | 57.33 | 28.88 | 14.49 | 4.84 |
| 5 | 211.99 | 106.78 | 53.59 | 17.91 | 15 | 81.33 | 40.97 | 20.56 | 6.87 | 25 | 55.76 | 28.09 | 14.09 | 4.71 |
| 6 | 179.22 | 90.27 | 45.30 | 15.14 | 16 | 77.29 | 38.93 | 19.54 | 6.53 | 26 | 54.31 | 27.36 | 13.73 | 4.59 |
| 7 | 155.83 | 78.49 | 39.39 | 13.16 | 17 | 73.74 | 37.14 | 18.64 | 6.23 | 27 | 52.97 | 26.68 | 13.39 | 4.47 |
| 8 | 138.31 | 69.67 | 34.96 | 11.68 | 18 | 70.59 | 35.56 | 17.84 | 5.96 | 28 | 51.74 | 26.06 | 13.08 | 4.37 |
| 9 | 124.69 | 62.81 | 31.52 | 10.53 | 19 | 67.78 | 34.14 | 17.13 | 5.73 | 29 | 50.60 | 25.49 | 12.79 | 4.27 |
| 10 | 113.82 | 57.33 | 28.77 | 9.61 | 20 | 65.26 | 32.87 | 16.50 | 5.51 | 30 | 49.53 | 24.95 | 12.52 | 4.18 |

## SETTLEMENT OPTIONS (Continued)

**Option 3. Special Settlement:** The proceeds may be paid in installments of equal or varied amounts. This option must be agreed to by the Company. Such installments will be paid until the proceeds plus interest credited on unpaid balances are paid in full.

**Option 4. Life Income With a Guaranteed Period:** The proceeds may be used to provide equal monthly installments for a guaranteed period and thereafter during the lifetime of the payee. This guaranteed period may be 5, 10, 15, or 20 years.

The Company can require satisfactory evidence of the payee's age before making any payment under this option. The amount of the monthly installment is determined by: (a) the guaranteed period chosen, and the payee's attained age on the date the first installment would be paid. The amount for each $1,000 of proceeds is shown in the following table:

| Age | No. of Months Certain | | | Age | No. of Months Certain | | | Age | No. of Months Certain | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 120 | 180 | 240 | | 120 | 180 | 240 | | 120 | 180 | 240 |
| 10 | $2.95 | $2.94 | $2.94 | 35 | $3.55 | $3.54 | $3.51 | 60 | $5.28 | $5.04 | $4.73 |
| 11 | 2.96 | 2.96 | 2.95 | 36 | 3.59 | 3.58 | 3.54 | 61 | 5.39 | 5.12 | 4.79 |
| 12 | 2.98 | 2.97 | 2.96 | 37 | 3.63 | 3.62 | 3.58 | 62 | 5.51 | 5.21 | 4.84 |
| 13 | 2.99 | 2.99 | 2.98 | 38 | 3.68 | 3.66 | 3.62 | 63 | 5.63 | 5.29 | 4.90 |
| 14 | 3.00 | 3.00 | 2.99 | 39 | 3.72 | 3.70 | 3.66 | 64 | 5.75 | 5.38 | 4.95 |
| 15 | 3.02 | 3.02 | 3.01 | 40 | 3.77 | 3.75 | 3.70 | 65 | 5.88 | 5.47 | 5.00 |
| 16 | 3.04 | 3.03 | 3.03 | 41 | 3.82 | 3.79 | 3.74 | 66 | 6.01 | 5.55 | 5.05 |
| 17 | 3.05 | 3.05 | 3.04 | 42 | 3.87 | 3.84 | 3.78 | 67 | 6.14 | 5.64 | 5.10 |
| 18 | 3.07 | 3.07 | 3.06 | 43 | 3.93 | 3.89 | 3.83 | 68 | 6.28 | 5.73 | 5.14 |
| 19 | 3.09 | 3.09 | 3.08 | 44 | 3.98 | 3.94 | 3.87 | 69 | 6.42 | 5.81 | 5.19 |
| 20 | 3.11 | 3.11 | 3.10 | 45 | 4.04 | 4.00 | 3.92 | 70 | 6.57 | 5.90 | 5.23 |
| 21 | 3.13 | 3.13 | 3.12 | 46 | 4.10 | 4.05 | 3.97 | 71 | 6.71 | 5.98 | 5.26 |
| 22 | 3.16 | 3.15 | 3.14 | 47 | 4.17 | 4.11 | 4.02 | 72 | 6.86 | 6.06 | 5.30 |
| 23 | 3.18 | 3.18 | 3.17 | 48 | 4.23 | 4.17 | 4.07 | 73 | 7.02 | 6.14 | 5.33 |
| 24 | 3.20 | 3.20 | 3.19 | 49 | 4.30 | 4.23 | 4.12 | 74 | 7.17 | 6.21 | 5.36 |
| 25 | 3.23 | 3.23 | 3.21 | 50 | 4.37 | 4.29 | 4.17 | 75 | 7.32 | 6.29 | 5.38 |
| 26 | 3.26 | 3.25 | 3.24 | 51 | 4.45 | 4.36 | 4.23 | 76 | 7.48 | 6.35 | 5.41 |
| 27 | 3.28 | 3.28 | 3.26 | 52 | 4.53 | 4.43 | 4.28 | 77 | 7.63 | 6.42 | 5.43 |
| 28 | 3.31 | 3.31 | 3.29 | 53 | 4.61 | 4.50 | 4.34 | 78 | 7.78 | 6.48 | 5.44 |
| 29 | 3.34 | 3.34 | 3.32 | 54 | 4.69 | 4.57 | 4.39 | 79 | 7.93 | 6.53 | 5.46 |
| 30 | 3.37 | 3.37 | 3.35 | 55 | 4.78 | 4.64 | 4.45 | 80 | 8.08 | 6.58 | 5.47 |
| 31 | 3.41 | 3.40 | 3.38 | 56 | 4.87 | 4.72 | 4.50 | 81 | 8.22 | 6.63 | 5.48 |
| 32 | 3.44 | 3.43 | 3.41 | 57 | 4.97 | 4.79 | 4.56 | 82 | 8.36 | 6.67 | 5.49 |
| 33 | 3.48 | 3.46 | 3.44 | 58 | 5.07 | 4.87 | 4.62 | 83 | 8.50 | 6.70 | 5.49 |
| 34 | 3.51 | 3.50 | 3.47 | 59 | 5.17 | 4.95 | 4.68 | 84 | 8.62 | 6.73 | 5.50 |

## GENERAL PROVISIONS

**Contract** - This policy is issued in consideration of the application for it and the payment of the premium. This policy and the application make up the entire contract. The policy is all the pages shown in the Table of Contents and any attached endorsements. All statements made in the application will be deemed representations and not warranties. No statement made by the Insured or on his behalf shall be used in defense of a claim under this policy unless it is contained in the application, a copy of which is attached to this policy when issued.

Only the President, a Vice President, the Secretary, or an Assistant Secretary of the Company can change or waive any of the provisions of the policy. Any change must be made in writing.

**Incontestability** - The Company may not contest this policy after it has been in force during the lifetime of the Insured for two years from the Issue Date, except for failure to pay premiums. If allowed by laws of the state in which this policy is delivered, this will not apply to benefits for total and permanent disability or accidental death which may be contained in a rider which is a part of this policy.

**Suicide Exclusion** - If the Insured commits suicide, while sane or insane, within two years after the Issue Date, the Company will pay a benefit equal to the amount of premiums paid. When the laws of the state in which this policy is delivered require less than this two-year period, the period will be as stated in such laws.

**Owner and Beneficiary** - While the Insured is alive, the Owner has all rights conferred in this policy. The named Beneficiary will receive the proceeds of this policy when the Insured dies. If all named beneficiaries die prior to the death of the Insured, the Company will pay the proceeds in one sum to the executor or administrator of the Insured's estate.

The Owner has the right to change any Beneficiary, subject only to the consent of any living irrevocable Beneficiary. This change may be requested on forms provided by the Company. The Company must approve the change in writing. When approved, the change will take effect on the date of the request. This will be true

## RIGHT TO RENEW

This term policy may be renewed without evidence of insurability for successive term periods equal to the original:
(a) if this term policy is in full force, and
(b) if the renewal takes place prior to the Final Renewal Date.

To renew this policy, the Owner must:
(a) send a written request for renewal, and
(b) pay the required premium shown in the Schedule below.

## SCHEDULE OF MAXIMUM RENEWAL RATES

The Maximum Annual Premium for renewal of this policy shall be determined by:
(a) multiplying the Annual Rate per $1000 by the number of $1000 of Amount of Insurance, and
(b) then adding $50.00.

These rates do not include the additional premiums payable under:
(a) any riders which may be attached to the policy, or
(b) which might be required by a Substandard rating at issue.

These are annual rates and should be adjusted for other payment methods.

At renewal, Current Rates lower than these Maximum Rates may be charged.

| Attained Age* | Maximum 10 Year Term Annual Rate per $1,000 | Attained Age* | Maximum 10 Year Term Annual Rate per $1,000 | Attained Age* | Maximum 10 Year Term Annual Rate per $1,000 | Attained Age* | Maximum 10 Year Term Annual Rate per $1,000 |
|---|---|---|---|---|---|---|---|
| 15 | $ 1.70 | 35 | $ 3.53 | 55 | $ 20.11 | 75 | $ 201.29 |
| 16 | 1.74 | 36 | 3.82 | 56 | 21.99 | 76 | 229.99 |
| 17 | 1.78 | 37 | 4.15 | 57 | 24.02 | 77 | 259.60 |
| 18 | 1.81 | 38 | 4.50 | 58 | 26.22 | 78 | 289.68 |
| 19 | 1.84 | 39 | 4.90 | 59 | 28.61 | 79 | 319.79 |
| 20 | 1.87 | 40 | 5.35 | 60 | 31.24 | 80 | 349.49 |
| 21 | 1.90 | 41 | 5.84 | 61 | 34.09 | 81 | 378.42 |
| 22 | 1.94 | 42 | 6.37 | 62 | 37.16 | 82 | 407.10 |
| 23 | 1.97 | 43 | 6.95 | 63 | 40.44 | 83 | 435.66 |
| 24 | 2.02 | 44 | 7.59 | 64 | 43.96 | 84 | 464.24 |
| 25 | 2.07 | 45 | 8.30 | 65 | 47.73 | 85 | 492.98 |
| 26 | 2.13 | 46 | 9.07 | 66 | 49.71 | 86 | 521.16 |
| 27 | 2.20 | 47 | 9.91 | 67 | 50.92 | 87 | 549.04 |
| 28 | 2.28 | 48 | 10.82 | 68 | 53.39 | 88 | 577.41 |
| 29 | 2.38 | 49 | 11.82 | 69 | 59.19 | 89 | 607.07 |
| 30 | 2.51 | 50 | 12.93 | 70 | 70.31 | 90 | 638.80 |
| 31 | 2.66 | 51 | 14.13 | 71 | 89.66 | 91 | 671.81 |
| 32 | 2.84 | 52 | 15.43 | 72 | 114.25 | 92 | 706.51 |
| 33 | 3.04 | 53 | 16.83 | 73 | 142.27 | 93 | 743.68 |
| 34 | 3.27 | 54 | 18.39 | 74 | 171.89 | 94 | 783.72 |
|   |   |   |   |   |   | 95 | 826.63 |

* Age at date of renewal equal to Issue Age plus number of whole policy years the policy has been in force.

## RESERVE

The reserves on this ten year term policy are based on the Commissioners 1980 Standard Ordinary 10 year select and ultimate mortality table, Male or Female, Non-smoker or Smoker with 5% interest. They are computed by the Commissioners Reserve Valuation Method. All tables are based on age last birthday.

AHL 00262

**AMERICAN HERITAGE LIFE INSURANCE COMPANY**
Jacksonville, Florida 32224

Amendment

The following provision is added to the General Provisions of the policy/certificate to which this amendment is attached:

**Receipt of Premiums.** You will be given credit for premiums under this policy/certificate at the time the premiums are actually received by us or our authorized agent. Financial institutions (such as banks and credit unions) and employers who send your premiums to us directly at your request, are not our agents, and premiums paid by those parties are not credited until actually received by us.

This amendment does not change, alter, or amend the policy/certificate except as stated above.

This amendment becomes effective as of the policy/certificate date.

*[signature]*
Secretary

RPA1

**AMERICAN HERITAGE LIFE INSURANCE COMPANY**
Jacksonville, Florida 32224

Amendment

The following is added to the General Provisions of the policy/certificate to which it is attached:

**Cooperation of Beneficiary.** The beneficiary must reasonably cooperate during any investigation and/or adjudication of a claim. This includes the authorization for the release of medical records and other information.

This amendment does not change, alter, or amend the policy/certificate except as stated.

This amendment becomes effective as of the policy/certificate date.

*[signature]*
Secretary

CBA1

AHL 00266

**AMERICAN HERITAGE LIFE INSURANCE COMPA**  9507111
1776 American Heritage Life Drive, Jacksonville, Florida

Application for: Life/Health/Annuity

(Please Print with Black Ink)

### 1. NAMES OF PERSONS PROPOSED FOR COVERAGE

| Last | First | M.I. | Relationship | Sex | Birthdate Mo/Day/Yr | Age | State of Birth | Height (Ft. In). | Weight (Lbs) |
|---|---|---|---|---|---|---|---|---|---|
| Nesonesi | Maygan | | Primary Insured | F | 2/2/69 | 32 | MA | 5'10 | 135 |

### 2. RESIDENCE ADDRESS
No. and St. 2 Banks St
City Woburn   State MA   Zip 01801
Phone (781) 376-1767   How Long? 2 months
Social Security Number 030/56/0509

### 3. OCCUPATION Coughlighton Con Strvc
Employer Occighton Con Strvc
Exact Duties Administrative
Change contemplated? ☐ Yes ☒ No   Any other job? ☐ Yes ☒ No
If "Yes", explain
Phone (781) 899-1438   Date Employed 7/99

For Disability Income Only (complete all)
Earned Income ☒ Annual ☐ Monthly
Insured $ 60,000/yr   Spouse $
Other Signif. Income $   Job Class Quoted 3A

### 4. PREMIUM MODE
Direct Billing: ☐ ANN  ☐ S-A  ☐ QTLY ☒ PAC (Mo. Pre-Auth. Check)
List Billing (Show as monthly in #5): ☐ PA  ☐ GA  ☐ MPO

### 5. PLANS REQUESTED

| | Plan | Units or Amount | Prem Based on Mode in #4 |
|---|---|---|---|
| Life - Base | 10yr Term 94/30 | | |
| Rider | | | |
| Rider | | | |
| UL Death Benefit Option | | Total Life | |
| ☐ 1 - Spec. Amt. | | UL Lump Sum Payment | |
| ☐ 2 - Spec. Amt. + F.V. | | | |
| Cancer - Base | | | |
| Rider | | | |
| Rider | | | |
| Rider | | | |
| Disability Income - Base | OI-3 | 1400/mo | monthly |
| Income Period 2 Years | | | |
| Elimination Period 31 Days | | | |
| Rider | | | |
| Other Health - Base | | | |
| Rider | | Total Health | |
| Annuity - Flex Prem. | | Total Annuity | |
| # Tax Qualified ☐ IRA ☐ Other | | | |
| Single Premium - Life | | | |
| Single Premium - Annuity | | | |

### 6. CHANGES TO EXISTING UL (explain other changes in #12)
Plan/Pol #
Specified Amount:   Change From _____ To _____
Planned Periodic Premium: Change From _____ To _____

### 7. OWNER (If owner is other than Insured/Annuitant)
Full Name
Relationship
No. and St.
City _____ State _____ Zip _____
Phone ( )   SSN/TIN / /

### 8. BENEFICIARY (Name, age, relationship)
Primary William Sartiale
Fiance
Contingent Arthur Paquin, Jr
Brother

### 9. TOBACCO HABITS
Has any proposed insured ever used tobacco in any form?
☐ Yes ☒ No   Type?
Person(s)
Dates(s) last used

### 10. ACTIVELY AT WORK
Is the primary insured actively at work now and has he/she worked at least 30 hours a week for the last 6 months (except for minor illness or injury or normal pregnancy)?
☒ Yes ☐ No   If "No", explain in #12.   10-7-01 Section

### 11. EXISTING INSURANCE/REPLACEMENT
Existing Insurance in force or applied for on life of each proposed insured. (If "NONE", so state).
Life Insurance (if applied for) - List Co., Yr Issued, Am't & ADB
None

Disability Income (if applied for) - List Company, Year issued, Monthly Income, Income Period & ADB
None
(Include group, salary continuation and sick pay benefits)
Will the policy applied for replace or change any insurance or annuity now in force?
☐ Yes ☒ No   If Yes, give Company, Policy # & Amount.

### 12. SPECIAL REQUESTS

Requested Issue Date:

### 13. HOME OFFICE USE
_____ with APPLICANT
$ _____ 1900-9-7

B-365B

# AMERICAN HERITAGE LIFE
INSURANCE COMPANY
JACKSONVILLE, FLORIDA

LIFE POLICY

TERM LIFE POLICY - PREMIUMS PAYABLE DURING LIFETIME OF INSURED FOR NUMBER OF YEARS STATED IN POLICY SPECIFICATIONS - AMOUNT OF INSURANCE PAYABLE AT DEATH PRIOR TO EXPIRY DATE - NON-PARTICIPATING - SUBJECT TO MAXIMUM PREMIUM.

Form 10YTP-80                                              AHL 00270

9507111

---

## A Term Life Insurance Policy Illustration

---

Form 10YTP-80
Payroll - 10 Year Term


Designed for
**MARYANN VERONESI**
Application Signature State: Massachussetts


Presented by
**SUSAN GIFT**

FL


August 8, 2001


AHL is rated "A+" (Superior) by the A.M. Best Company, an independent rating service that reviews the financial status of thousands of insurers. Ratings reflect Best's opinion of the relative financial strength and operating performance of an insurance company in comparison to the norms of the life/health insurance industry. Rated AA by Standard & Poor's Corporation, an independent rating service that evaluates financial stability.



The Workplace Marketer

---

*This is page 1 of 5 pages
and is not valid unless all pages are included.*

AHL 00272

American Heritage Life Insurance Company

| | |
|---|---|
| Designed for<br>MARYANN VERONESI<br>Age:32 | Policy Illustration Explanation<br>Payroll - 10 Year Term - Form 10YTP-80 |

| | |
|---|---|
| Payroll - 10 Year Term | You are considering a level death benefit term life insurance policy. Current premiums are guaranteed not to change for the first five policy years, and are subject to change thereafter, but cannot exceed the maximum premiums guaranteed in the policy. |
| Premium Class:<br>Female<br>Non-Tobacco | Premiums illustrated for this coverage are based upon the underwriting class. Actual premiums required for the insurance coverage will ultimately depend on the outcome of the underwriting process, and may vary from what is shown on this illustration. |
| Death Benefit:<br>$99,000 | The illustrated death benefit is shown on the left. This benefit may be continued to age 102 if appropriate premiums are paid. See the following pages for a listing of guaranteed and current premiums. |
| Initial Monthly Premium:<br>$12.74 | The initial monthly premium of $12.74 is payable at the beginning of the payment period for the mode noted. Total yearly premiums under a non-annual mode may be greater than the annual premium. |
| Guaranteed Renewable | This policy is guaranteed to be renewable for successive ten-year periods, except that all coverage ends at the policy anniversary on or next following the insured's 102nd birthday. Proof of insurability is not required for renewal. |
| Guaranteed Convertible | The policyowner has a guaranteed right to convert all or part of the amount of insurance on or before the policy anniversary on or next following the insured's 70th birthday. The policy may be converted to any new cash value life insurance policy permitted under the company's rules in effect at the time of the conversion. Proof of insurability is not required for conversion. |
| Non-Guaranteed Elements of the Policy | Non-guaranteed premiums shown are at current rates. They are subject to adjustment by the company after the fifth year; however, they cannot exceed the maximum premiums guaranteed in the policy. This illustration assumes that the currently illustrated non-guaranteed elements will continue unchanged for all years shown. This is not likely to occur, and actual results may be more or less favorable than those shown. |

Presented by SUSAN GIFT
Aug 8, 2001  Version: 1.19.0007

This is page 2 of 5 pages
and is not valid unless all pages are included.

American Heritage Life Insurance Company

Designed for
**MARYANN VERONESI**
Age:32

**Policy Illustration Summary**
Payroll - 10 Year Term - Form 10YTP-80

$99,000 Term Life Policy Summary
Guaranteed Annualized Premium $152.88 for 5 years

Premium class:
Female
Non-Tobacco

| Summary Year | Guaranteed | Non-Guaranteed Midpoint | Non-Guaranteed Current |
|---|---|---|---|
| Year 5 Accumulated Premiums | $764 | $764 | $764 |
| Year 10 Accumulated Premiums | $2,571 | $2,050 | $1,529 |
| Year 20 Accumulated Premiums | $9,997 | $7,240 | $4,483 |
| Age 70 Accumulated Premiums | $59,750 | $41,612 | $23,474 |

**Guaranteed**
Maximum premiums

**Midpoint**
Halfway between current & guaranteed premiums

**Current**
Current premiums

*This illustration presumes the non-guaranteed elements will continue as assumed for all years shown. This is not likely to occur, and actual results may be more or less favorable.*

I have received a copy of this illustration and understand that any non-guaranteed elements illustrated are subject to change and could be either higher or lower. The agent has told me they are not guaranteed.

_____   _____
Applicant                                                          Date

I certify that this illustration has been presented to the applicant and that I have explained that any non-guaranteed elements illustrated are subject to change. I have made no statements that are inconsistent with the illustration.

_____   _____
Agent                                                              Date

**THIS ILLUSTRATION IS NOT A POLICY CONTRACT.**

Presented by SUSAN GIFT
Aug 8, 2001   Version: 1.19.0007

This is page 3 of 5 pages
and is not valid unless all pages are included.

## American Heritage Life Insurance Company

**Designed for**
**MARYANN VERONESI**
Age: 32

**Life Insurance Policy Illustration**
Payroll - 10 Year Term - Form 10YTP-80

Premium class:
Female
Non-Tobacco

Mode:  A = Annual ; S = Semi-Annual ; Q = Quarterly ;
M = Monthly; SM = Semi-Monthly; BW = Bi-Weekly;
W = Weekly; N = Ninthly    ; T = Tenthly .

Premiums are paid at the beginning of the period for the mode noted.

This illustration presumes the non-guaranteed elements will continue as assumed for all years shown. This is not likely to occur, and actual results may be more or less favorable.

| End of Year | Your Age | Mode | Guaranteed — Guaranteed Annualized Premiums | Non-Guaranteed — Current Annualized Premiums | Death Benefit |
|---|---|---|---|---|---|
| 1 | 33 | M | 153 | 153 | 99,000 |
| 2 | 34 | M | 153 | 153 | 99,000 |
| 3 | 35 | M | 153 | 153 | 99,000 |
| 4 | 36 | M | 153 | 153 | 99,000 |
| 5 | 37 | M | 153 | 153 | 99,000 |
| 6 | 38 | M | 361 | 153 | 99,000 |
| 7 | 39 | M | 361 | 153 | 99,000 |
| 8 | 40 | M | 361 | 153 | 99,000 |
| 9 | 41 | M | 361 | 153 | 99,000 |
| 10 | 42 | M | 361 | 153 | 99,000 |
|  |  |  | 2,571 | 1,529 |  |
| 11 | 43 | M | 743 | 295 | 99,000 |
| 12 | 44 | M | 743 | 295 | 99,000 |
| 13 | 45 | M | 743 | 295 | 99,000 |
| 14 | 46 | M | 743 | 295 | 99,000 |
| 15 | 47 | M | 743 | 295 | 99,000 |
| 16 | 48 | M | 743 | 295 | 99,000 |
| 17 | 49 | M | 743 | 295 | 99,000 |
| 18 | 50 | M | 743 | 295 | 99,000 |
| 19 | 51 | M | 743 | 295 | 99,000 |
| 20 | 52 | M | 743 | 295 | 99,000 |
|  |  |  | 9,997 | 4,483 |  |
| 21 | 53 | M | 1,721 | 673 | 99,000 |
| 22 | 54 | M | 1,721 | 673 | 99,000 |
| 23 | 55 | M | 1,721 | 673 | 99,000 |
| 24 | 56 | M | 1,721 | 673 | 99,000 |
| 25 | 57 | M | 1,721 | 673 | 99,000 |
| 26 | 58 | M | 1,721 | 673 | 99,000 |
| 27 | 59 | M | 1,721 | 673 | 99,000 |
| 28 | 60 | M | 1,721 | 673 | 99,000 |
| 29 | 61 | M | 1,721 | 673 | 99,000 |
| 30 | 62 | M | 1,721 | 673 | 99,000 |
|  |  |  | 27,207 | 11,218 |  |
| 31 | 63 | M | 4,068 | 1,532 | 99,000 |
| 32 | 64 | M | 4,068 | 1,532 | 99,000 |
| 33 | 65 | M | 4,068 | 1,532 | 99,000 |
|  |  |  | 39,411 | 15,814 |  |

Presented by SUSAN GIFT
Aug 8, 2001  Version: 1.19.0007

This is page 4 of 5 pages
and is not valid unless all pages are included.

AHL 00275

**American Heritage Life Insurance Company**

Designed for
**MARYANN VERONESI**
Age: 32

**Life Insurance Policy Illustration**
Payroll - 10 Year Term - Form 10YTP-80

Premium class:
**Female
Non-Tobacco**

Mode:  A = Annual ; S = Semi-Annual ; Q = Quarterly ;
M = Monthly; SM = Semi-Monthly; BW = Bi-Weekly;
W = Weekly ; N = Ninthly ; T = Tenthly .

*Premiums are paid at the beginning of the period for the mode noted.*

*This illustration presumes the non-guaranteed elements will continue as assumed for all years shown. This is not likely to occur, and actual results may be more or less favorable.*

| End of Year | Your Age | Mode | Guaranteed — Guaranteed Annualized Premiums | Non-Guaranteed — Current Annualized Premiums | Death Benefit |
|---|---|---|---|---|---|
| 38 | 70 | M | 4,068 | 1,532 | 99,000 |
| 43 | 75 | M | 12,394 | 4,719 | 99,000 |
| 48 | 80 | M | 12,394 | 4,719 | 99,000 |
| 53 | 85 | M | 44,021 | 21,790 | 99,000 |
| 58 | 90 | M | 44,021 | 21,790 | 99,000 |
| 63 | 95 | M | 76,358 | 38,202 | 99,000 |
| 68 | 100 | M | 76,358 | 38,202 | 99,000 |
| 70 | 102 | M | 76,358 | 38,202 | 99,000 |
|  |  |  | 1,395,613 | 673,649 |  |

Presented by SUSAN GIFT
Aug 8, 2001  Version: 1.19.0007

*This is page 5 of 5 pages
and is not valid unless all pages are included.*

AHL 00276