

## Allstate
FINANCIAL

*Workplace Division*

RECEIVED
APR 0 8 2002
CLAIMS DEPT.

March 15, 2002

Connaughton Construction
564 Main Street
Waltham MA 01801
ATTN: PERSONNEL DEPT — *Ellen*

Re: Mary Ann Veronesi
    Policy: 95071110
    Claim: 02-V-03

Dear Sir/Madam:

We have been presented with a claim on the life of Ms Mary Ann Veronesi. In order to properly evaluate our liability, may we please have your assistance in obtaining the following information:

1. When did Ms Veronesi begin working for Connaughton Construction (month, day and year)   *11/29/00*

2. Please advise if Ms Veronesi was actively at work from January 2001 through July 2001   *Yes — See attached 2001 earnings record which also tracked vacation + sick time.*

3. What were her regular hours   *9-5, 40 Hrs work*

4. May we please have a brief description of her responsibilities   *— See attached job description*

5. The date Ms Veronesi last worked   *2/26/02*

6. May we have a copy of her work attendance report from January 2001 through July 2001   *— The Paychex system was used to track vacation + sick time. No other records were maintained by Connaughton Construction.*

Thank you for your prompt response to this inquiry. A pre-addressed envelope is enclosed for your convenience.

Sincerely,

*Susannah Marchy*
Susannah Marchy
Claims Examiner

---

American Heritage Life Insurance Company
1776 American Heritage Life Drive  Jacksonville, Florida  32224-6688  Phone 904.992.1776

AHL 00175

Job Description
Office Manager
10/13/00

RECEIVED
APR 0 8 2002
CLAIMS DEPT.

## Accounting

Accounts Receivable

- Allocate and track all incoming monies to appropriate job
- Deposit of all incoming monies to Fleet Account
- Update on a weekly basis the list of all outstanding monies and when next requisition is due

Accounts Payable

- Inputting and tracking of all invoices
- Have all invoices approved by appropriate employee
- Ensure all invoices are paid in a timely fashion according to date received
- Match all monthly payables to Statements to ensure accuracy
- Weekly payment of all Subcontractors are tracked appropriately and Subs Payable list is printed weekly

Peachtree

- Monthly reports are printed and given John for review and file copy kept
  - Balance Sheet
  - Income Statement
  - Trial Balance
  - General Ledger

Bank Statement

- Reconciliation of Bank Statement on a monthly basis

## Human Resources

- Fill out appropriate forms for all new employees
- Enroll all new employees into payroll
- Inform all new employees of policies and procedures
- Keep updated list of all employee anniversary dates and wages
- Inform all employees of any changes in company policy or company meetings
- Update company policy manual when needed
- Place Ads when necessary and compile all resumes that are received

Payroll

- Track weekly hours of all employees
- Wednesday mornings report weekly hours to Paychex
- Thursday mail out paychecks (Rafael's check goes to Glenn)
- Track vacation and sick time for all employees
- Input on a weekly basis amount of payroll and verify against bank statement

401K

- Update monthly report to Manulife on disk
- Make monthly payment and proper allocations for all employees enrolled in plan
- Send out quarterly statements to all employees

**Project Coordination**

Subcontractors

- Work with Project Coordinator to ensure that a written quote for all subcontractors is received to include scope of work

- When verbal quote is given a standard Connaughton Subcontractor Quote form will be typed and signed by Subcontractor to include scope of work

- A Change Order Form is filled out and signed by appropriate parties for any changes to a Subcontractor Quote

- Copy given to John for appropriate Formal Change Orders to Customers

- All Subcontractor Changes are recorded on Subs Payable Sheet

Weekly Meeting

- Ensure that all meeting minutes are typed after each Project meeting
- All minutes are distributed to appropriate parties in a timely fashion

Requisitions

- Prepare all requisitions for current payment due to include cover letter (lien's and exhibit's when necessary)

- Send Requisition to appropriate parties

Formal Change Orders

- Typing of all formal Change Orders to Customers using standard Connaughton Construction Format

Job Activity Reports
- Once a month a job activity report will be updated for each job
  - All monies allocated to that job are recorded to included A/P and Subcontractors
  - All Receivables are recorded
  - All labor is allocated appropriately
  - Verify that Job Activity Sheet matches Peachtree Job Report

AHL 00177

PAYROLLS BY **PAYCHEX**  
0011-D064  CONNAUGHTON CONSTRUCTION

EMPLOYEE EARNINGS RECORD  
PERIOD END DATE 12/31/01

AHL 00178

| HOURS | | | EARNINGS | | | | TAXES | | | | | ADJUSTMENTS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAY RATE | C/D | REG. | O.T. | REG. | O.T. | BONUS | TOTAL EARNINGS | SS / MED | FEDERAL | STATE | LOCAL | DBL | 401K | SECT 125 | CREDIT UNION | CHECK ING | SAVIN GS | CHECK ING | VAC ACCR | SICK | PUCC | HLTH INS | NET PAY |
| | | | | | | | 90400 | 6916 | 17373 | 4847 | | | | | | | 61264 | | INFO 154 | | | | |
| | | | | | | | 90400 | 6916 | 17373 | 4847 | | | | | | | 61264 | | INFO 154 3212 | | | | |
| | | | | | | | 90400 | 6916 | 17373 | 4847 | | | | | | | 61264 | | INFO 154 | | | | |
| | | | | | | | 90400 | 6916 | 17373 | 4847 | | | | | | | 61264 | | INFO 154 | | | | |
| | | | | | | | 90400 | 6916 | 17373 | 4847 | | | | | | | 61264 | | INFO 154 | | | | |
| | | | | | | | 90400 | 6916 | 17373 | 4847 | | | | | | | 61264 | | INFO 154 | | | | |
| | | | | | 10000 | | 105400 | 8063 | 21573 | 5687 | | | | | | | 70077 | | INFO 154 | | | | 460042 |
| | | | | | | | 95400 | 7298 | 18773 | 5127 | | | | | | | 64202 | | INFO 154 | | | | |
| | | | | | | | 95400 | 7298 | 17211 | 4653 | | | | | | | 66238 | | INFO 154 | | | | 662238 |
| | | | | | | | 95400 | 7298 | 17211 | 4653 | | | | | | | 66238 | | INFO 154 | | | | |
| | | | | | | | 95400 | 7298 | 17211 | 4653 | | | | | | | 66238 | | INFO 154 | | | | |
| | | | | | | | 95400 | 7298 | 17211 | 4653 | | | | | | | 66238 | | INFO 154 | | | | |
| QTD | | | | | | | 1220200 SS 75655 MED 17692 | | 230639 | 63151 | | | | | | | 833053 | | 5214 | 4000 | | | |
| | | | | | | 600000 | 600000 | 45900 | 69188 | 24870 | | | | | | | | | INFO 154 | | | | |
| BN | | | | | | | 95400 | 7298 | 17211 | 4653 | | | | | | | 66238 | | INFO 154 | | | | |
| | | | | | | | 95400 | 7298 | 17211 | 4653 | | | | | | | 66238 | | INFO 154 | | | | |
| | | | | | | | 95400 | 7298 | 17211 | 4653 | | | | | | | 66238 | | INFO 154 3846 CR | | | | |
| VA | 4000 | 95400 | | | Vacation | | 95400 | 7298 | 17211 | 4653 | | | | | | | 66238 | | INFO 154 | | | | |
| | | | | | | | 95400 | 7298 | 17211 | 4653 | | | | | | | 66238 | | INFO 154 | | | | |
| | | | | | | | 95400 | 7298 | 17211 | 4653 | | | | | | | 66238 | | INFO 154 | | | | |
| | | | | | | | 95400 | 7298 | 17211 | 4513 | | | | 2500 | | 30000 | 64578 | | INFO 154 | | | | |
| | 4000 | 95400 | | | | | 95400 | 7298 | 16511 | 4729 | | | | 2500 | | 30000 | 64362 | | INFO 154 | | | | 34362 |
| | | | | | | | 95400 | 7298 | 16511 | 4729 | | | | 2500 | | | 64362 | | INFO 154 | | | | 34362 |
| | | | | | | | 95400 | 7298 | 16511 | 4729 | | | | 2500 | | | 64362 | | INFO 154 | | | | 34362 |
| | | | | | | | 95400 | 7298 | 16511 | 4729 | | | | 2500 | | 30000 | | | INFO 154 | | | | |

TERM | DEPT.# | SOCIAL SECURITY NBR | SALARY | RATES | BIRTHDATE | START DATE 11/29/00 | LAST RAISE DATE 02/14/01 | LAST REVIEW  
111 | 000100 | 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 | 954.00 | FR OT FACT MS FD EX ST EX  1 1.5 S 1 1 | | | |  
SVE | | | PREVIOUS SALARY 904.00 | PREVIOUS RATE | REV FREQ |

| A | NO | ADJ. NAME | AMOUNT | ACCOUNT NUMBER | R & T |
|---|---|---|---|---|---|
| | 1 | 401K | | | |
| | 2 | SECT 125 | | | |
| | 3 | CREDT UNION | 25.00 | | |
| | 4 | CHECKING | 300.00 | 880796248 | 211370493 |
| | 5 | SAVINGS | | | |
| | 6 | CHECKING | | | |
| | 7 | VAC ACCR | 1.54 | | |
| | 8 | SICK | | | |
| | 9 | PUCC | | | |
| | 10 | HLTH INS | | | |

NONES, MARYANN  
SALEM STREET #202  
BURN, MA

3-8199-0  
768690

**PAYROLLS BY PAYCHEX** — CONNAUGHTON CONSTRUCTION  
0011-D064  
EMPLOYEE EARNINGS RECORD — PERIOD END DATE 12/31/01  
AHL 00179

| HOURS | | | EARNINGS | | | TAXES | | | | | ADJUSTMENTS | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG. | O.T. | C/D | REG. | O.T. | BONUS | TOTAL EARNINGS | SS / MED. | FEDERAL | STATE | LOCAL | DBL. | 1 401K | 2 SECT 125 | 3 CREDIT UNION | 4 CHECKING | 7 VAC ACCR | 8 SICK | |
| 12000 | | QTD | 1335600 | | 600000 | 1935600 | SS 120010 / MED 28062 | 305942 | 90252 | | | 15000 | | | 90000 | 1844CR | | 629366 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | BN | 95400 | | 600000 | 600000 95400 | 45900 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 554100 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 3200 800 | | NS | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | 800 | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | INFO CR | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 16000 | | QTD | 1240200 | | 600000 | 1840200 | SS 114095 / MED 26679 | 210470 | 61477 | | | 32500 | | | 390000 | 2002 | 800CR | 1004979 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | BN | 95400 | | 600000 | 600000 95400 | 45900 7298 | 69188 16190 | 27440 4729 | | | 2500 | | | 30000 | INFO 154 | | 457472 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | VA | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | INFO 154 | | 34683 |
| 4000 | | BN | 95400 | | 600000 | 600000 | 45900 | 69188 | 27440 | | | 2500 | | | 30000 | 3846 INFO CR | | 457472 |

Handwritten annotations: "one sick day" (arrow pointing to 800 sick row), "vacation" (near VA row)

ADJ. NAME / AMOUNT:
1 401K
2 SECT 125 — 25.00
3 CREDT UNION
4 CHECKING — 300.00
5 SAVINGS
6 VAC ACCR — 1.54
7 SICK
8 PUCC
9 
10 HLTH INS

R&T: 211370493   ACCOUNT NUMBER: 880796248

NONES, MARYANN  
SALEM STREET #202  
[town], MA

SOCIAL SECURITY NBR: 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  
DEPT# 4  
BIRTH DATE: 8199-0 / 768690  
START DATE: 11/29/00  
LAST RAISE DATE: 02/14/01  
SALARY: 954.00  
PREVIOUS SALARY: 904.00  
RATES: ST EX 1.5 S

01801

PAYROLLS BY PAYCHEX
CONNAUGHTON CONSTRUCTION
0011-D064

EMPLOYEE EARNINGS RECORD
PERIOD END DATE 12/31/01
AHL 00180

| | HOURS | | | EARNINGS | | | | TAXES | | | | ADJUSTMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAY RATE | REG. C/D | O.T. | REG. | O.T. | BONUS | TOTAL EARNINGS | SS MED. | FEDERAL | STATE | LOCAL | DBL | 1 401K | 2 SECT 125 | 3 CREDIT UNION | 4 CHECK ING | 5 SAVIN GS | 6 CHECK ING | 7 VAC ACCR | 8 SICK | 9 PUCC | 10 HLTH INS | NET PAY |
| | 40.00 | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | | | INFO 154 | | OTHER COMP | OTHER COMP | 34683 |
| | 40.00 | | 95400 | | | 95400 | 7298 | 16190 | 4729 | | | 2500 | | | 30000 | | | INFO 154 | | | | 34683 |
| QTD | 400.00 | | 1335600 | | 1200000 | 2535600 | SS 157210 MED 36762 | 365036 | 121086 | | | 35000 | | | 420000 | | | 1844CR | | | | 1400506 |
| YTD | 3200.00 | | 5121600 | 10000 | 2400000 | 7531600 | SS 466970 MED 109195 | 1112087 | 335976 | | | 82500 | | | 900000 | 1490021 | | 3528 | 3200 | | | 3034851 |
| EARNINGS REG HR | MISC TOT | | | HOLIDAY | | VACATION 1908.00 80.00 | SICK/QUALIFIED | | SICK/NON-QUAL 8.00 | | | | | | | | | | | | | |

| TERM | DEPT.# | SOCIAL SECURITY NBR | SVE | SALARY | RATES | F/FACT | D.T.FACT | MVS | F/DEX | STEX | PREVIOUS SALARY | LAST RAISE DATE | PREVIOUS RATE | REV.FREQ. | LAST REVIEW | BIRTH DATE | START DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 8199-0 68690 | 000100 | 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 | SVE | 954.00 | | 1 | 1.5 | S | 1 | 1 | 904.00 | 02/14/01 | | | | | 11/29/00 |

| A | NO | ADJ. NAME | R & T | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|---|---|
| A D J U S T M E N T S | 1 | 401K | | | 25.00 |
| | 2 | SECT 125 | | | |
| | 3 | CREDTUNION | 211370493 | 880796248 | 300.00 |
| | 4 | CHECKING | | | |
| | 5 | SAVINGS | | | |
| | 6 | CHECKING | | | |
| | 7 | VAC ACCR | | | |
| | 8 | SICK | | | |
| | 9 | PUCC | | | 1.54 |
| | 10 | HLTH INS | | | |

ONES, MARYANN
SALEM STREET #202
RN, MA

01801