# LAHEY CLINIC MEDICAL CENTER
## PATIENT DATA SUMMARY

## INPATIENT

| Patient Name | Sex | Birthdate | Age | Medical Record Number | Billing Number |
|---|---|---|---|---|---|
| FINK, MARYANN | Female | 02/02/1969 | 33 | 2060782 | 0008435764 |

| Admit Date | Discharge Date | LOS | Disposition |
|---|---|---|---|
| 02/27/02 05:02 PM | 03/04/02 11:59 PM | 5 | EXPIRED |

| Financial Class |
|---|
| HMO BLUE BCM |

| Attending Physician | Coder |
|---|---|
| BEAMIS MD, JOHN | ELDRIDGE, GINA |

| MDC Code | MDC Text |
|---|---|
| 004 | DISEASES & DISORDERS OF THE RESPIRATORY SYSTEM |

| DRG Code | DRG Text |
|---|---|
| 475 MA | RESPIRATORY SYSTEM DIAGNOSIS WITH VENTILATOR SUPPORT |

| Weight | Average LOS | Geometric Mean LOS | Estimated Reimbursement |
|---|---|---|---|
|  |  |  |  |

| Admit DX | Admit Diagnosis Text |
|---|---|
| 486 | PNEUMONIA, ORGANISM UNSPECIFIED |

| Prin. DX | Principal Diagnosis Text |
|---|---|
| 48283 | PNEUMONIA DUE TO GRAM-NEGATIVE BACTERIA |

| DX Code | Secondary Diagnosis Text |
|---|---|
| 1124 | CANDIDIASIS OF THE LUNG |
| 1622 | MALIGNANT NEOPLASM OF MAIN BRONCHUS |
| 1971 | SECONDARY MALIGNANT NEOPLASM OF MEDIASTINUM |
| 19889 | SECONDARY MALIGNANT NEOPLASM OF SPECIFIED SITE |
| 5121 | IATROGENIC PNEUMOTHORAX |
| 4280 | CONGESTIVE HEART FAILURE |
| 2765 | VOLUME DEPLETION DISORDER (DEHYDRATION) |
| 4589 | HYPOTENSION, UNSPECIFIED |
| 42789 | CARDIAC DYSRHYTHMIA |
| 2859 | ANEMIA, UNSPECIFIED |
| V161 | FAMILY HISTORY OF MALIGNANT NEOPLASM OF TRACHEA, BRONCHUS, & LUNG |

ROTH 0228

| Patient Name | Sex | Birthdate | Age | Medical Record Number | Billing Number |
|---|---|---|---|---|---|
| FINK, MARYANN | Female | 02/02/1969 | 33 | 2060782 | 0008435764 |
| Admit Date | Discharge Date | | LOS | Disposition | |
| 02/27/02 05:02 PM | 03/04/02 11:59 PM | | 5 | EXPIRED | |

| RX Code | Procedure Text | Date | Surgeon |
|---|---|---|---|
| 9671 | CONTINUOUS MECHANICAL VENTILATION FOR LESS THAN 96 CONSECUTIVE | 03/02/02 | BEAMIS MD, JOHN |
| 9604 | INSERTION OF ENDOTRACHEAL TUBE | 03/02/02 | BEAMIS MD, JOHN |
| 3404 | INSERTION OF INTERCOSTAL CATHETER FOR DRAINAGE | 03/02/02 | BEAMIS MD, JOHN |

| CPT Code & Modifier(s) | CPT Text | Date | Surgeon |
|---|---|---|---|
| | | | |

ROTH 0229