Lahey Clinic                                    41 Mall Road
                                            Burlington, MA 01805
                                                (781) 744-5100

---

## DISCHARGE SUMMARY

**NAME:**           FINK, MARYANN
**LC#:**            2060782
**ADMISSION DATE:** 2/27/2002
**DISCHARGE DATE:** 3/4/2002


**ATTENDING PHYSICIAN:** Anthony C. Campagna, MD

**CHIEF COMPLAINT:** Left upper lobe pneumonia with advanced large-cell carcinoma of the left mediastinum, producing left main-stem obstruction.

**HISTORY OF PRESENT ILLNESS:** The patient was a 32-year-old woman with advanced mediastinal large-cell carcinoma status post full radiation therapy and initial chemotherapy who presented with aggressive disease and obstruction of the left main-stem bronchus. The patient is status post one month placement of a 14 x 40 mm covered Ultraflex stent in her left main bronchus, which relieved the obstruction.

The patient was doing well at home until approximately 48 hours prior to admission, when she noted increasing shortness of breath and increasing chest pain and anorexia and was admitted to the hospital with a new acute pneumonia.

**PAST MEDICAL HISTORY:** Large-cell carcinoma, undifferentiated, presenting as a mediastinal mass, status post full radiation therapy with Taxol and carboplatin six months ago. Past history is otherwise negative.

**MEDICATIONS ON ADMISSION:** Dilaudid, Neurontin.

**ALLERGIES:** NO KNOWN DRUG ALLERGIES.

**PHYSICAL EXAMINATION ON ADMISSION:** Revealed a chronically ill-appearing woman in mild respiratory distress on oxygen. Blood pressure 96/66 and oxygen saturation 89% on room air, which increased to 95% with 4 L of nasal prongs. HEENT negative. Neck negative. Lungs revealed diffuse, diminished breath sounds over the left hemithorax. The right lung appeared clear. The patient had transmitted breath sounds on the left. Her heart revealed a tachycardia. Her abdomen was nontender. Her extremities had no edema, and her neurologic exam was grossly intact.

The patient's chest film showed a dense consolidation in the left upper lobe which was new from a chest film taken approximately 10 days ago.

ROTH 0232

Lahey Clinic

41 Mall Road
Burlington, MA 01805
(781) 744-5100

---

## DISCHARGE SUMMARY

**NAME:**           FINK, MARYANN
**LC#:**            2060782
**ADMISSION DATE:** 2/27/2002
**DISCHARGE DATE:** 3/4/2002

The patient was admitted to the intensive care unit with the diagnosis of advanced large-cell carcinoma with a new acute community-acquired pneumonia.

**SOCIAL HISTORY:**

**HOSPITAL COURSE:** The patient underwent an aggressive therapy with bronchodilator therapy and antibiotics. She continued to worsen over her days in the hospital. The patient ultimately came to septic shock and a pericardial effusion was diagnosed. However, after multiple discussions with Cardiology, it was opted not to tap the pericardial effusion. The patient had a gram-negative pneumonia, and despite aggressive therapy with intubation, mechanical ventilation, and vasopressor therapy, the patient was pronounced dead at 12:36 p.m. on March 4, 2002.

The family requested no autopsy.

**DIAGNOSES AT DEATH:**
1. Septic shock secondary to gram-negative pneumonia.
2. Advanced large-cell mediastinal carcinoma.
3. Status post full radiation therapy.
4. Chemotherapy.

**CONDITION ON DISCHARGE:**

**DISCHARGE STATUS:**

**DISCHARGE MEDICATIONS:**

_____
Anthony C. Campagna, MD

DOD: 4/26/02 MW741/2363086/2821040
DOT: 4/26/02 1848

DISCHARGE SUMMARY
Page 2

ROTH 0233