# TOWN OF BURLINGTON
29 Center Street • Burlington, Massachusetts 01803
(781) 270-1660 • FAX (781) 270-1608

RECEIVED MAR 15 2002 CLAIMS DEPT.

**The Commonwealth of Massachusetts**
STANDARD CERTIFICATE OF DEATH
REGISTRY OF VITAL RECORDS AND STATISTICS

REGISTERED NUMBER: 000144

| Field | Value |
|---|---|
| DECEDENT - NAME (First, Middle, Last) | Maryann Veronesi |
| SEX | F |
| DATE OF DEATH | March 4, 2002 |
| PLACE OF DEATH (City/Town) | Burlington |
| COUNTY OF DEATH | Middlesex |
| HOSPITAL OR OTHER INSTITUTION | Lahey Medical Center |
| PLACE OF DEATH (Hospital) | Inpatient |
| SOCIAL SECURITY NUMBER | 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 |
| IF US WAR VETERAN | — |
| WAS DECEDENT OF HISPANIC ORIGIN? | No |
| RACE | White |
| DECEDENT'S EDUCATION | College 2 |
| AGE - Last Birthday (Yrs.) | 33 |
| DATE OF BIRTH | Feb. 2, 1969 |
| BIRTHPLACE | Stoughton, Ma |
| MARRIED, NEVER MARRIED, WIDOWED OR DIVORCED | Divorced |
| LAST SPOUSE | Donald Fink |
| USUAL OCCUPATION | Office Manager |
| KIND OF BUSINESS OR INDUSTRY | Construction |
| RESIDENCE | 2 Banks St., Woburn, Middlesex, Ma |
| ZIP CODE | 01801 |
| FATHER - FULL NAME | Arthur L. Paquin |
| STATE OF BIRTH | Ma |
| MOTHER - NAME (GIVEN) (MAIDEN) | Sheila A. Steele |
| STATE OF BIRTH | Ma |
| INFORMANT'S NAME | Karin A. Ouellette |
| MAILING ADDRESS | 296 Richardson St., Uxbridge, Ma 01569 |
| RELATIONSHIP | Friend |
| METHOD OF IMMEDIATE DISPOSITION | Burial |
| FUNERAL SERVICE LICENSEE | Ann F. Roan |
| LICENSE # | 6960 |
| PLACE OF DISPOSITION | Mt. Wollaston Cemetery |
| LOCATION | Quincy, Ma |
| DATE OF DISPOSITION | March 8, 2002 |
| NAME AND ADDRESS OF FACILITY | J. Frank Conley, Inc. 9 Chester Ave., Brockton, Ma 02301 |

**PART I - Cause of Death**

| Cause | Approximate Interval Between Onset and Death |
|---|---|
| a. Mediastinal Large Cell Carcinoma | 5 months |
| b. Respiratory Failure | 2 days |
| c. Sepsis | 3 days |
| d. Cardiac Arrest | 10 minutes |

WAS AUTOPSY PERFORMED? No
WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? No
MED. EXAM. NOTIFIED? No
MANNER OF DEATH: Natural

DATE SIGNED (attending physician): March 4, 2002
HOUR OF DEATH: 12:36 PM
NAME OF ATTENDING PHYSICIAN: Anthony L. Campagna, MD
NAME AND ADDRESS OF CERTIFYING PHYSICIAN: Thomas A. Fry MD, 41 Mall Rd, Burlington, MA 01805
LICENSE NO. OF CERTIFIER: 206874
WAS THERE A PRONOUNCEMENT FORM? No
DATE BURIAL PERMIT ISSUED: March 08, 2002
RECEIVED IN THE CITY/TOWN OF: Burlington
DATE OF RECORD: March 11, 2002

---

I, the undersigned, hereby certify that I am the Clerk of the Town of Burlington, Massachusetts: that as such I have custody of the records of births, marriages, and deaths required by law to be kept in my office. I hereby certify that the foregoing is a true copy of said records.

YEAR: 2002
VOLUME: XIV

(Seal) Witness my hand and seal of the Town of Burlington, MA on this 11 day of March 2002

Jane L. Chew, CMC, Town Clerk

AHL 00252