

## Allstate.
FINANCIAL

*Workplace Division*

March 7, 2003

Mr. William P. Parziale
2 Banks Street
Woburn, MA 01801

RE:   Maryann Veronesi
      Policy: 90-95071110
      Claim: 02-V-03

Dear Mr. Parziale:

We wish to again express our sincere condolences on the loss of your fiancée, Maryann.

Previously, you advised us that you were present at the time that Ms. Veronesi applied for coverage with AHL. Accordingly, during Ms. Veronesi's July 25, 2001 application for coverage, you know that she responded "no" to Question #14, Part 2, which asked: "Has any person to be insured:
a. been examined or treated at a hospital or other medical facility (within the last 5 years) or are they currently under the care of a doctor?
b. been advised to have or contemplate having any diagnostic test, treatment or surgery?"

We recently received medical records from a physician who treated Ms. Veronesi. Please note that you failed to list this particular physician's name under Part B, #1 of your Claimant's Statement which asks "Full name and address of deceased Insured's personal physician" or Part B #2 which asks "Full name and address of any other doctors who treated the deceased Insured during the last 5 years". By failing to provide us with a complete list of the physicians who treated your finacée, it made it a challenge for us to locate complete medical records on Ms. Veronesi.

Despite said challenge, we are now in receipt of medical records which indicate that Ms. Vernonesi's response should have been "yes" to question #14, Part 2, a and b, in her application for coverage. Our Underwriting Department has reviewed these records and

American Heritage Life Insurance Company
1776 American Heritage Life Drive   Jacksonville, Florida 32224-6688   Phone 904.992.1776

AHL 00091

advised that had they been correctly informed by Ms. Veronesi of her history at the time she applied for coverage on July 25, 2001, Policy 90-95071110 would not have been issued.

Accordingly, because Ms. Veronesi made material misrepresentations in her application for coverage the policy will be rescinded. Therefore, we are sorry to let you know that we will be unable to honor your request for benefit.

Unfortunately, since you and Maryann were not married at the time of her death, you are not considered the next of kin. Additionally, you are not the Administrator of her Estate. This means, because of various privacy issues, we are not able to release specific information from the medical records to you without an authorization from the Estate.

We reserve the right to make a decision on this claim and future claims under the policy, on the basis of any provision in the policy whether or not we have identified it in this letter. If you have any questions regarding this information, please do not hesitate to let us know.

Sincerely,


Susannah Marchy
Individual Claims Department

AHL 00092