**AMERICAN HERITAGE LIFE INSURANCE COMPANY**   9507111
1776 American Heritage Life Drive, Jacksonville, Florida

Application for: Life/Health/Annuity

(Please Print with Black Ink)

### 1. NAMES OF PERSONS PROPOSED FOR COVERAGE

| Last | First | M.I. | Relationship | Sex | Birthdate Mo/Day/Yr | Age | State of Birth | Height (Ft. In) | Weight (Lbs) |
|---|---|---|---|---|---|---|---|---|---|
| Vesonesi | Maryan | | Primary Insured | F | 2/2/69 | 32 | MA | 5'10 | 155 |

### 2. RESIDENCE ADDRESS
No. and St. 2 Banks St
City Woburn  State MA  Zip 01801
Phone (781) 376-1767  How Long? 2 months
Social Security Number 030/56/0509

### 3. OCCUPATION
Employer: Ossin Brighton Gun Stave
Exact Duties: Administrative
Change contemplated? ☐ Yes ☒ No   Any other job? ☐ Yes ☒ No
If "Yes", explain
Phone (781) 899-1438  Date Employed 7/99

For Disability Income Only (complete all)
Earned Income ☒ Annual ☐ Monthly
Insured $ 60,000/yr   Spouse $
Other Signif. income $   Job Class Quoted 3A

### 4. PREMIUM MODE
Direct Billing: ☐ ANN  ☐ S-A  ☐ QTLY  ☒ PAC (Mo. Pre-Auth. Check)
List Billing (Show as monthly in #5): ☐ PA  ☐ GA  ☐ MPO

### 5. PLANS REQUESTED

| | Plan | Units or Amount | Prem Based on Mode in #4 |
|---|---|---|---|
| Life - Base | 10yr term | 94.00 | |
| Rider | | | |
| Rider | | | |

UL Death Benefit Option
☐ 1 - Spec. Amt.
☐ 2 - Spec. Amt. + F.V.

Total Life
UL Lump Sum Payment

Cancer - Base
Rider
Rider
Rider

Disability Income - Base  DI-3  1400/99 monthly
Income Period 2 Years
Elimination Period 31 Days
Rider

Other Health - Base
Rider

Total Health
Annuity - Flex Prem.  Total Annuity
If Tax Qualified  ☐ IRA  ☐ Other
Single Premium - Life
Single Premium - Annuity

### 6. CHANGES TO EXISTING UL (explain other changes in #12)
Plan/Pol #
Specified Amount: Change From _____ To _____
Planned Periodic Premium: Change From _____ To _____

### 7. OWNER (If owner is other than Insured/Annuitant)
Full Name
Relationship
No. and St.
City  State  Zip
Phone (   )  SSN/TIN  /  /

### 8. BENEFICIARY (Name, age, relationship)
Primary  William Pasquale
Fiancé
Contingent  Arthur Paquin, JR
Brother

### 9. TOBACCO HABITS
Has any proposed insured ever used tobacco in any form?
☐ Yes ☒ No   Type?
Person(s)
Dates(s) last used

### 10. ACTIVELY AT WORK
Is the primary insured actively at work now and has he/she worked at least 30 hours a week for the last 6 months (except for minor illness or injury or normal pregnancy)?
☒ Yes ☐ No   If "No", explain in #12.

### 11. EXISTING INSURANCE/REPLACEMENT
Existing Insurance in force or applied for on life of each proposed insured. (If "NONE", so state).
Life Insurance (if applied for) - List Co., Yr Issued, Am't & ADB
None

Disability Income (if applied for) - List Company, Year Issued, Monthly Income, Income Period & ADB
None

(include group, salary continuation and sick pay benefits)
Will the policy applied for replace or change any insurance or annuity now in force?
☐ Yes ☒ No   If Yes, give Company, Policy # & Amount.

### 12. SPECIAL REQUESTS

Requested Issue Date:

### 13. HOME OFFICE USE
____ WITH APPLICANT
$_____ 1900-97

AHL 00670

**14. NON-MEDICAL QUESTIONNAIRE.** (Exclude history of: colds, flu, minor injuries, normal childbirth, seasonal hay fever, appendicitis or tonsilitis.)

**Part 1:** Has any person to be insured ever had, been treated for, or been told by a member of the medical profession they have:     Yes   No

a. high blood pressure, diabetes, emphysema, asthma, ulcer, hernia, mental or nervous disorder, congenital disorder or any disorder of the kidney, liver, lung, stomach, digestive tract, neck or back? ☐ ☑

b. Acquired Immune Deficiency Syndrome (AIDS), AIDS related complex (ARC)? ☐ ☑

c. had any impairment, illness or chronic disease not already mentioned (last 5 years)? ☐ ☑

**Part 2:** Has any person to be insured:

a. been examined or treated at a hospital or other medical facility (within last 5 years) or are they currently under the care of a doctor? ☐ ☑

b. been advised to have or contemplate having any diagnostic test, treatment or surgery? ☐ ☑

c. been counseled for or excessively used alcohol or drugs(within last 5 years) or are they currently taking any drug not prescribed by a doctor (within last 5 years)? ☐ ☑

d. ever had any new insurance or reinstatement limited, postponed, or declined; or claimed or been refused disability income benefits? ☐ ☑

e. flown other than as a passenger on a scheduled airline flight or engaged in any hazardous sport (within last 3 years)? ☐ ☑

**Part 3:** Has any person to be insured ever had, been treated for, or been told by a member of the medical profession they have:     Yes   No

a. cancer or malignancy, including: carcinoma, sarcoma, Hodgkin's disease, leukemia, lymphoma or malignant tumor? ☐ ☑

b. heart condition, heart attack, heart murmur or stroke? ☐ ☑

c. rocky mountain spotted, scarlet, typhoid or undulant fever; Addison's or Hansen's disease; polio or osteo myilitis; bubonic plague; diphtheria; encephalitis; meningitis; muscular dystrophy; multiple sclerosis; rabies; sickle cell anemia; smallpox; tetanus; tuberculosis or tularemia? ☐ ☑

**Part 4** (Cancer/Specified Disease/Intensive Care only): If any question in Part 3 is answered "Yes", list below person(s) and condition(s) excluded from coverage.

Person(s) _____

Condition(s) _____

**Part 5** (Health Only): List persons to be insured who reside in Arkansas, Utah, Virginia, or South Carolina and are also covered under any Title XIX/Medicaid program. Such person (s) is to be excluded from Health coverage.

Person(s) _____

**15. EXPLANATION OF "YES" OF ANSWERS to # 14.**

| Part/# | Name | Disease or injury - Dates | Duration | Result | Name & Address of Doctor |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**REPRESENTATION AND AGREEMENT.** The statements and answers given on this application are true, complete and correctly recorded to the best of my knowledge. I (the owner) certify that my SSN/TIN has been correctly recorded. It is agreed that: 1. This application and any required medical exam form are the basis for any policy issued; 2. No agent may waive policy provisions, make, alter or discharge contracts, waive questions in the application, or pass on insurability; 3. I have received the M.I.B. Notice and the Important Notice.

**AUTHORIZATION:** I authorize any physician, medical practitioner, hospital, clinic, medical related facility, other health care provider, employer, insurance company, consumer reporting agency, government agency and the Medical Information Bureau, Inc. to disclose to American Heritage Life, or its reinsurers, all information and records with respect to myself (or any minor child to be insured) relating to diagnosis, treatment, prognosis, medical history, physical and mental condition, and nonmedical information relevant to insurability. Such information may be used in connection with the evaluation of my application for insurance, reinstatement, renewal or continuance or any insurance policy, and claims on any insurance policy. If a medical exam or medical test is required to complete my application, I authorize American Heritage Life or its representative to disclose the information required to arrange such exam or test. This authorization (or a copy of it) is valid for 30 months from its date.

Signed at ___Wayland___ on ___25 July___ 19_01_

Proposed Insured ___Maryann Velasco___ Spouse if to be Covered _____

Owner if other than above _____ Parent/Guardian _____

**Agent's Statement.** To your knowledge, is replacement or change involved? ☐ Yes ☑ No
I have given the applicant the required notice forms and have asked the applicant every question which is answered, and have accurately recorded the applicant's answers.

Date _7/25/01_

Agent Signature _Bill Ehrlich_

(Printed Name) _Robert Ehrlich_

Examiner _____

Case # _____
Employee/Loan # _____
Deduction Frequency _____
First Deduction Date _____
Deduction Amount: Life _____ Health _____
Annuity _____ Total _____

If Universal Life - The premium quoted is based on:
☐ Target ☐ Minimum ☐ Other _____

Agent # _0717-70_ Prem. Split%