Karin Ouellette
March 23, 2005

**COPY**

```
 1                                          Volume:    1
 2                                          Pages:    1-67
 3                                          Exhibits: 1-7
 4               UNITED STATES DISTRICT COURT
 5                 DISTRICT OF MASSACHUSETTS
 6   - - - - - - - - - - - - - - - - - - -
 7   WILLIAM PARZIALE,
 8      Plaintiff,
 9   vs.
10   AMERICAN HERITAGE LIFE INSURANCE COMPANY,
11   A WHOLLY OWNED SUBSIDIARY OF THE
12   ALLSTATE CORPORATION
13      Defendant.
14   - - - - - - - - - - - - - - - - - - -
15
16             DEPOSITION OF KARIN OUELLETTE
17
18                    March 23, 2005
19                      10:20 a.m.
20                 Day, Berry & Howard LLP
21                   260 Franklin Street
22                  Boston, Massachusetts
23              Reporter:  Taryn M. Gutoff
24
```

KACZYNSKI REPORTING
617.426.6060

Karin Ouellette
March 23, 2005

```
 1  APPEARANCES:
 2  REPRESENTING THE PLAINTIFF:
 3     PATRICIA MICHAELS, ESQUIRE
 4     10 Tremont Street
 5     Boston, Massachusetts 02108
 6     (617) 227-1500  Fax (617) 227-1774
 7
 8  REPRESENTING THE DEFENDANT:
 9     DAY, BERRY & HOWARD LLP
10     By Hobart F. Popick, Esquire
11     260 Franklin Street
12     Boston, Massachusetts 02110
13     (617) 345-4600   Fax (617) 345-4745
14
15
16
17
18
19
20
21
22
23
24
```

Karin Ouellette
March 23, 2005

1  Q. Other than that 401(k) --
2  A. Just the 401(k).
3  Q. -- that you were just speaking of?
4  A. Yup.
5  Q. How did you decide how much to settle debts
6  for during the administration of the estate?
7  A. It pretty much was arbitrary based on what
8  the creditor was willing to accept.
9  Q. So it would be the result of a negotiation
10 with a creditor?
11 A. Yeah, I pretty much would just present it to
12 them that there were more debts than there were
13 assets. What were they willing to negotiate.
14 Q. And you would try to negotiate the smallest
15 settlement that they would accept?
16 A. Yeah.
17      MR. POPICK: I have no further
18 questions.
19      MS. MICHAELS: I just have a couple of
20 questions.
21 CROSS EXAMINATION
22 BY MS. MICHAELS:
23 Q. You testified that you knew MaryAnn since
24 1990. That's about 12 years.

Karin Ouellette
March 23, 2005

1    A.   Yes.

2    Q.   Would you describe her as a fair person in
3 any dealings that you have had with her?

4    A.   Absolutely.

5    Q.   Would you describe her as an honest person?

6    A.   Yes.

7         MS. MICHAELS:  I have no further
8 questions.

9         (Whereupon, the deposition concluded at
10 12:00 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Karin Ouellette
March 23, 2005

```
 1 | COMMONWEALTH OF MASSACHUSETTS
 2 | ESSEX, SS.
 3 |
 4 |    I, Taryn Gutoff, Court Reporter and Notary Public
 5 | in and for the Commonwealth of Massachusetts, hereby
 6 | certify that on March 23, 2005 at the time and place
 7 | specified above, KARIN OUELLETTE, the deponent
 8 | herein, was duly sworn by me to testify to the truth
 9 | and was thereafter examined under oath of counsel.
10 |
11 |    I certify that the questions asked of the
12 | deponent and the answers given were taken down by me
13 | stenographically and transcribed using computerized
14 | translation software; and that the foregoing is a
15 | true and accurate transcript thereof.
16 |
17 |    I further certify that I am not counsel,
18 | attorney, or relative of any party litigant, not
19 | otherwise interested in the event of this suit.
20 |
21 |           [signature]
22 |           Notary Public
23 | My commission expires:  July 1, 2005
24 |
```

KACZYNSKI REPORTING
617.426.6060