| | | | | | | |
|---|---|---|---|---|---|---|
| Name: FINK, MARYANN | Age: 31 | Sex: F | MRN: L2060782 | Visit #: 6106693 | Ins. Verified | |
| Address: 305 SALEM STREET WOBURN, MA 0180 | DOB: 02/02/1969 | PCP: MAURI, ANTONIETTA WOBURN, MA | Date of Arrival: 12/17/2000 | Billing Code: | | |
| H: 781-376-1767 | | Time of Arrival: 03:12PM | Mode of Arrival: CAR | ED 3 5 6 7 8 | | |
| W: 781-899-1438 | Ph: 781-935-8859 | Injury Type: | Med Rec | | | |
| Reg By: REARDONM  Loc: EMR | Fax: 781-938-0626 | Injury Date: | Priority: 3 | | | |
| Chief C/O: RT FLANK PAIN | | Ins: HMO BLUE NON-ENR | Time in Room | | | |

**RESULTS**
- WBC 14.0
- HGB/HCT 39.4
- PLATS 231
- GLU 99
- BUN/CR 11.8
- NA 140
- K 4.0
- CL 105
- CO2 26
- AMY
- UA 750 WBC 750 RBC Bacteria many
- ABG

CC: (R) Flank Pain

HPI: 31 yo ♀ c̄ NO Sig PMHx c/o (R) Flank Pain. Pt was seen in urgent care 12/13 for (R) Flank pain. U/A - ⊕WBC ⊕ many Bacteria. Urine Cult was lost by Lab. Pt Started on ?PCN + has been compliant. Pt notes ↑ Flank Pain Soreness Ø Sharp. ⊕ Nausea ⊕ Vomit yesterday. Pt reports cold sweats + Dizzyness. Minimal Pain relief c̄ Tylenol. ⊘ CP ⊘ SOB ⊘ HA ⊘ Diarrhea ⊕ BM normal today ⊘ Dysuria ⊕ Frequency

Meds: ?PCN

PE: A+O x3 in NAD

VS 98³ 88 16 132/70 160 7 RA

Mol: Tylenol PCN

Cor: RRR

L: CTA (B)

Back: ⊕R CVA tenderness

Abd: ⊕ BS Soft tender RLQ (Inguinal area)

A/P: Pyelonephritis

EKG
All: NKDA
OTHER
ROTH 0006

DISPOSITION: HOME  ADMIT  OBSERVATION  OTHER ___  CONDITION ON DISCHARGE: STABLE  D/C TIME
PATIENT INSTRUCTIONS: AC#  OTHER  PREPS
☐ RE-EXAM BY A PHYSICIAN IF YOU ARE NOT BETTER WITHIN ___ SOONER IF YOU ARE WORSE

Return to Emergency Dept. if you develop increasing Abdominal/Flank Pain, Persistent Nausea/Vomiting - USE ALTERNATE FORM OF Birth control until next period. TAKE LEVOFLOXACIN 500mg once a day for total of 14 days. TAKE Vicodin 1 tablet every 6 hours as needed for pain - Do not drive

FOLLOW-UP: GIM     MD: Rehm     WHEN: 1WK

I UNDERSTAND THE INSTRUCTIONS AND AGREE WITH THE DISCHARGE PLAN
X Maryann Fink
RN SIGN: [signature]
RESIDENT MD SIGN: [signature]
STAFF MD SIGN: MICHAEL S. ERDOS, MD EMERGENCY MEDICINE
SEND COPY TO PMD ☐   SEND DICTATED REPORT ☐
DATE OF VISIT: 12/17/2000
LC MRN#: L2060782

LAHEY CLINIC, Burlington, MA 01805      Phone (781) 744-8

# EMERGENCY DEPARTMENT ORDERS

## TEST ORDERS

| Ordered | Entered in Computer | Ordered | Entered in Computer | Ordered | Entered in Computer |
|---|---|---|---|---|---|
| ☐ CBC | ☐ | ☐ PT/INR | ☐ | ☐ ECG | ☐ |
| ☒ CBC/DIFF | ✓ | ☐ PTT | ☐ | ☐ repeat ECG | ☐ |
| ☐ Lytes | ☐ | ☐ Type/Screen | ☐ | ☐ CXR  ☐ w/lateral | ☐ |
| ☐ Glucose | ☐ | ☐ Type/Cross ___ Units | ☐ |  ☐ portable | ☐ |
| ☐ BUN/Creat | ☐ | ☐ HCG Quant.____ Qual.____ | ☐ | ☐ KUB  ☐ w/upright | ☐ |
| ☐ Amylase | ☐ | ☐ ABG on ☐ RA___LPM ___FiO₂ | ☐ | ☐ C-spine  ☐ port lateral | ☐ |
| ☒ Metabolic Profile | ✓ |   patient's temp_____ |  |  ☐ port 3 view | ☐ |
| ☐ Liver Profile | ☐ | ☐ ED6 Tox Panel | ☐ |  ☐ in radiol | ☐ |
| ☒ U/A | ✓ | ☐ Other_____ | ☐ |  ☐ do not move | ☐ |
| ☒ Urine C & S | ✓ | ☐ _____ | ☐ |  ☐ ok to sit up | ☐ |
| ☐ Blood Culture x ___ | ☐ | ☐ _____ | ☐ | ☐ Pelvis  ☐ portable | ☐ |
| ☐ Rapid strep screen | ☐ |  |  | ☐ Other_____ | ☐ |

☐ Blood drawn and sent to lab ___[signature]___ RN _1610_ time.

Reason for Radiology Study: _____

☐ CT _____
☐ Ultrasound _____
☐ IVP
☐ Non-Invasive Vascular_____

M.D. Signature _____

## TREATMENT AND IV ORDERS

| DATE | TIME | ORDER (Sign) | TIME DONE (Sign) |
|---|---|---|---|
| 12/17 | 17:00 | Levoquin 500mg IV x1 | 1715 [sig] |
|  |  | Percocet ī PO x1 [sig] |  |
|  | 18:00 | Compazine 5mg (10mg PSL) IV x1 | [sig] |
|  |  | Pentrol 25mg IV x1 [sig] | 18:25 [sig] |
|  |  | NS 500cc Bolus [sig] | 1820 [sig] |

## DISCHARGE MEDICATIONS

ROTH 0007

| | MEDICATION, DOSE | MD | RN | # to go | # Rx |
|---|---|---|---|---|---|
| 12/17 | Vicodin ī | [sig] | [sig] | 2 | (1850) |

Name: _____
LHC #: L2060782  FINK, MARYANN
Date: 12/17/00  03:12PM  RMR  H6106693

**Lahey CLINIC**

12635 (6/98)

# LAHEY CLINIC
## EMERGENCY DEPARTMENT-PATIENT FLOW SHEET

Last ED Visit: _____

Time: 1503  P 3  Classification

Name: Fink, Marianne  DOB: _____  LC# 2060182
Triage Date: 12-17-00  INFORMANT: ☐ Patient ☐ Parent ☐ Other
Chief Complaint/Observation: T:98³ P:88 R:16 BP:132/70 LOC: x3   ☐ FiO2 ___  ☐ RA   O2 SAT: 100
(R) flank pain rad → (R) groin. vomited 12/15
12/16 seen in urgent care on 12/13. ⊕ nausea
⊖ urinary sx's. last BM 12/17 normal

Pre-Hospital Care: _____  RN Init. DB

| Patient Assessment | Yes | No | Comments | | Yes | No | Comments |
|---|---|---|---|---|---|---|---|
| Add'l transportation needs | | | | Physical impairment impacting ADLs | | | |
| Assistance at home needed | | | | Receiving home health care service | | | |
| Abuse/Domestic Violence | | | | Advance Directive | | | |
| Spiritual/Cultural Needs | | | | Barrier to learning | | | |

**Medical History**
☐ Asthma
☐ Diabetes
☐ Heart Disease
☐ Hypertension
☐ Seizure
☐ Cancer
☐ Pregnancy ___ mos
☐ Other _____

Tetanus: _____
LMP: 8 days ago
Allergies: NKA

Current Meds:
PCN
motrin
BCP

**Medications given in ED:**

| Time | Med/Dose/Route | Initial | Time | Med/Dose/Route | Initial |
|---|---|---|---|---|---|
| | Percocet 1p-vi | JP | | | JP |
| | Levaquin 500 mg IV x1 | | | | |
| 1800 | Compazine 10mg IV | | | | |
| 1820 | Demerol 25 IV x1 | | | | |

Intake: IV Cath size: #22 Site: (L) A/C   Output

| Time | Solution/Amt | Abs. cc | Time | Urine | NG | Other |
|---|---|---|---|---|---|---|
| 1500 | NS 100u | 100u | | | | |
| 1820 | NS Bolus | 500 | | | | |
| | Abx | 100 | | (700) | | |

Ht. _____ Wt. _____   ☐ Actual ☐ Stated ☐ Estimated

| Time | Temp | Pulse | Rhythm | Resp | B/P | Pupils GCS | O2 Sat | Time | Assessment and Intervention |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 15:30 | To Room 15  JP |
| | | | | | | | | 15:35 | Eval by Dr. Levit |
| | | | | | | | | 1610 | Labs drawn & sent  JP |
| | | | | | | | | | Cx added to urine  JP |
| | | | | | | | | 1700 | Reeval by Dr. ___ |
| | | | | | | | | 1715 | Pt medicated, medication |
| 1800 | | 96 | | | 124/74 | | | | as above |
| | | | | | | | | 1740 | Dry heaves + c/o severe |
| | | | | | | | | | nausea — which med |
| | | | | | | | | | caused the problem |
| | | | | | | | | 1750 | Medicated for nausea |
| | | | | | | | | 1815 | New c/o L kidney pain |
| | | | | | | | | 1820 | Medicated for pain & for nausea |
| 1840 | 99.0 | 82 | R | 16 | 118/64 | | | 1840 | Feels fine. All discomfort gone |
| | | | | | | | | | IV pulled |

Disposition of Valuables: _____

Pathway Started  ☐ Yes ☐ No

| RN Initial | RN Signature | RN Initial | RN Signature |
|---|---|---|---|
| DB | DBourgeois | | |
| | | JP | JP ___ |

Discharge home ☑ Accompanied by Boyfriend
Discharge to Unit/Rm _____ Date/Time _____
Report given by ED RN _____ Report to RN _____
Reviewed orders ☑ Yes  O2 ☐ Yes ☐ No
Instruction given by _____
Patient und___

ROTH 0008

# Lahey Clinic — TELEPHONE MEMORANDUM

TO: Rehm
DATE: 12/13/00  TIME: 11:45
PHARMACY: ___
PHARMACY # ( ) ___
CALLER: ___
PHARMACY ADDRESS ___
PATIENT: Maryanne Fink
LC #: 206082
HOME # ( ) ___
MESSAGE TAKEN BY: Kemy
BUSINESS # (781) 899-1438 x13
MED. REC. REQ. ☐ DATE / /  TIME: ___

CALL RE: Having pain on right side for 2 days, urine infec? Urinating every 10 min.

PHYSICIAN NOTES:

I'd be happy to see her tomorrow or if she needs to be seen today she should be booked to someone

DATE CALL RETURNED: 12/13/00
SIGNATURE: [signed]

Check here to be filed in medical record ☐

CHECK ONE:  Managed Care Patient ☐
            Non-Managed Care Patient ☐

*ALL MEDICAL ORDERS MUST BE INDICATED BELOW.

| PHYSICIAN REASON FOR ORDERS. (PROBLEM, SYMPTOM, IMPRESSION) | DIAGNOSTIC TESTS CONSULTATIONS APPOINTMENTS | U = URGENT<br>I = IMPORTANT<br>S = STANDARD<br>R = REVIEW<br>L = LETTER | TIME FRAME REQUESTED AND/OR THERAPEUTIC MEASURES |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ROTH 0009

# Lahey CLINIC

**TELEPHONE MEMORANDUM**

TO: MRTHY  
DATE: 12-14  TIME: _____  
CALLER: _____  
PATIENT: Mariann Fink  
LC #: 206-07-82  
HOME # ( ) _____  
BUSINESS # ( ) _____  
RE: urine Cx. Lab accident. can not Cx.

PHARMACY: _____  
PHARMACY # ( ) _____  
PHARMACY ADDRESS: _____  
MESSAGE TAKEN BY: KoAG  
MED. REC. REQ. ☐ DATE _____ TIME: _____

M.D. NOTES: _NOTED_

DATE CALL RETURNED: _____  SIGNATURE: _____

Check here to be filed in medical record ☐

CHECK ONE: Managed Care Patient ☐  
Non-Managed Care Patient ☐

*ALL MEDICAL ORDERS MUST BE INDICATED BELOW.

PATIENT NAME:   LC#:   DATE:

CHIEF COMPLAINT:

CHECK ONE: Managed Care Patient ☐  
Non-Managed Care Patient ☐

| PHYSICIAN REASON FOR ORDERS. (PROBLEM, SYMPTOM, IMPRESSION) | DIAGNOSTIC TESTS CONSULTATIONS APPOINTMENTS | U = URGENT<br>I = IMPORTANT<br>S = STANDARD<br>R = REVIEW<br>L = LETTER | TIME FRAME REQUESTED AND/OR THERAPEUTIC MEASURES |
|---|---|---|---|
| | | | |
| | | | |

ROTH 0010

11101A (2/00)

PAGE

## GENERAL INTERNAL MEDICINE

FINK, MARYANN                12/13/00                LCMC#:  206 07 82

ISSUE:  Dysuria.

HISTORY OF PRESENT ILLNESS:  The patient is a 31-year-old female, who presents with a two day history of right sided flank discomfort of dysuria and frequency.  She notes some urgency as well.  The patient was in her normal state of health until yesterday morning when her symptoms began.  She denies fever, nausea, or vomiting.  She denies a history of bladder infections in the past.

FAMILY HISTORY:  There is a family history of kidney stones in her mother.

REVIEW OF SYSTEMS:  The patient is sexually active with one partner.  There has been no recent change in sexual activity.  She recently saw GYN for labial irritation, but no specific treatment was suggested.

ALLERGIES:  The patient denies allergies to medicine.

MEDICATIONS:  Her only current medication is oral contraceptives.

PHYSICAL EXAMINATION:  The patient looks well.  She is in no acute distress.  The patient is afebrile.  The lungs are clear.  There is no CVA tenderness.  The abdomen is soft and nontender.  There is no suprapubic tenderness.

Her urine specimen is dipstick positive for white cells and red cells.

IMPRESSION:  Probable cystitis.

PLAN:  Bactrim DS one tablet b.i.d. is prescribed times five days.  She will take ibuprofen for pain.  She will force fluids, which she is already doing.  If her symptoms do not resolve or if she develops fever, chills, nausea, or vomiting, then she is to contact Dr. Rehm.

John E. McCarthy, M.D.
N#/
D: 12/13/00, R:  , T: 12/26/00

jem:nsmt:kas

Lahey Clinic Medical Center • 41 Mall Road, Burlington, MA 01805 • 781-744-5100

PATIENT ID

**LAHEY CLINIC**

41 Mall Road • Burlington, MA 01805

## Progress Notes

12145aa (REV. 8/98)

ROTH 0011

# Lahey CLINIC   AMBULATORY ORDER FORM

Record here, if taken:
HT.
WT.
BP
TPR

ANK ☐   CANCELLED ☐

REASON FOR APPOINTMENT: Pain in Rightside

☐ KEEP CHART TODAY    ☐ REQ. CHART AFTER FUTURE TST/CON    ☐ SEND CHART BACK

CHIEF COMPLAINT:

NO ORDERS ☐   IF NO ORDERS, REASON FOR VISIT:

| PHYSICIAN REASON FOR ORDERS. (PROBLEM, SYMPTOM, IMPRESSION) | ✓ | DIAGNOSTIC TESTS CONSULTATIONS, APPOINTMENTS | U=URGENT I=IMPORTANT S=STANDARD R=REVIEW L=LETTER | TIME-FRAME REQUESTED AND/OR THERAPEUTIC MEASURES |
|---|---|---|---|---|
| | | (1) VMMC CTS. | | |

13025 A/3 (REV. 1/99)

ROTH 0012

PAGE

**GENERAL INTERNAL MEDICINE
NOTE DICTATED
JOHN E. McCARTHY, M.D.**

PROGRESS NOTES

ROTH 0013

LAHEY CLINIC
BURLINGTON, MA

**PROGRESS NOTES**

12851  Rev 11/98

PATIENT ID