PAGE

## GENERAL INTERNAL MEDICINE

FINK, MARIANNE                    07/12/01                    LCMC#:   206 07 82

The patient is 32 years old and is seen and examined with Dr. Bilello. She was previously followed by Dr. Rehm. She has a 3 week history of several symptoms. She's noted increased daytime somnolence and has fallen asleep in traffic. She does have a history of loud snoring which is unchanged. She also notes difficulty swallowing with food sticking and regurgitation. She has had a dull aching in the left upper chest which is tender. Additionally she has had a sore throat and earache without fever, sweats or weight loss.

PAST MEDICAL HISTORY: Negative.

MEDICATIONS: Oral contraceptives.

Smoking: 14 pack years quit 4 months ago.

SOCIAL HISTORY: Works full time and is taking an accounting course.

PHYSICAL EXAM: She's a well appearing female in no acute distress. Oropharynx clear. Neck, 2+ anterior cervical nodes and 1+ multiple right posterior cervical nodes. Chest clear to percussion and auscultation. Tenderness in the upper anterior left chest. Cardiac normal S1 and S2. No gallop, murmur or rub. Abdomen slight tenderness over the xiphoid. No hepatosplenomegaly or mass noted.

ASSESSMENT: Fatigue, adenopathy and left chest pain. Would consider various infections including hepatitis, HIV, and mono.

PLAN: Check CBC, SGOT, heterophile and HIV today. Based on results would also consider proceeding with an upper GI or barium swallow.

                                          Joseph Rothchild, M.D.
                                          N#
                                          D: 07/12/01, R:   , T: 07/19/01

JR:nsmt:mrp

Progress Notes

Lahey Clinic Medical Center • 41 Mall Road, Burlington, MA 01805 • 781-744-5100

PATIENT ID

**LAHEY CLINIC**

41 Mall Road • Burlington, MA 01805

## Progress Notes

PAGE

HPI: 32 yo previously healthy ♀ w/ triad of complaints that have all developed over past 3 wks

1) EDS - extremely fatigued in AM, throughout day - fell asleep in traffic x2 over past week, loud snorer - ? obvious sleep apnea, ∅ Δ's in daily regimen

2) Sensation of food getting stuck in upper throat & at xiphoid, occurs w/ both liquids & solids. Ø∆ w/ position, sensation of saliva regurg - slightly acidic taste, ∅ relief w/ antacids tablets

3) Chest discomfort ⓒ chest - not assoc w/ exertion 7/10 dull achy - ↑ in severity over last 3 wks - not ?? 

P.

PMHx                          Soc Hx                         All - NKDA
Sinus infection              1 PPN x d/c ? mos              Meds
Mononucleosis               Mod ETOH                        BCP x 2 yrs
                              ∅ Rec Rx
                              Single

ROS - ∅ cough / SOB / ∅ ↓ exercise tolerance
  - Bowel habits unchanged
  - Denies F/C / N/V / Nsweats, weight loss
  - Admits to sore throat, otalgia

LAHEY CLINIC
Burlington, MA.

**Progress Notes**

12145a REV. 9/80

PATIENT ID
07/12/2001  L2060782  02/02/1969  32
FINK, MARYANN              GIM   IBILRR
2 BANKS STREET             4EAST/ 5
WOBURN, MA
01801  A#:7323810

PAGE

**Progress Notes**

PE - Well appearing, thin ♀ in NAD
Vs - Afeb - 68 - RR - 12
HEENT - Mild erythema posterior oropharynx, Ø exudate, Ø enlarged tonsils. B/L 1cm sub mandib nodes, ⓡ side post cervical node - 5mm. Ø Thyromegaly or nodules, Ø supraclavicular nodes
Lungs - CTA
Cards - RRR - Ø M/R/G
Abd - Soft, NT, ND, mild tenderness/elicited at Sx w/ upper epigastric palpation. Ø Splenomegaly

Impression - Unusual triad of Sx difficult to explain w/ single diagnosis. Concerns re viral illness - Mono, CMV, HIV, lymphoma, lung CA, mycoplasma, hepatitis. Pt possibly also has GERD, hiatal hernia

Plan: 1) QR - & return to Ste 7
2) Labs - CBC, diff, heterophile, AST/ALT, TSH, HIV