```
LAHEY CLINIC - BUR                        MRN:       00000206-07-82
DIAGNOSTIC RADIOLOGY                      NAME:      FINK,MARYANN
REQUISITION #: M965236                    LOCATION:  OPD GIM
-----------------------------------       -----------------------------------
ORDERING MD: ROTHCHILD,JOSEPH             PERFORMED: 07/13/01 08:30
                                          RESULTED:  07/16/01 14:27
=========================== ORDER REASON ===========================
                      CHEST PAIN

=====================   L CHEST, PA + LATERAL   =====================
FINAL:
    CLINICAL HISTORY: 32 YEAR OLD WITH CHEST PAIN.
    FINDINGS:  PA AND LATERAL VIEWS WERE OBTAINED.  THERE IS SLIGHT
    FULLNESS IN THE AP WINDOW REGION WHICH MOST LIKELY REPRESENTS A
    PROMINENT PULMONARY ARTERY BUT COULD REPRESENT ADENOPATHY.
    THE LUNGS ARE CLEAR.  NO OTHER HILAR OR MEDIASTINAL ADENOPATHY,
    EFFUSION, PNEUMOTHORAX, OR ACUTE OSSEOUS OR SOFT TISSUE
    ABNORMALITY.
    IMPRESSION:
    1)   NO ACUTE ABNORMALITY.
    2)   SLIGHT AP WINDOW FULLNESS, MOST LIKELY A NORMAL VARIANT,
         PROMINENT PULMONARY ARTERY.  HOWEVER, CT IS RECOMMENDED TO
         EXCLUDE THE POSSIBILITY OF ADENOPATHY, IF NO OLD FILMS ARE
         AVAILABLE FOR COMPARISON (NONE CURRENTLY AVAILABLE).
    3)   THE FINDINGS WERE READ ON A STAT BASIS AS REQUESTED.
-----------------------------------------------------------------------
STAFF PHYSICIAN: ARNDT III,WILLIAM
```

AHL 00451