41 Mall Road
Burlington, MA 01805
781-744-5100

September 29, 2004

Law Office of Patricia Michaels
10 Tremont Street, Fourth Floor
Boston, MA 02108

RE: FINK, MARYANN
LC#: 2060782

Dear Ms. Michaels:

I am responding to your letter of August 17. I apologize for the delay in getting back to you.

I have reviewed Mrs. Fink's record. She had been seen by myself and my resident, Vincent Bilello, on July 12, 2001. I was able to find an order for a thoracic CT scan written by Dr. Bilello. This was presumably prior to the emergency room visit, but unfortunately the order was undated. I presume that Dr. Bilello had spoken with her about her need for a CT scan, but I have no documentation of this. The likelihood is that she was aware that she needed a CT scan, and aware that there was a question of adenopathy in the chest. I myself did not speak with her regarding a possible diagnosis, other than discussing a possible infection on July 12, 2001.

Please let me know if you have additional questions.

Sincerely,

Joseph Rothchild, MD
Department of General Internal Medicine
(781) 744-8534

JR:kas
D: 09/29/2004 16:09:12
T: 09/30/2004 13:58:27
J: 4319736

CC:

THIS DOCUMENT WAS ELECTRONICALLY AUTHENTICATED BY Joseph Rothchild, MD ON 09/30/2004 15:25:24