CLINIC

| | | | | |
|---|---|---|---|---|
| Name: FINK, MARYANN | Age: 32 | Sex: F | MRN: L2060782   Visit #: 7309109 | Ins. Verified |
| Address: 2 BANKS STREET  WOBURN, MA  01801 | DOB: 02/02/1969 | PCP: REHM, JENNIFER  BURLINGTON, MA  Ph: 781-744-8025  Fax: 781-744-5236 | Date of Arrival: 07/25/2001  Time of Arrival: 05:14PM  Mode of Arrival: CAR  Injury Type:  Injury Date: | Med Rec Ord: 5:23  Priority |
| H: 781-376-1767  W: 781-899-1438 | | | | |
| Reg By: TAYLORM   LOC: EMR | | | | |
| Chief C/O: DIFF. BREATHING, CHEST PAI | | | Ins: HMO BLUE ENR (FFS) | Time in Room |

PMHx: Difficulty swallowing, breath x 3 wk. C/p started 3 wk ctnw — worse last few days. Has cold her week. Can't breath out, no sore throat, no wz, no ... to PLC — can't ...

Results:
- WBC 38 7300
- HGB/HCT ...
- PLATS
- NA
- K
- CL
- CO2
- BUN/CR
- GLU
- CA
- AMY
- ABG

SHx:

FHx:

CT hilar adenopathy

ENT -
  vc diet
  R vc paralysis
  recd. CXR, met protic,
  Lyme titer, CT Base of skull → chest

See Dicted Report attending —
✓ CT by ENT res. prior to d/c.
R.Dolan

Mediastinas
Tumor

ROTH 0021

DISPOSITION: (HOME) ADMIT  OBSERVATION  OTHER _____   CONDITION ON DISCHARGE _____   D/C TIME 2215

PATIENT INSTRUCTIONS AC#_____  OTHER  PREPS
T spoke with Dr Weiner @ 9:30 AM

NO WORK UNTIL
LIGHT DUTY DATE
FULL DUTY DATE

☐ RE-EXAM BY A PHYSICIAN IF YOU ARE NOT BETTER WITHIN ___ SOONER IF YOU ARE WORSE.
FOLLOW-UP: Call 781 744 8400 (Flora, Cathy)

| I UNDERSTAND THE INSTRUCTIONS AND AGREE WITH THE DISCHARGE PLAN | RN SIGN | SEND COPY TO PMD ☐  SEND DICTATED REPORT ☐ |
|---|---|---|
| X Maryann Fink | RESIDENT MD SIGN | DATE OF VISIT: 07/25/2001 |
| | STAFF MD SIGN | LIC #/MRN: L2060782 |

LAHEY CLINIC, Burlington, MA 01805

# LAHEY CLINIC
## EMERGENCY DEPARTMENT-PATIENT FLOW SHEET

Last ED Visit: _____

Time: 1710  P 2  Classification

Name: Roth, Maryann   DOB: 2/2/69   LC#: 206072
Triage Date: 9/25/01   INFORMANT: ☐ Patient ☐ Parent ☒ Other
Chief Complaint/Observation: T: 96.8  P: 72  R: 20  BP: 134/72  LOC: A&Ox3   ☐ FiO2 ____ ☒ RA
c/o diff. breathing — spoke c Dr. Ratchild + told O2 SAT: 98%
to come. problems c 3 wks. Nx havins C.P. QOD ++ since
Sunday. Voice hoarse since Sunday. feels like someone
Pre-Hospital Care: is pushing on chest. ⊖ SOB, ⊖ N/V    RN Init: LS

| Patient Assessment | Yes | No | Comments | | Yes | No | Comments |
|---|---|---|---|---|---|---|---|
| Add'l transportation needs | | ✓ | | Physical impairment impacting ADLs | | ✓ | |
| Assistance at home needed | | ✓ | | Receiving home health care service | | ✓ | |
| Abuse/Domestic Violence | | ✓ | | Advance Directive | | ✓ | |
| Spiritual/Cultural Needs | | ✓ | | Barrier to learning | | ✓ | |

**Medical History**
- ☐ Asthma
- ☐ Diabetes
- ☐ Heart Disease
- ☐ Hypertension
- ☐ Seizure
- ☐ Cancer
- ☐ Pregnancy ___ mos
- ☐ Other _____
- Demus

Tetanus: _____
LMP: _____
Allergies: NKDA

Current Meds: BCP

**Medications given in ED:**

| Time | Med/Dose/Route | Initial | Time | Med/Dose/Route | Initial |
|---|---|---|---|---|---|

Intake: IV Cath size: 18  Site: R hand    Output

| Time | Solution/Amt | Abs. cc | Time | Urine | NG | Other |
|---|---|---|---|---|---|---|
| | | | | | | 350 |

Ht. ____ Wt. ____   ☐ Actual ☐ Stated ☐ Estimated

| Time | Temp | Pulse | Rhythm | Resp | B/P | Pupils GCS | O2 Sat | Time | Assessment and Intervention |
|---|---|---|---|---|---|---|---|---|---|
| 1740 | | | | | | | | | ⊖ diaphoresis |
| | | | | | | | | 1730 | To rm #11 — settled into rm for MD eval |
| | voice hoarse | | | LS, dim c/c | | | | | to rm 11 skin W&D |
| | slight ⊖R ⊖ limit | | | pt | | | | | L Breast feels like ⊖ arm feels tired |
| | ⊖ distress | | | | | | | | pt speaks quiet/softened |
| | | | 12 lead | | | | | 1735 | seen by Dr. Damilin, ENT into eval pt. Labs drawn + sent |
| | | 62 SR | | 18 | 112/80 R | | | | plan CT |
| | | | | | 123/78 L | | | | 1815 To CT via stretcher |
| 1803 | 98.1 | 72 | | 16 | 116/80 | | | 1825 | to bed 9 |

Disposition of Valuables:

| RN Initial | RN Signature | RN Initial | RN Signature |
|---|---|---|---|
| | Maureen Trask | LS | Lee Shelton |

Pathway Started ☐ Yes ☒ No
Discharge home ☒ Accompanied by friend
Discharge to Unit/Rm ____ Date/Time 9/25 2200
Report given by ED RN ____ Report to RN ____
Reviewed orders ☐ Yes ☐ No   ☐ Yes ☐ No
Instruction given by _____
Patient understood instructions ☐ Yes ☐ No

ROTH 0025

11216 (2/99)

**[LAHEY CLINIC]**
**BURLINGTON, MA**

**Consultation Form**

| Patient Name | Unit Number | Date |
|---|---|---|
| To Doctor and/or Service | | Notified: Date / Time / Init. |

**Reason for Request:**

Hoarsen / cp

_____ M.D.
SIGNATURE

Date:        Response: Patient seen at the request of           for

---

32 y.o. 3 wks ago → swallowing difficulties
w/ dysphagia — ⊖ pain — ⊕ chest pain & 
left arm heavy since Sunday — pressure
++ SOB when walking — CXR last wk —
? mediastinal adenopathy — hoarseness since
Sunday —

| | |
|---|---|
| PMHx — ⊖ | ROS ⊕ fatigue |
| PSHx — ⊖ | ⊖ GI + nausea |
| All — ⊖ | psych ⊖ |
| Meds — ⊖ | neuro ⊖ |

soc: d/c tobacco 5 mos ago
     1 ppd x 16 yrs
     unmarried / ⊖ kids

Physical Exam → Dictated

_____
                                                           [signature]

| | |
|---|---|
| SIGN AND DATE ALL ENTRIES ☐    CONTINUED ON REVERSE | PATIENT I.D.   Fink   L2060782 FINK, MARYANN  07/25/01  05:14PM  EMR  H7309109 |

ROTH 0022

**Consultation**

CBC
met profile
urine titers
- Neoplastic -.—

ROTH 0023

PAGE

7/25/01
# CT SCAN
ST Neck/chest

## Diagnostic Radiology

Date: 7/25/01                              Procedure: CT ST Neck/chest
Contrast Allergies: (Circle One)        Yes    No
Other allergies: _____
Type of Contrast Administered:   Ionic/Hypaque: _____ CCS
                                 (Non-Ionic/Omnipaque): _____100_____ CCS
Time of Injection: _____ AM / PM
Contrast Injected By: ___TF_____

LAHEY CLINIC
Burlington, MA.

FINK, MARYANN, MS
MRN: 2060782   Pt.Loc:ER01
DOB: 02/02/1969   32Y   F
Exam: (BU)CSTNK2
Perf DT:07/25/2001/18:35
Ordering MD:DAMIN
Acc#:1039370

**Progress Notes**

12145a REV. 9/80

ROTH 0024

## EMERGENCY MEDICINE

FINK, MARYANN                    07/25/01                    LC#:  206 07 82

CHIEF COMPLAINT:  Hoarseness with chest pain.

HISTORY OF PRESENT ILLNESS:  This 32 year old woman has noted some difficulty swallowing and breathing for the last few weeks with some chest pain also at that time.  She has become more hoarse and her symptoms have been worse for the last few days.  She has lost her voice.  She has some trouble coughing and says she can't really breathe out very well.

REVIEW OF SYSTEMS:  No fevers, no chills, no weight loss.  No definite malaise.  No PND, palpitations, syncope.  No definite wheeze.  No hemoptysis.  Her chest pain is slightly pleuritic.  No abdominal pain, no nausea, vomiting, no loose stools, no black bowel movements, no blood in the stool.  No hematuria, dysuria, frequency.  No easy bruising or bleeding.  No back pain, joint pains, arthralgias, no headaches, visual problems, speech problems.  No diabetes.

PAST MEDICAL HISTORY:  None.

CURRENT MEDICATIONS:  Birth control pills.

ALLERGIES:  None.

SOCIAL HISTORY:  Quit smoking a few months ago.  Rare drinker.

FAMILY HISTORY:  Negative for Hodgkin's disease or other lymphoma.

PHYSICAL EXAMINATION:  The patient is alert, appropriate with good color and is in no respiratory distress.  The patient is hoarse.  She is nontoxic and afebrile.  Her 02 saturation is 98%.  Head and neck examination - patent airway, anicteric sclerae, normal visual fields, supple neck, no adenopathy.  Thyroid feels normal.  Chest actually is clear.  No stridor.  Heart sounds regular.  Abdomen is benign without hepatosplenomegaly.  Back - unremarkable.  Extremities - unremarkable.  Neurological examination - nonfocal.

LABORATORY INVESTIGATIONS:  CBC and metabolic profile are normal.  CT scan shows hilar mass with anterior mediastinal mass.

ASSESSMENT:  This patient has a recurrent nerve compression with left paralyzed vocal cord confirmed by ENT in the Emergency Room.  This is all secondary to the mass in her chest which is also compressing the left pulmonary artery.  The differential diagnosis includes lymphoma which Hodgkin's is likely the most common in this age group.  Her care was discussed in detail with the hematology service.  The patient will be seen tomorrow for beginning of a workup which may well involve a Chamberlain procedure.

FINK, MARYANN　　　　　　　　　　　07/25/01　　　　　　LC#:　206 07 82
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

The patient was quite upset as was her significant other and at least one half hour was spent discussing the differential diagnosis, treatment and options with the patient and her significant other.

　　　　　　　　　　　　　　　　　　　　　Tristram C. Dammin, M.D.

tcd:nsmt:jfh
D: 07/26/01
T: 07/28/01

MR COPY

```
07/25/01  05:L_PM
RMR       H7309109                                    PAGE 2
```

Cont from pg @ 2135 - Pt moved to Rm 28 report given. —— JRn

2200  Pt teary eyed, boyfriend c side awaiting hematology eval. —— JR

2215  Pt d/c'd to home, #+ pulled, will F/u c Hematology in am. —— JR

ROTH 0028