PAGE

7/25/01

# CT SCAN

ST Neck/Chest

## Diagnostic Radiology

Date: 7/25/01   Procedure: CT ST Neck/Chest

Contrast Allergies: (Circle One)   Yes   No

Other allergies: _____

Type of Contrast Administered: ~~Ionic/Hypaque~~: _____ CCS
(Non-Ionic/Omnipaque): 100 CCS

Time of Injection: _____ AM / PM

Contrast Injected By: TF

Progress Notes

LAHEY CLINIC
Burlington, MA.

FINK, MARYANN, MS
MRN: 2060782   Pt.Loc:ER01
DOB: 02/02/1969   32Y   F
Exam:(BU)CSTNK2
Perf DT:07/25/2001/18:35
Ordering MD:DAMIN
Acc#:1039370

**Progress Notes**

ROTH 0024