

MGH CANCER CENTER
OFFICE VISIT

Maryanne Fink
MGH#: 391-33-04

August 21, 2001

DIAGNOSIS: Non-small cell lung cancer.

HISTORY OF PRESENT ILLNESS: Ms. Fink is a 31-year-old female who developed left-sided chest pain about a month ago. She also developed slight hoarseness and progressive shortness of breath. She was scheduled for a CT scan but developed additional chest pain and was evaluated at the emergency room. At that point, she was found to have a paralyzed left vocal cord and chest and neck CT scan were obtained. Mediastinal adenopathy particularly on the left side of her chest was identified. She was also found to have a small nodular goiter. A very small nodule in the left lower lobe was also seen. She underwent mediastinoscopy in 8/2001, which was negative for the right paratracheal region, but the mediastinal nodes, not otherwise specified on the report, showed a lot of necrotic cells and a few cells that stained positive for keratin that were consistent with poorly differentiated large cell carcinoma.

On 8/8/2001, she underwent a PET scan, which showed significant uptake on the left side of the mediastinum and also uptake higher up in the right mediastinum. An MRI of the head was obtained, which was negative. She presents today for a second opinion on her treatment.

REVIEW OF SYSTEMS: Her performance status is essentially zero.
HEENT: Denies headaches, double vision, facial numbness, sore throat or postnasal drip.
Respiratory: Progressive shortness of breath on exertion, however, she is able to perform all of her activities with only minimal discomfort.
She has no cough or hemoptysis.
Gastrointestinal: No weight loss or loss of appetite. Denies abdominal pain, nausea, vomiting, diarrhea or constipation.
Cardiac: No angina, palpitations, dizziness or lightheadedness.
Musculoskeletal: No bone pains or leg pains.
Neurologic: No numbness, tingling or focal weakness.

PAST MEDICAL HISTORY: None.

PAST SURGICAL HISTORY: None.

FAMILY HISTORY: Her father died of lung cancer and mother with COPD; she is alive. No other family history of a malignancy.

SOCIAL HISTORY: Quit smoking in 3/2001. She has a 12-pack year smoking history. Rare ETOH. She works at an office environment without history of exposures.

MEDICATIONS: Birth control pills and Tylenol with Codeine #3 intermittently.

ALLERGIES: She has no known allergies.

AHL 00543

**PHYSICAL EXAMINATION:** She appears well. Her weight is 135 pounds, temperature is 97, heart rate is 72 and blood pressure is 116/68. Her height is 67 inches.
HEENT: Normocephalic and atraumatic. Her eyes are somewhat proptotic. Extraocular muscles are intact. There is no sinus tenderness. Mouth is clear.
Chest: Very clear bilaterally without wheezing or crackles. Heart: S1 and S2 without murmurs or rubs. Lymphatics: She has no cervical, supraclavicular, axillary or inguinal adenopathy. Very shotty small cervical nodes are identified, which do not appear pathologic. Abdomen: Soft. There is no hepatosplenomegaly. Bowel sounds are present. Extremities: No clubbing, cyanosis or edema. Evaluation of her skin shows no abnormal pigmented lesions.

**LABORATORY DATA:** A CT scan of the chest and a PET scan as above. Pathology as above.

**IMPRESSION:** Ms. Fink is a young person with significant mediastinal adenopathy and evidence of extension of her tumor to the right side of her mediastinum as well based on PET scan and radiologic picture.

Despite the absence of an obvious mass in the chest, this is more likely related to an occult lung cancer.

Tumor markers were drawn locally but have not been reported yet. The mass, however, does not appear to be in the anterior mediastinum, and therefore it is highly unlikely to represent either a thymoma or a germ cell malignancy, definitely a tumor with a much better prognosis than locally advanced non-small cell cancer of the lung. The diagnosis was made on a few viable cells in the background of necrotic tissue and will therefore submit the tissue to our pathology department for reevaluation. She might need an additional biopsy for purposes of diagnosis. We went over several issues today including the work-up for a cancer of unknown primary, a possibility of this being occult lung cancer with local regional disease and the treatment of local regional lung cancer with chemotherapy and radiation. The role of surgery is debatable, and she definitely does not appear a primary surgical candidate at this point.

We went over the regimen of cisplatin and VP-16 according the SWOG study given twice during definitive radiation treatment. The question of surgery following chemotherapy and radiation could be addressed at a later point.

**PLAN:** Our plan is to proceed with reading of her outside pathology slides. She will have a CT scan of the abdomen locally. She will also have to follow-up with her tumor markers. If the pathology is equivocal, we will recommend a Chamberlain procedure for further tissue.

In the absence of an obvious primary, we would begin chemotherapy and radiation aimed at an occult lung cancer.

She will also be seen by Reproductive Endocrinology for the question of fertility issues, which will be accomplished either through birth control pills, storing of embryo or of eggs.

Panos Fidias, M.D.

cc:    Charles White, M.D., Oncology, Lahey Clinic

PF/BN2/nal/akk        1008642.doc