## AMERICAN HERITAGE LIFE INSURANCE COMPANY
### CLAIM REFERRAL

**INSURED:** MaryAnn (Fink) Veronesi

**DEPENDENT:** ASD - 7-25-01

**POLICY:** 90-9507110    $99,000.00

**DATE:** April 23, 2002

---

Pearl— Our insured went to the ER in the evening hours of 7-25-01, due to chest pains & vocal cord paralysis. The ER doctor ordered a CT + PET Scan, which came back w/ abnormal findings. (There is no previous medical history.)

On 8-10-01 our insured was diagnosed w/ cancer. The last date of her employment was 2-26-02. She died 3-4-02.

Please advise if we can proceed w/ payment. (We might want to consider deducting additional prems as Insured answer Question 9 "no", but did smoke up until 3-01.)

Thanks— Susie

---

4-23-01

Susie—

Insured was seen in an emergency room setting before 7/25/01 — Tests were ordered and performed on 7/25/01 — the app signed date. Can you get the er record for that visit?

Thanks,
Pearl

---

4/26 Pearl— Please reconsider this claim. Please review page marked "Second opinion". The hi-lighted entry indicates a chest scan was done @ emergency room along w/ neck scan. Please refer to ("X-Ray + CT Scan done on ASD") This is the emergency room visit described in the second opinion. I believe we should pay this