UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM PARZIALE,<br><br>        *Plaintiff,*<br>v.<br><br>AMERICAN HERITAGE LIFE INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF THE ALLSTATE CORPORATION,<br><br>        *Defendant.* | Civil Action No. 04-11377-RBC |

## AFFIDAVIT OF NEIL CRAWFORD

I, Neil Crawford, hereby depose and say as follows:

1. I am over the age of 18 and believe in the obligations of an oath. I am a resident of the State of Florida.

2. This affidavit is made in support of and submitted in conjunction with Defendant American Heritage Life Insurance Company's Opposition to Plaintiff William Parziale's Motion for Summary Judgment, filed herewith.

3. I am the Vice President and Chief Underwriter of American Heritage Life Insurance Company ("AHL"), 1776 American Heritage Life Drive, Jacksonville, Florida.

4. I am personally familiar with AHL Policy No. 95071110 (the "Policy") insuring the life of Maryann Veronesi ("Veronesi").

5. The Policy was issued by AHL on September 21, 2001 with an effective date of July 25, 2001.

6.  I am also personally familiar with the claim made by William Parziale ("Parziale") against the Policy.

7.  I have thoroughly reviewed Veronesi's application for the Policy, as well as Veronesi's medical documents which were supplied to AHL in connection with Parziale's claim against the Policy.

8.  Veronesi responded "no" to Question 14, Part 2 a on the Policy application, which asks: "[h]as any person to be insured been examined or treated at a hospital or other medical facility (within the last 5 years) or are they currently under the care of a doctor?" Veronesi likewise responded "no" to Question 14, Part 2 b on the Policy application, which asks: "[h]as any person to be insured ... been advised to have or contemplate having any diagnostic test, treatment or surgery?" The Policy application is signed by Veronesi and bears a signature date of July 25, 2001.

9.  During the investigation of Parziale's claim, AHL received medical documents showing that Veronesi visited the office of Dr. Joseph Rothchild at the Lahey Clinic in Burlington, Massachusetts on July 12, 2001, complaining of various symptoms, including fatigue, chest pain, difficulty swallowing, and regurgitation. At Dr. Rothchild's direction, diagnostic tests were performed upon Veronesi, including a blood test and a chest x-ray. Based on the results of Veronesi's chest x-ray, Dr. Rothchild recommended that Veronesi have a CT scan performed.

10. Therefore, as of July 25, 2001, the application signature date, Veronesi had been examined and treated at a medical facility within the last five years and was under the care of a doctor. Veronesi had also been advised to have a CT scan performed, which is a diagnostic test. Accordingly, Veronesi's negative responses to Question 14, Part 2 a and b were incorrect.

11. Had Veronesi correctly informed AHL of her medical history as of July 25, 2001, AHL would not have issued the Policy.

Signed under the pains and penalties of perjury this __8__ th day of June, 2005.

_____
Neil Crawford