```
                                    Volume:    I
                                    Pages:     1 to 157
                                    Exhibits:  1 to 10


              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

     * * * * * * * * * * * * * * *
     WILLIAM PARZIALE,
                         Plaintiff,

               vs.                          Civil Action
                                            No. 04-11377-RBC
     AMERICAN HERITAGE LIFE INSURANCE
     COMPANY, A WHOLLY OWNED SUBSIDIARY
     OF THE ALLSTATE CORPORATION,
                         Defendant.
     * * * * * * * * * * * * * * *
```

DEPOSITION OF WILLIAM P. PARZIALE, a witness called on behalf of the Defendant, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure before Cynthia A. Powers, Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the law offices of Day, Berry & Howard LLP, 260 Franklin Street, Boston, Massachusetts, on Wednesday, March 9, 2005, commencing at 10:51 p.m.

* * * *

KACZYNSKI REPORTING
72 Chandler Street, Suite 3
Boston, Massachusetts 02116
(617) 426-6060

```
                                                              116

 1     the --
 2              A.   Yes.
 3              Q.   -- upper portion of the form?
 4              A.   Mm-hmm.
 5              Q.   Where it says number two and there's
 6     some doctors that are listed there; do you see that?
 7              A.   Yes, yes.
 8              Q.   Could you read the names of the doctor
 9     there?
10              A.   Dr. Anthony Compagna of Lahey Clinic,
11     Burlington; Dr. Thomas Fry of Mall Road, Burlington.
12              Q.   Why did you not disclose Dr. Rothchild
13     in this section?
14              A.   I did not know about him.
15              Q.   How did you know about Mr. Compagna?
16              A.   He was the ICU unit doctor.
17              Q.   Had you met him before?
18              A.   No.
19              Q.   How did you know that he was the ICU
20     doctor?
21              A.   Because I was in ICU the day that
22     MaryAnn passed away and he was the attending
23     physician for her in the intensive care unit.
24              Q.   And Dr. Fry, how did you know him?
```

119

1   A.  He was with Dr. Compagna in the
2   intensive care unit.
3   Q.  You testified earlier that you have
4   drove Ms. Veronesi to some chemotherapy appointments;
5   is that correct?
6   A.  Correct.
7   Q.  Are these the doctors that supplied
8   those services?
9   A.  No.
10  Q.  And why didn't you list those doctors
11  here?
12  A.  Didn't cross my mind.  Same thing,
13  like I notice place of death says Stoughton and not
14  Burlington.  I was distraught.
15  Q.  Do you see on the left-hand side under
16  part A where it says, what was the cause of death and
17  you wrote pneumonia; is that correct?
18  A.  That's what the doctor said that the
19  cause of death was at the time in the ICU unit.
20      (Marked Exhibit 8; Death Certificate)
21  Q.  I've shown the witness what's been
22  marked as Exhibit 8.  It's a death certificate issued
23  by the Town of Burlington.
24  A.  Yes.