

41 Mall Road
Burlington, MA 01805
781-744-5100

September 29, 2004

Law Office of Patricia Michaels
10 Tremont Street, Fourth Floor
Boston, MA  02108

RE: FINK, MARYANN
LC#: 2060782

Dear Ms. Michaels:

I am responding to your letter of August 17. I apologize for the delay in getting back to you.

I have reviewed Mrs. Fink's record. She had been seen by myself and my resident, Vincent Bilello, on July 12, 2001. I was able to find an order for a thoracic CT scan written by Dr. Bilello. This was presumably prior to the emergency room visit, but unfortunately the order was undated. I presume that Dr. Bilello had spoken with her about her need for a CT scan, but I have no documentation of this. The likelihood is that she was aware that she needed a CT scan, and aware that there was a question of adenopathy in the chest. I myself did not speak with her regarding a possible diagnosis, other than discussing a possible infection on July 12, 2001.

Please let me know if you have additional questions.

Sincerely,

Joseph Rothchild, MD
Department of General Internal Medicine
(781) 744-8534

JR:kas
D: 09/29/2004 16:09:12
T: 09/30/2004 13:58:27
J: 4319736

CC:

**THIS DOCUMENT WAS ELECTRONICALLY AUTHENTICATED BY Joseph Rothchild, MD ON 09/30/2004 15:25:24**

I, Joseph Rothchild, MD, certify that the information contained in this letter is accurate and based upon my own knowledge and information.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 17th day of JUNE, 2005.

Joseph Rotchchild MD
Joseph Rothchild, M.D.