E

### 14. NON-MEDICAL QUESTIONNAIRE. (Exclude history of: colds, flu, minor injuries, normal childbirth, seasonal hay fever, appendicitis or tonsillitis.)

**Part 1:** Has any person to be insured ever had, been treated for, or been told by a member of the medical profession they have:

|  | Yes | No |
|---|---|---|
| a. high blood pressure, diabetes, emphysema, asthma, ulcer, hernia, mental or nervous disorder, congenital disorder or any disorder of the kidney, liver, lung, stomach, digestive tract, neck or back? | ☐ | ☑ |
| b. Acquired Immune Deficiency Syndrome (AIDS), AIDS related complex (ARC)? | ☐ | ☑ |
| c. had any impairment, illness or chronic disease not already mentioned (last 5 years)? | ☐ | ☑ |

**Part 2:** Has any person to be insured:

| | Yes | No |
|---|---|---|
| a. been examined or treated at a hospital or other medical facility (within last 5 years) or are they currently under the care of a doctor? | ☐ | ☑ |
| b. been advised to have or contemplate having any diagnostic test, treatment or surgery? | ☐ | ☑ |
| c. been counseled for or excessively used alcohol or drugs (within last 5 years) or are they currently taking any drug not prescribed by a doctor (within last 5 years)? | ☐ | ☑ |
| d. ever had any new insurance or reinstatement limited, postponed, or declined; or claimed or been refused disability income benefits? | ☐ | ☑ |
| e. flown other than as a passenger on a scheduled airline flight or engaged in any hazardous sport (within last 3 years)? | ☐ | ☑ |

**Part 3:** Has any person to be insured ever had, been treated for, or been told by a member of the medical profession they have:

| | Yes | No |
|---|---|---|
| a. cancer or malignancy, including: carcinoma, sarcoma, Hodgkin's disease, leukemia, lymphoma or malignant tumor? | ☐ | ☑ |
| b. heart condition, heart attack, heart murmur or stroke? | ☐ | ☑ |
| c. rocky mountain spotted, scarlet, typhoid or undulant fever; Addison's or Hansen's disease; polio or osteo myelitis; bubonic plague; diphtheria; encephalitis; meningitis; muscular dystrophy; multiple sclerosis; rabies; sickle cell anemia; smallpox; tetanus; tuberculosis or tularemia? | ☐ | ☑ |

**Part 4** (Cancer/Specified Disease/Intensive Care only): If any question in Part 3 is answered "Yes", list below person(s) and condition(s) excluded from coverage.

Person(s) _____

Condition(s) _____

**Part 5** (Health Only): List persons to be insured who reside in Arkansas, Utah, Virginia, or South Carolina and are also covered under any Title XIX/Medicaid program. Such person(s) is to be excluded from Health coverage.

Person(s) _____

**SPECIMEN**

### 15. EXPLANATION OF "YES" OF ANSWERS to # 14.

| Part/# | Name | Disease or injury - Dates | Duration | Result | Name & Address of Doctor |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**REPRESENTATION AND AGREEMENT.** The statements and answers given on this application are true, complete and correctly recorded to the best of my knowledge. I (the owner) certify that my SSN/TIN has been correctly recorded. It is agreed that: 1. This application and any required medical exam form are the basis for any policy issued; 2. No agent may waive policy provisions, make, alter or discharge contracts, waive questions in the application, or pass on insurability; 3. I have received the M.I.B. Notice and the Important Notice.

**AUTHORIZATION:** I authorize any physician, medical practitioner, hospital, clinic, medical related facility, other health care provider, employer, insurance company, consumer reporting agency, government agency and the Medical Information Bureau, Inc. to disclose to American Heritage Life, or its reinsurers, all information and records with respect to myself (or any minor child to be insured) relating to diagnosis, treatment, prognosis, medical history, physical and mental condition, and nonmedical information relevant to insurability. Such information may be used in connection with the evaluation of my application for insurance, reinstatement, renewal or continuance of any insurance policy, and claims on any insurance policy. If a medical exam or medical test is required to complete my application, I authorize American Heritage Life or its representative to disclose the information required to arrange such exam or test. This authorization (or a copy of it) is valid for 30 months from its date.

Signed at _____Wayland_____ on __25 July__ 19/20 01

Proposed Insured __Maryann Vincent__    Spouse if to be Covered _____

Owner if other than above _____    Parent/Guardian _____

**Agent's Statement.** To your knowledge, is replacement or change involved? ☐ Yes ☑ No
I have given the applicant the required notice forms and have asked the applicant every question which is answered, and have accurately recorded the applicant's answers.

Date __7/25/01__

Agent Signature __Bill Ehrlich__

Agent (Printed Name) __Robert Ehrlich__

Medical Examiner _____

Case # _____
Employee/Loan # _____
Deduction Frequency _____
First Deduction Date _____
Deduction Amount: Life ____ Health ____
                  Annuity ____ Total ____

If Universal Life - The premium quoted is based on:
☐ Target ☐ Minimum ☐ Other _____

Agent # __0011-70__   Prem. Apprx.

AHL 00052

**AMERICAN HERITAGE LIFE INSURANCE COMPA[NY]**     **9507111**
1776 American Heritage Life Drive, Jacksonville, Florida

Application for: Life / Health / Annuity          (Please Print with Black Ink)

### 1. NAMES OF PERSONS PROPOSED FOR COVERAGE

| Last | First | M.I. | Relationship | Sex | Birthdate Mo/Day/Yr | Age | State of Birth | Height (Ft. In.) | Weight (Lbs) |
|---|---|---|---|---|---|---|---|---|---|
| Veronesi | Maryann | | Primary Insured | F | 2/2/69 | 32 | MA | 5'10 | 135 |

### 2. RESIDENCE ADDRESS
No. and St. 2 Banks St
City Woburn  State MA  Zip 01801
Phone (781) 376-1767  How Long? 2 months
Social Security Number 030 / 56 / 0509

### 3. OCCUPATION
Employer: Occupational Health Serv
Exact Duties: Administrative
Change contemplated? ☐ Yes ☒ No   Any other job? ☐ Yes ☒ No
If "Yes", explain _____
Phone (781) 899-1435  Date Employed 7/99

**For Disability Income Only (complete all)**
Earned Income ☒ Annual ☐ Monthly
Insured $ 60,100/yr  Spouse $ _____
Other Signif. Income $ _____  Job Class Quoted 3D

### 4. PREMIUM MODE
Direct Billing: ☐ ANN  ☐ S-A  ☐ QTLY  ☒ PAC (Mo. Pre-Auth. Check)
List Billing (show as monthly in #5): ☐ PA  ☐ GA  ☐ MPO

### 5. PLANS REQUESTED

| | Plan | Units or Amount | Prem Based on Mode in #4 |
|---|---|---|---|
| Life - Base | WL of Term 94/90 | | |
| Rider | | | |
| Rider | | | |

UL Death Benefit Option
☐ 1 - Spec. Amt.                              Total Life _____
☐ 2 - Spec. Amt. + F.V.           UL Lump Sum Payment _____

Cancer - Base _____
Rider _____
Rider _____
Rider _____
Disability Income - Base  DI-3  1400/yr
Income Period 2 Years
Elimination Period 31 Days                    monthly
Rider _____
Other Health - Base _____
Rider _____

Total Health _____
Annuity - Flex Prem. _____  Total Annuity _____
If Tax Qualified ☐ IRA ☐ Other _____
Single Premium - Life _____
Single Premium - Annuity _____

### 6. CHANGES TO EXISTING UL (explain other changes in #12)
Plan/Pol # _____
Specified Amount: Change From _____ To _____
Planned Periodic Premium: Change From _____ To _____

### 7. OWNER (If owner is other than Insured/Annuitant)
Full Name _____
Relationship _____
No. and St. _____
City _____  State _____  Zip _____
Phone ( ) _____  SSN/TIN ___/___/___

### 8. BENEFICIARY (Name, age, relationship)
Primary William Pastrale
Fiancé
Contingent Arthur Paquin, Jr
Brother

### 9. TOBACCO HABITS
Has any proposed insured ever used tobacco in any form?
☐ Yes ☒ No   Type? _____
Person(s) _____
Date(s) last used _____

### 10. ACTIVELY AT WORK
Is the primary insured actively at work now and has he/she worked at least 30 hours a week for the last 6 months (except for minor illness or injury or normal pregnancy)?
☒ Yes ☐ No   If "No", explain in #12

### 11. EXISTING INSURANCE/REPLACEMENT
Existing insurance in force or applied for on life of each proposed insured. (If "NONE", so state).
Life Insurance (If applied for) - List Co., Yr Issued, Am't & ADB
None

Disability Income (If applied for) - List Company, Year Issued, Monthly Income, Income Period & ADB
None

Will the policy applied for replace or change any insurance or annuity now in force?
☐ Yes ☒ No  If "Yes", give Company, Policy # & Amount.

**SPECIMEN**

### 12. SPECIAL REQUESTS

Requested Issue Date: _____

### 13. HOME OFFICE USE
_____ WITH APPLICAT__
$ _____ 1900 __

B-365B

AHL 00053

## AMERICAN HERITAGE LIFE INSURANCE COMPANY
1776 American Heritage Life Drive, Jacksonville, Florida 32224

### POLICY SPECIFICATIONS

| FORM NO. | DESCRIPTION OF BENEFITS | PREMIUMS NUMBER OF YEARS PAYABLE | ANNUAL AMOUNT |
|---|---|---|---|
| 10YTP-80 | TEN YEAR RENEWABLE AND CONVERTIBLE TERM INSURANCE - CURRENT PREMIUM | 10* | $140.09 * |
| | TOTAL | | $140.09 |
| | TEN YEAR RENEWABLE AND CONVERTIBLE TERM INSURANCE - MAXIMUM PREMIUM | | $331.16 * |



*CURRENT PREMIUM MAY BE CHANGED AFTER 5 YEARS.   SEE PAGE 3A.

---

The effective date and issue age of each benefit is the Policy Date and Issue Age of the policy unless otherwise specified.
### TOTAL PREMIUMS
The Total Premiums include the charge for any additional benefits.

| ANNUAL | SEMI-ANNUAL | QUARTERLY | MONTHLY | BILLABLE PREMIUM |
|---|---|---|---|---|
| $140.09 * | $76.41 * | $38.21* | $12.74 * | $12.74 |

Premium Payment Method: PRE-AUTHORIZED CHECK - MONTHLY    Premium Class: NON-SMOKER

BENEFICIARY:  UNLESS CHANGED AS PROVIDED IN THIS POLICY, THE BENEFICIARY SHALL BE AS DESIGNATED IN THE APPLICATION FOR THIS POLICY.

INSURED: MARYANN VERONESI                    POLICY NUMBER: 95071110
POLICY DATE: JULY 25, 2001                   ISSUE AGE: F 32
AMOUNT OF INSURANCE: $99,000.00              DATE OF EXPIRY  JULY 25, 2011
                                             FINAL RENEWAL DATE: JULY 25, 2064
                                             CONVERTIBLE PERIOD: 38 YEARS*
                                               *PROVIDING POLICY RENEWED

FORM:  10YTP-80         TEN YEAR RENEWABLE AND CONVERTIBLE TERM    FEMALE

PAGE 3

AHL 00040

SPECIMEN

SPECIMEN

## PREMIUM CHANGE PROVISION

During the first five years of this ten year contract the Current Premium as shown on page 3 is payable. Thereafter, for the balance of the ten year period, the current Premium can be changed as follows:

In the absence of any notice from the Company, the Current Premium will continue to be payable. If the Current Premium is to be changed, the Company will write the Owner before the beginning of the policy year of such change. The Premium for the Ten Year Term Insurance will never be changed so as to exceed the Maximum Premium shown on page 3. Any change in the Current Premium will be on a uniform basis for insureds of the same:

    (a) Issue Age;
    (b) Premium Class; and
    (c) Duration in Force.

No change in premium class or premium will occur on account of any deterioration of the Insured's health. The premium will not be changed due to losses or gains of the Company prior to the date of change. Any premium change will be based on the Company's expectations of future cost factors. These cost factors include interest, persistency, expenses and mortality. Details of all changes in premium rates will be filed with the Insurance Department if required.

10YTP-80

Page 3A

AHL 00042

## SETTLEMENT OPTION PROVISIONS

**Election of Option** - All rights of the Owner provided in the Owner and Beneficiary provision apply to any election or change of election of a Settlement Option. If the Beneficiary is not an individual receiving payment in his or her own right, the Company must consent to any option other than a lump sum payment. A change of beneficiary revokes a prior election option. The Beneficiary has no right to change or revoke an election unless this right was given by the Owner and agreed to by the Company in writing. If the Owner does not elect an option, the Beneficiary will have the right at the time of settlement.

If all named beneficiaries die prior to the death of the Insured, the Company will pay the Proceeds in one sum to the executors or administrators of the Insured's estate.

**Proceeds** - All or part of the policy proceeds may be paid to the payee in one sum or under one or more of the Settlement Options. The amount which may be applied under an option must be at least $1,000 or provide for periodic payments of at least $10. If not, the proceeds will be paid in a lump sum.

**Supplementary Contract** - A Supplementary contract will be issued in exchange for this policy when settlement is made by any of the options. If settlement is a result of the Insured's death, the effective date of that contract will be the date when proof of death is received by the Company. If applicable and if settlement is a result of policy maturity as an endowment or cash value surrender, the effective date of the contract will be the date of maturity or surrender.

Interest under Option 1 will be earned from the effective date of the contract. The first installment under Options 2, 3, 4 and 5 will be paid on the effective date of the contract unless a written election provides otherwise.

**Interest Rate** - The interest rate for these options may vary, but will not be less than 3%. The interest rate may be changed by the Company. If so, the Company will determine the amount and the method of payment of such earnings.

**Death of the Payee** - If the payee dies after the option goes into effect, the then present or commuted value of any guaranteed amount unpaid will be paid in one sum to the executors or administrators of the payee's estate, unless otherwise provided.

SPECIMEN

## SETTLEMENT OPTIONS

**Option 1. Interest:** The proceeds may be left with the Company to earn interest for a specified period. This period of time may not exceed 30 years or the lifetime of the payee. The interest earned may be paid as agreed upon or credited annually and added to the proceeds. At the end of the specified period, the proceeds will be paid to the payee. If the payee dies before the end of this period, the proceeds will be paid as previously agreed upon.

**Option 2. Installments For a Guaranteed Period:** The proceeds may be used to provide equal installments for a guaranteed period. This period may not exceed 30 years. The equal installment may be paid on an annual, semi-annual, quarterly or monthly basis. The amount of each installment for each $1,000 of proceeds is shown in the following table:

| Number of Years Guaranteed | Amount of Installments | | | | Number of Years Guaranteed | Amount of Installments | | | | Number of Years Guaranteed | Amount of Installments | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ann. | S.A. | Quar. | Mo. | | Ann. | S.A. | Quar. | Mo. | | Ann. | S.A. | Quar. | Mo. |
| 1 | $1,000.00 | $503.69 | $252.78 | $84.47 | 11 | $104.93 | $52.85 | $26.52 | $8.86 | 21 | $62.98 | $31.72 | $15.92 | $5.32 |
| 2 | 507.39 | 255.57 | 128.26 | 42.86 | 12 | 97.54 | 49.13 | 24.66 | 8.24 | 22 | 60.92 | 30.69 | 15.40 | 5.15 |
| 3 | 343.23 | 172.88 | 86.76 | 28.99 | 13 | 91.29 | 45.98 | 23.08 | 7.71 | 23 | 59.04 | 29.74 | 14.92 | 4.99 |
| 4 | 261.19 | 131.56 | 66.02 | 22.06 | 14 | 85.95 | 43.29 | 21.73 | 7.26 | 24 | 57.33 | 28.88 | 14.49 | 4.84 |
| 5 | 211.99 | 106.78 | 53.59 | 17.91 | 15 | 81.33 | 40.97 | 20.56 | 6.87 | 25 | 55.76 | 28.09 | 14.09 | 4.71 |
| 6 | 179.22 | 90.27 | 45.30 | 15.14 | 16 | 77.29 | 38.93 | 19.54 | 6.53 | 26 | 54.31 | 27.36 | 13.73 | 4.59 |
| 7 | 155.83 | 78.49 | 39.39 | 13.16 | 17 | 73.74 | 37.14 | 18.64 | 6.23 | 27 | 52.97 | 26.68 | 13.39 | 4.47 |
| 8 | 138.31 | 69.67 | 34.96 | 11.68 | 18 | 70.59 | 35.56 | 17.84 | 5.96 | 28 | 51.74 | 26.06 | 13.08 | 4.37 |
| 9 | 124.69 | 62.81 | 31.52 | 10.53 | 19 | 67.78 | 34.14 | 17.13 | 5.73 | 29 | 50.60 | 25.49 | 12.79 | 4.27 |
| 10 | 113.82 | 57.33 | 28.77 | 9.61 | 20 | 65.26 | 32.87 | 16.50 | 5.51 | 30 | 49.53 | 24.95 | 12.52 | 4.18 |

AHL 00043

## SETTLEMENT OPTIONS (Continued)

**Option 3. Special Settlement:** The proceeds may be paid in installments of equal or varied amounts. This option must be agreed to by the company. Such installments will be paid until the proceeds plus interest credited on unpaid balances are paid in full.

**Option 4. Life Income With a Guaranteed Period:** The proceeds may be used to provide equal monthly installments for a guaranteed period and thereafter during the lifetime of the payee. This guaranteed period may be 5, 10, 15, or 20 years.

The Company can require satisfactory evidence of the payee's age before making any payment under this option. The amount of the monthly installment is determined by: (a) the guaranteed period chosen, and (b) the payee's attained age on the date the first installment would be paid. The amount for each $1,000 of proceeds is shown in the following table:

| Age | No of Months Certain | | | Age | No of Months Certain | | | Age | No of months Certain | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 120 | 180 | 240 | | 120 | 180 | 240 | | 120 | 180 | 240 |
| 10 | $2.95 | $2.94 | $2.94 | 35 | $3.55 | $3.54 | $3.51 | 60 | $5.28 | $5.04 | $4.73 |
| 11 | 2.96 | 2.96 | 2.95 | 36 | 3.59 | 3.58 | 3.54 | 61 | 5.39 | 5.12 | 4.79 |
| 12 | 2.98 | 2.97 | 2.96 | 37 | 3.63 | 3.62 | 3.58 | 62 | 5.51 | 5.21 | 4.84 |
| 13 | 2.99 | 2.99 | 2.98 | 38 | 3.68 | 3.66 | 3.62 | 63 | 5.63 | 5.29 | 4.90 |
| 14 | 3.00 | 3.00 | 2.99 | 39 | 3.72 | 3.70 | 3.66 | 64 | 5.75 | 5.38 | 4.95 |
| 15 | 3.02 | 3.02 | 3.01 | 40 | 3.77 | 3.75 | 3.70 | 65 | 5.88 | 5.47 | 5.00 |
| 16 | 3.04 | 3.03 | 3.03 | 41 | 3.82 | 3.79 | 3.74 | 66 | 6.01 | 5.55 | 5.05 |
| 17 | 3.05 | 3.05 | 3.04 | 42 | 3.87 | 3.84 | 3.78 | 67 | 6.14 | 5.64 | 5.10 |
| 18 | 3.07 | 3.07 | 3.06 | 43 | 3.93 | 3.89 | 3.83 | 68 | 6.28 | 5.73 | 5.14 |
| 19 | 3.09 | 3.09 | 3.08 | 44 | 3.98 | 3.94 | 3.87 | 69 | 6.42 | 5.81 | 5.19 |
| 20 | 3.11 | 3.11 | 3.10 | 45 | 4.04 | 4.00 | 3.92 | 70 | 6.57 | 5.90 | 5.23 |
| 21 | 3.13 | 3.13 | 3.12 | 46 | 4.10 | 4.05 | 3.97 | 71 | 6.71 | 5.98 | 5.26 |
| 22 | 3.16 | 3.15 | 3.14 | 47 | 4.17 | 4.11 | 4.02 | 72 | 6.86 | 6.06 | 5.30 |
| 23 | 3.18 | 3.18 | 3.17 | 48 | 4.23 | 4.17 | 4.07 | 73 | 7.02 | 6.14 | 5.33 |
| 24 | 3.20 | 3.20 | 3.19 | 49 | 4.30 | 4.23 | 4.12 | 74 | 7.17 | 6.21 | 5.36 |
| 25 | 3.23 | 3.23 | 3.21 | 50 | 4.37 | 4.29 | 4.17 | 75 | 7.32 | 6.29 | 5.38 |
| 26 | 3.26 | 3.25 | 3.24 | 51 | 4.45 | 4.36 | 4.23 | 76 | 7.48 | 6.35 | 5.41 |
| 27 | 3.28 | 3.28 | 3.26 | 52 | 4.53 | 4.43 | 4.28 | 77 | 7.63 | 6.42 | 5.43 |
| 28 | 3.31 | 3.31 | 3.29 | 53 | 4.61 | 4.50 | 4.34 | 78 | 7.78 | 6.48 | 5.44 |
| 29 | 3.34 | 3.34 | 3.32 | 54 | 4.69 | 4.57 | 4.39 | 79 | 7.93 | 6.53 | 5.46 |
| 30 | 3.37 | 3.37 | 3.35 | 55 | 4.78 | 4.64 | 4.45 | 80 | 8.08 | 6.58 | 5.47 |
| 31 | 3.41 | 3.40 | 3.38 | 56 | 4.87 | 4.72 | 4.50 | 81 | 8.22 | 6.63 | 5.48 |
| 32 | 3.44 | 3.43 | 3.41 | 57 | 4.97 | 4.79 | 4.56 | 82 | 8.36 | 6.67 | 5.49 |
| 33 | 3.48 | 3.46 | 3.44 | 58 | 5.07 | 4.87 | 4.62 | 83 | 8.50 | 6.70 | 5.49 |
| 34 | 3.51 | 3.50 | 3.47 | 59 | 5.17 | 4.95 | 4.68 | 84 | 8.62 | 6.73 | 5.50 |

## GENERAL PROVISIONS

**Contract** - This policy is issued in consideration of the application for it and the payment of the premium. This policy and the application make up the entire contract. The policy is all the pages shown in the Table of Contents and any attached endorsements. All statements made in the application will be deemed representations and not warranties. No statement made by the Insured or on his behalf shall be used in defense of a claim under this policy unless it is contained in the application, a copy of which is attached to this policy when issued.

Only the President, a Vice President, the Secretary, or an Assistant Secretary of the Company can change or waive any of the provisions of the policy. Any change must be made in writing.

**Incontestability** - The Company may not contest this policy after it has been in force during the lifetime of the Insured for two years from the Issue Date, except for failure to pay premiums. If allowed by laws of the state in which this policy is delivered, this will not apply to benefits for total and permanent disability or accidental death which may be contained in a rider which is a part of this policy.

**Suicide Exclusion** - If the Insured commits suicide, while sane or insane, within two years after the Issue Date, the Company will pay a benefit equal to the amount of premiums paid. When the laws of the state in which this policy is delivered require less than this two-year period, the period will be as stated in such laws.

**Owner and Beneficiary** - While the Insured is alive, the Owner has all rights conferred in this policy. The named Beneficiary will receive the proceeds of this policy when the Insured dies. If all named beneficiaries die prior to the death of the Insured, the Company will pay the proceeds in one sum to the executor or administrator of the Insured's estate.

The Owner has the right to change any Beneficiary, subject only to the consent of any living irrevocable Beneficiary. This change may be requested on forms provided by the Company. The Company must approve the change in writing. When approved, the change will take effect on the date of the request. This will be true whether or not the Insured is living on the date of such approval. But the Company shall not suffer loss because of payments made before the approval of such change.

SPECIMEN

Form 10YTP-80

Page 5

## GENERAL PROVISIONS (Continued)

The Owner shall be the person who applied for this policy. Someone else can be the Owner if a form satisfactory to the Company is filed at the Home Office.

**Premium** - The Policy Date is when the first premium is due. It is also the date from which policy years, premium due dates and policy anniversaries are determined. Premiums are to be paid during the lifetime of the Insured for the number of years shown on page 3. The amount and mode of premium payment are also shown on page 3.

Premiums must be paid to the Company at the Home Office on or before the due date. On request, the Company will give the Owner a receipt. Premiums may be paid 1, 2, 4, or 12 times a year according to the Premium Payment Method selected.

This method may be changed on any policy anniversary.

| Premium Payment Method | Number of Premium Payments Per Year |
|---|---|
| Annual | 1 |
| Semi-Annual | 2 |
| Quarterly | 4 |
| Monthly | 12 |

**Grace Period** - A grace period of 31 days is allowed to pay each premium but the first. During this grace period the policy will be in force. If the Insured dies during a grace period, the premium due will be deducted from the proceeds.

If the premium is not paid at the end of the grace period, the policy will lapse.

**Misstatement of Age** - If the age of the Insured as shown on the application is not correct, the benefit to be paid will be adjusted. This adjusted benefit will be an amount which the premium paid would have purchased for the correct age.

**Reinstatement** - The policy may be reinstated within 5 years after it ceases to be in full force.

Reinstatement is subject to:
(a) evidence of insurability satisfactory to the Company,
(b) payment of past due premiums with compound interest at 5.7% per year.

**Assignment** - The Company is not responsible for the validity of any assignment. The Company will not be bound by an assignment unless a duplicate of the written original is filed with the Company.

**Settlement** - All payments by the Company are payable at its Home Office.

**Non-Participating** - The policy is not entitled to share in surplus distribution.

## RIGHT TO CONVERT

This term policy may be exchanged without evidence of insurability for any then current whole life or endowment policy:
(a) if this term policy is in full force, and
(b) if the exchange takes place within the convertible period shown on page 3,
(c) except that the conversion of a waiver of premium rider shall be subject to evidence of insurability, unless this policy is converted to whole life paid up at age 100.

To convert this policy, the Owner must:
(a) send a written request for the exchange, stating the plan of insurance and the effective date of the new policy,
(b) surrender this term policy, and
(c) pay the first premium on the new policy.

The face amount of the new policy cannot be greater than the amount of insurance in the policy year following that in which the exchange is made. The premiums will be those in effect for the Insured's age as of the birthday prior to the date of exchange. The new policy must retain the same mortality class and the same Insured as this policy.

SPECIMEN

Form 10YTP-80                                                                                   Page 6

## RIGHT TO RENEW

This term policy may be renewed without evidence of insurability for successive term periods equal to the original:
  (a) if this term policy is in full force, and
  (b) if the renewal takes place prior to the Final Renewal Date.

To renew this policy, the Owner must:
  (a) send a written request for renewal, and
  (b) pay the required premium shown in the Schedule below.

## SCHEDULE OF MAXIMUM RENEWAL RATES

The Maximum Annual Premium for renewal of this policy shall be determined by:
  (a) multiplying the Annual Rate per $1000 by the number of $1000 of Amount of Insurance, and
  (b) then adding $50.00
These rates do not include the additional premiums payable under:
  (a) any riders which may be attached to the policy, or
  (b) which might be required by a Substandard rating at issue.

These are annual rates and should be adjusted for other payment methods.

At renewal, Current Rates lower than these Maximum Rates may be charged.

| Attained Age* | Maximum 10 Year Term Annual Rate per $1,000 | Attained Age* | Maximum 10 Year Term Annual Rate per $1,000 | Attained Age* | Maximum 10 Year Term Annual Rate per $1,000 | Attained Age* | Maximum 10 Year Term Annual Rate per $1,000 |
|---|---|---|---|---|---|---|---|
| 15 | $1.70 | 35 | $3.53 | 55 | $20.11 | 75 | $201.29 |
| 16 | 1.74 | 36 | 3.82 | 56 | 21.99 | 76 | 229.99 |
| 17 | 1.78 | 37 | 4.15 | 57 | 24.02 | 77 | 259.80 |
| 18 | 1.81 | 38 | 4.50 | 58 | 26.22 | 78 | 289.68 |
| 19 | 1.84 | 39 | 4.90 | 59 | 28.61 | 79 | 319.79 |
| 20 | 1.87 | 40 | 5.35 | 60 | 31.24 | 80 | 349.49 |
| 21 | 1.90 | 41 | 5.84 | 61 | 34.09 | 81 | 378.42 |
| 22 | 1.94 | 42 | 6.37 | 62 | 37.16 | 82 | 407.10 |
| 23 | 1.97 | 43 | 6.95 | 63 | 40.44 | 83 | 435.66 |
| 24 | 2.02 | 44 | 7.59 | 64 | 43.96 | 84 | 464.24 |
| 25 | 2.07 | 45 | 8.30 | 65 | 47.73 | 85 | 492.96 |
| 26 | 2.13 | 46 | 9.07 | 66 | 49.71 | 86 | 521.16 |
| 27 | 2.20 | 47 | 9.91 | 67 | 50.92 | 87 | 549.04 |
| 28 | 2.28 | 48 | 10.82 | 68 | 53.39 | 88 | 577.41 |
| 29 | 2.38 | 49 | 11.82 | 69 | 59.19 | 89 | 607.07 |
| 30 | 2.51 | 50 | 12.93 | 70 | 70.31 | 90 | 638.80 |
| 31 | 2.66 | 51 | 14.13 | 71 | 89.66 | 91 | 671.81 |
| 32 | 2.84 | 52 | 15.43 | 72 | 114.25 | 92 | 706.51 |
| 33 | 3.04 | 53 | 16.83 | 73 | 142.27 | 93 | 743.68 |
| 34 | 3.27 | 54 | 18.39 | 74 | 171.89 | 94 | 783.72 |
|   |   |   |   |   |   | 95 | 826.63 |

*Age at date of renewal equal to Issue Age plus number of whole policy years the policy has been in force.

## RESERVE

The reserves on this ten year term policy are based on the Commissioners 1980 Standard Ordinary 10 year select and ultimate mortality table, Male or Female, Non-smoker or Smoker with 5% interest.

They are computed by the Commissioners Reserve Valuation Method. All tables are based on age last birthday.

AHL 00046

SPECIMEN

AHL 00047

# AMERICAN HERITAGE LIFE INSURANCE COMPANY
Jacksonville, Florida 32224-6688

### AMENDMENT

The following provision is added to the General Provisions of the policy to which this amendment is attached:

**Receipt of Premiums.** You will be given credit for premiums under this policy at the time the premiums are actually received by us or our authorized agent. Financial institutions (such as banks and credit unions) and employers who send your premiums to us directly at your request, are not our agents, and premiums paid by those parties are not credited until actually received by us.

This Amendment does not change, alter or amend the policy except as stated above.

This Amendment becomes effective as of the policy date.

*[signature]* SPECIMEN

Secretary

RPA1

AHL 00048

SPECIMEN

AHL 00049

## AMERICAN HERITAGE LIFE INSURANCE COMPANY
Jacksonville, Florida 32224-6688

### AMENDMENT

The following is added to the General Provisions of the policy/certificate to which it is attached:

> **Cooperation of Beneficiary.** The beneficiary must reasonably cooperate during any investigation and/or adjudication of a claim. This includes the authorization for the release of medical records and other information.

This Amendment does not change, alter, or amend the policy/certificate except as stated.

This Amendment becomes effective as of the policy/certificate date.

*[Signature]* SPECIMEN

Secretary

CBA1

AHL 00050

SPECIMEN

AHL 00051

AHL 00054



Workplace Division

**AMERICAN HERITAGE LIFE INSURANCE COMPANY**
HOME OFFICE:
1776 AMERICAN HERITAGE LIFE DRIVE
JACKSONVILLE, FLORIDA 32224-6688
(904) 992-1776

A Stock Company

LIFE POLICY

TERM LIFE POLICY - PREMIUMS PAYABLE DURING LIFETIME OF INSURED FOR NUMBER OF YEARS STATED IN POLICY SPECIFICATIONS - AMOUNT OF INSURANCE PAYABLE AT DEATH PRIOR TO EXPIRY DATE - NON-PARTICIPATING - SUBJECT TO MAXIMUM PREMIUM.

Form 10YTP-80

SPECIMEN

AHL 00055