PAGE

## HEMATOLOGY

FINK, MARYANN                07/26/01              LCMC#:  206 07 82

HEMATOLOGY CONSULTATION

REASON FOR CONSULTATION: This 31-year-old-woman was seen at the request of Dr. Dammin because of a newly discovered mediastinal mass.

HISTORY OF PRESENT ILLNESS: For the past three weeks, she has experienced progressive fatigue, soreness over her left pectoral area, dysphagia and hoarseness. She denies fever, sweats, weight loss, cough or shortness of breath.

She saw Dr. Rothchild on July 12 and the following studies were normal: CBC, AST, ALT, HIV antibody, heterophile screen and thyroxine. A chest x-ray revealed slight fullness in the AP window. Her TSH was 9.2.

Last night she came to the emergency room because of persistence and worsening of these symptoms. A CT scan revealed a subcarinal, mediastinal mass with associated mediastinal lymphadenopathy. An ENT exam in the emergency room revealed a paralyzed left vocal cord. A CT scan of the soft tissues of her neck revealed numerous lymph nodes but none grater than 1 cm in size. A repeat CBC and metabolic profile in the emergency room were negative.

She states that she has had two episodes, in 1995 and 1997, consisting of several weeks of fatigue, sore throat and swollen lymph nodes which were diagnosed as "mono". Following the episode in 1997, however, she felt well until three weeks ago.

PAST MEDICAL HISTORY: Unremarkable with the exception of the above.

CURRENT MEDICATIONS: None.

ALLERGIES: None.

SOCIAL HISTORY: Works as an office manager. Quit smoking five months ago. Drinks five or six beers approximately twice per week.

FAMILY HISTORY: Father died from lung cancer. Mother living with COPD. Both smokers. Seven siblings all alive and well. Single. No children.

PHYSICAL EXAMINATION: Anxious but otherwise well-appearing, young woman in no acute distress. Pharynx normal. Bilateral posterior cervical lymph nodes which are

Lahey Clinic Medical Center • 41 Mall Road, Burlington, MA 01805 • 781-744-5100

PATIENT ID

LAHEY CLINIC
41 Mall Road • Burlington, MA 01805

**Progress Notes**

AHI 00289

PAGE

| FINK, MARYANN | 07/26/01 | LCMC#: 206 07 82 |

Page 2

numerous but all less than 1 cm. Bilateral, 1 to 1.5 cm, moveable, non-tender, axillary lymph nodes. No other palpable lymphadenopathy. Lungs are clear. Heart: No murmurs or gallops. Breasts: No mass. Tender in a localized area over her left anterior chest wall. Abdomen: Soft, non-tender, no palpable organs or masses. No edema, no rash.

IMPRESSION: The predominant abnormality is the mediastinal mass. There is adenopathy in her neck and axillae which I am not certain are part of the same process. I am told by the interventional radiologist that the mediastinal mass is not accessible to percutaneous biopsy.

At her age, Hodgkin's disease or non-Hodgkin's lymphoma seem to be the most likely diagnosis, but other tumors are possible.

The decision regarding the best location for biopsy will need to be made in conjunction with a surgeon. It would be least invasive to biopsy a cervical or axillary lymph node but it is possible that they are normal and she will still need to have the mediastinal mass biopsied.

Also, I cannot explain the pain and tenderness in her left chest wall. We need to rule out metastatic disease in that area.

PLAN: X-ray of left ribs and bone scan.

Free T4 to evaluate the elevated TSH.

I will have her see a cardiothoracic surgeon.

Neil J. Weiner, M.D.
N#
D: 07/26/01, R:   , T: 08/07/01

NJW:nsmt:mmw

cc:

Tristram C. Dammin, M.D.

Lahey Clinic Medical Center • 41 Mall Road, Burlington, MA 01805 • 781-744-5100

PATIENT ID

LAHEY CLINIC

41 Mall Road • Burlington, MA 01805

## Progress Notes