**AMERICAN HERITAGE LIFE INSURANCE COMPANY**
CLAIM REFERRAL

INSURED: Mary Ann (Fink) Veronesi
DEPENDENT: ASD - 7-25-01
POLICY: 90-9507110    $99,000.00
DATE: April 23, 2002

Pearl— Our insured went to the ER in the evening hours of 7-25-01, due to chest pains & vocal cord paralysis. The ER doctor ordered a CT & PET Scan, which came back w/ abnormal findings. (There is no previous medical history.)

On 8-10-01 our insured was diagnosed w/ cancer. The last date of her employment was 2-26-02. She died 3-4-02.

Please advise if we can proceed w/ payment. (We might want to consider deducting additional prems as insured answer Question 9 "no", but did smoke up until 3-01.)

Thanks— Susie

23-01 / Susie —

Insured was seen in an emergency room setting before 7/25/01 — Tests were ordered and performed on 7/25/01 — the app signed since. Can you get the ER records from that visit?

Thanks,
Pearl

4/26 Pearl — Please reconsider this claim. Please review page marked "Second opinion". The hi-lighted entry indicates a chest scan was done at emergency room along w/ neck scan. Please refer to ("X-Ray & CT Scan done. This is the emergency room visit described on ASD" in the second opinion. I believe we should pay this cl

AHI 00235