UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM PARZIALE, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.: 04-11377-RBC |
| | ) | |
| AMERICAN HERITAGE LIFE INSURANCE | ) | |
| COMPANY, A WHOLLY OWNED SUBSIDIARY | ) | |
| OF THE ALLSTATE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF PATRICIA MICHAELS

I, Patricia Michaels, of full age, upon my oath depose and say:

1. I am an attorney-at-law licensed by the Commonwealth of Massachusetts. I represent the plaintiff, William Parziale.

2. This affidavit is made in support of and submitted in conjunction with plaintiff's Reply Memorandum to Defendant's Opposition to Plaintiff's Motion for Summary Judgment, submitted herewith.

3. The attachments hereto consist of pleadings, excerpts from depositions and documents produced in discovery of this case.

4. Documents falling in the AHL 00001-00671 Bates range constitute the complete filed generated by AHL during its review of Plaintiff William Parziale's claim under AHL Policy No. 95071110, insuring the life of Maryann Veronesi, produced to plaintiff by defendant.

5. Documents falling in the ROTH 0001-0731 Bates range were produced in discovery of this case pursuant to M.G.L. c. 233 § 79G, with the certification of Lori Jayne, Lahey Clinic's Keeper of Records, that the documents constitute the complete file of the patient, Maryann Fink Veronesi. The certificate bears Bates No. ROTH 0002, and is attached hereto as Exhibit F.

6. Is a letter dated September 29, 2004, signed under the pains and penalties of perjury by Dr. Joseph Rothchild. The information contain in the letter is certified to and based upon the personal knowledge and information of Dr. Joseph Rothchild.

      The preceding six (6) paragraphs are true and accurate and are based upon my own information and knowledge.

      Signed under the pains and penalties of perjury on this 19th day of June 2005.

_____
Patricia Michaels