UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM PARZIALE, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.: 04-11377-RBC |
| | ) | |
| AMERICAN HERITAGE LIFE | ) | |
| INSURANCE COMPANY, A | ) | |
| WHOLLY OWNED SUBSIDIARY | ) | |
| OF THE ALLSTATE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Patricia Michaels, hereby certify that I have on this day caused plaintiff's Reply Memorandum to be served via in-hand service upon counsel for defendant:

Hobart F. Popick, Esq.
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110-3179

_____
Patricia Michaels, Esq.
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street, 4thFloor
Boston, Massachusetts 02108
(617) 227-1550
BBO#642945

Dated: June 20, 2005