UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
WILLIAM PARZIALE,                           )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )  C.A. No. 04-11377-RBC
                                            )
THE ALLSTATE CORPORATION a/k/a ALLSTATE     )
WORKPLACE DIVISION("ALLSTATE") AND          )
AMERICAN HERITAGE LIFE INSURANCE            )
COMPANY, A WHOLLY OWNED SUBSIDIARY OF       )
THE ALLSTATE CORPORATION,                   )
                                            )
        Defendants.                         )
_____)

## NOTICE OF CHANGE OF ADDRESS

In accordance with local Rule 83.5.2(e) please note that effective on Monday, August 15, 2005, the below counsel for Allstate Workplace Division and American Heritage Life Insurance Company defendants will have a new address as follows:

| | |
|---|---|
| Jonathan I. Handler | Hobart F. Popick |
| DAY, BERRY & HOWARD LLP | DAY, BERRY & HOWARD LLP |
| One International Place | One International Place |
| Boston, MA 02110 | Boston, MA 02110 |

Telephone, facsimile and email addresses will be unchanged.

                                Respectfully submitted,

                                  /s/ Jonathan I. Handler
                                Jonathan I. Handler, BBO #561475
                                Hobart F. Popick, BBO #658763
                                DAY, BERRY & HOWARD LLP
                                260 Franklin Street
                                Boston, MA 02110-3179
                                (617) 345-4600

Dated:  August 4, 2005

**CERTIFICATE OF SERVICE**

I, Jonathan I. Handler, hereby certify that on this 4th day of August, 2005, I served a true and correct copy of the foregoing *Notice of Change of Address* via email to Patricia M. Michaels, Esq., 10 Tremont Street, 4th Floor, Boston, MA 02108.

                                  /s/ Jonathan I. Handler
                                Jonathan I. Handler

51315247.1 030692-00050