UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM PARZIALE, | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| vs. | ) | No.: 04-11377-RBC |
| AMERICAN HERITAGE LIFE INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF THE ALLSTATE CORPORATION, | ) | |
| Defendant. | ) | |

**ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE**

Now come the parties, through counsel, and request that the status conference scheduled for May 9, 2006 be continued to May 25, 2006 at 4:00 P.M.

American Heritage Life Insurance Company,
By its attorneys,

/s/ Jonathan I. Handler, Esq.
Jonathan I. Handler, Esq.
DAY, BERRY AND HOWARD, LLP
One International Place
Boston, MA 02110
(617) 345-4600
BBO# 561475

William Parziale,
By his attorney,

/s/ Patricia Michaels, Esq.
Patricia Michaels, Esq.
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street, 4th Floor
Boston, MA 02108
(617) 227-1550
BBO# 642945

Dated: May 5, 2006