UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM PARZIALE,<br><br>        *Plaintiff,*<br>v.<br><br>THE ALLSTATE CORPORATION a/k/a<br>ALLSTATE WORKPLACE DIVISION<br>("ALLSTATE") AND AMERICAN<br>HERITAGE LIFE INSURANCE COMPANY,<br>A WHOLLY OWNED SUBSIDIARY OF<br>THE ALLSTATE CORPORATION,<br><br>        *Defendants.* | Civil Action No. 04-11377-RBC |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now come the parties, through counsel, and request that the status conference scheduled for May 9, 2006 be continued to May 25, 2006 at 4:00 P.M.

| American Heritage Life Insurance Company,<br>By its attorney, | William Parziale,<br>By his attorney, |
|---|---|
| /s/ Jonathan I. Handler<br>Jonathan I. Handler (BBO# 561475)<br>DAY, BERRY AND HOWARD LLP<br>One International Place<br>Boston, MA 02110<br>(617) 345-4600 | /s/Patricia Michaels<br>Patricia Michaels (BBO# 642945)<br>LAW OFFICE OF PATRICIA MICHAELS<br>10 Tremont Street, 4th Floor<br>Boston, MA 02108<br>(617) 227-1550 |

Dated:  May 8, 2006

## CERTIFICATE OF SERVICE

I, Jonathan I. Handler, hereby certify that on the 8th day of May, 2006, I served a true and correct copy of the foregoing **Joint Motion to Continue Status Conference** by first class mail upon Plaintiff's counsel, Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, MA 02108.

/s/Jonathan I. Handler
Jonathan I. Handler