UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM PARZIALE,<br>Plaintiff,<br><br>vs.<br><br>AMERICAN HERITAGE LIFE<br>INSURANCE COMPANY, A<br>WHOLLY OWNED SUBSIDIARY<br>OF THE ALLSTATE CORPORATION.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br><br>No.: 04-11377-RBC |

## STATUS REPORT

The Plaintiff, William Parziale(Parziale) is the beneficiary of a $99,000 life insurance policy issued by the Defendant, American Heritage Life Insurance(AHLI) to Maryann Veronesi on July 25, 2001. Veronesi died on March 4, 2002. On March 7, 2003 AHLI informed Parziale that it would not pay the benefit under the policy and that it was rescinding the policy because of "material misrepresentations in her [Veronesi] application for coverage."

Discovery is complete. AHLI has deposed William Parziale, Robert Ehrlich, an independent agent of AHLI who took Veronesi's application, and Karen Ouellette, a long time friend and Executrix of Veronesi's estate. A volume of medical records were produced. Plaintiff filed a motion for summary judgment; defendant filed opposition to the motion.

On March 30, 2006, plaintiff's motion for summary judgment was denied by this court. Plaintiff has queried whether defendant might have an interest in participating in a high-low binding arbitration of this matter. Defendant has declined.

WILLIAM PARZIALE,
By his attorney,

/s/ Patricia Michaels, Esq.
Patricia Michaels, Esq.
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street, 4th Floor
Boston, Massachusetts 02108
(617) 227-1550
BBO# 642945

Dated: May 9, 2006