UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVILL ACTION NO.: 04-11377-RBC

WILLIAM PARZIALE, )
)
    Plaintiff, )
vs. )
)
AMERICAN HERITAGE LIFE )
INSURANCE COMPANY, A )
WHOLLY OWNED SUBSIDIARY )
OF THE ALLSTATE CORPORATION. )
)
    Defendant. )

PLAINTIFF'S MOTION IN LIMINE
FOR PRE-OPENING INSTRUCTIONS

Plaintiff, William Parziale (Parziale) moves that the Court briefly instruct the jury prior to opening statements of counsel. Parziale requests that these instructions include a general description of the nature of the case and the issues involved, including, but not limited to, the fact that in any claim arising under a policy issued in the commonwealth by any life company, without previous medical examination, the statements made in the application as to the age, physical condition and family history of the insured shall be held to be valid and binding on the company; but the company shall not be debarred from proving as a defense to such claim that said statements were wilfully false, fraudulent or misleading; and in addition that the burden of proving such a defense is upon the insurance company.

WILLIAM PARZIALE,
By his attorney,

/s/ Patricia Michaels
**Patricia MICHAELS** (BBO#642945)
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street 4th Floor
Boston, MA 02108

(617) 227-1550

Dated: July 18, 2006

CERTIFICATE OF SERVICE

A copy of this motion and all attachments was served on all parties entitled to such notice in accordance with Rules 7004, 7005 via electronic notification on July 19, 2006.

/s/ Patricia Michaels
Patricia Michaels, BBO#642945)

Dated: July 19, 2006