UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVILL ACTION NO.: 04-11377-RBC

WILLIAM PARZIALE,      )
                       )
       Plaintiff,      )
                       )
vs.                    )
                       )
AMERICAN HERITAGE LIFE )
INSURANCE COMPANY, A   )
WHOLLY OWNED SUBSIDIARY)
OF THE ALLSTATE CORPORATION. )
                       )
       Defendant.      )

PLAINTIFF'S MOTION TO COMPEL RESPONSE
TO REQUEST FOR ADMISSIONS

Plaintiff, William Parziale, moves to compel defendant to respond to a request for admissions which was hand-delivered to defendant on July 13, 2006 (A copy of which is annexed hereto as Exhibit "A." Defendant has refused to respond. (See Exhibit "B.")

"Strictly speaking Rule 36 is not a discovery procedure at all, since it presupposes that the party proceeding under it knows the facts *or has a document* (emphasis supplied) and merely wishes its opponent to concede their genuiness. See Federal Practice & Procedure, Wright, Miller & Marcus, 8A Fed. Prac. & Proc. Civ.2d § 2253.

When answer to request for admission of genuineness of documents would expedite trial of action, utilization of this rule with respect to admission of facts and genuineness of documents was not only proper but desirable and request was not objectionable on ground that purpose of it could be accomplished more properly and expeditiously at a pretrial hearing or at trial. *U.S. v. Watchmakers of Switzerland Information Center, Inc.*, D.C.N.Y.1960, 25 F.R.D. 346.

Defendant's refusal to respond to the request will result in prolonging the trial and incurring the expense of requiring Dr. Rothchild to appear at the trial to testify. If this becomes necessary, plaintiff will seek costs from the defendant for this avoidable expense.

For all of the above reasons, any reference to any information contained in plaintiff's divorce records are simply not relevant and are properly excluded from evidence.

WILLIAM PARZIALE,
By his attorney,

/s/ Patricia Michaels
**Patricia MICHAELS** (BBO#642945)
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street 4th Floor
Boston, MA 02108
(617) 227-1550

Dated: July 19, 2006

CERTIFICATE OF SERVICE

A copy of this motion and all attachments was served on all parties entitled to such notice in accordance with Rules 7004, 7005 via electronic notification on July 19, 2006.

/s/ Patricia Michaels
Patricia Michaels, BBO#642945)

Dated: July 19, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM PARZIALE,<br><br>      *Plaintiff,*<br><br>v.<br><br>AMERICAN HERITAGE LIFE INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF THE ALLSTATE CORPORATION,<br><br>      *Defendant.* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-11377-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT AMERICAN HERITAGE LIFE INSURANCE COMPANY**

      Plaintiff, William Parziale (Parziale), pursuant to Fed.R.Civ.P. 36, requests defendant American Heritage Life Insurance Company (AHL), within 30 days after service of this request, to make the following admissions for the purpose of this action only and subject to all pertinent objections to admissibility which may be interposed at trial:

      **I.**    **That the following document, a copy[1] of which is attached to these requests, is genuine:**

      A.    Letter dated September 29, 2004 from Dr. Joseph Rothchild and certified by Dr. Joseph Rothchild on June 17, 2005.

      **II.**    **That each of the following statements is true:**

      1.    Dr. Rothchild did not speak to Maryann Fink Veronesi (Veronesi) about the need for a CT scan.

      2.    Dr. Rothchild has no documentation that his resident, Dr. Bilello, spoke with Veronesi about the need for a CT scan.

---

[1] The document identified herein has been produced by the plaintiff pursuant to various Rule 34 requests and a copy included with the documents filed in support of plaintiff's motion for summary judgment.

EXH. A

-2-

3. Dr. Rothchild has no knowledge that his resident, Dr. Bilello, spoke with Veronesi about the need for a CT scan.

                    WILLIAM PARZIALE,
                    By his Attorney,

                    Patricia Michaels, Esq.
                    LAW OFFICE OF PATRICIA MICHAELS
                    10 Tremont St., 4th Fl.
                    Boston, MA 02018
                    (617) 227-1550
                    BBO#642945

Dated: July 13, 2006

## Day, Berry & Howard LLP
COUNSELLORS AT LAW

Hobart F. Popick
Direct Dial: (617) 345-4767
E-mail: hfpopick@dbh.com

July 14, 2006

**VIA U.S. MAIL**

Patricia Michaels, Esq.
Law Offices of Patricia Michaels
10 Tremont Street ~ 4th Floor
Boston, MA 02108

Re: **William Parziale v. American Heritage Life Insurance Company**
**Civil Action No. 11377-RBC**

Dear Pat:

We are in receipt of your July 13, 2006 letter enclosing Plaintiff's First Set of Requests for Admissions to Defendant American Heritage Life Insurance Company ("Plaintiff's Requests for Admission"). As you know, discovery closed on March 8, 2005. Accordingly, American Heritage Life Insurance Company declines to respond to Plaintiff's Requests for Admission.

Very truly yours,

*[signature]*

Hobart F. Popick

HFP/CAA

cc: American Heritage Life Insurance Company
    Jonathan I. Handler, Esq.

51347456.1

Exh. B

One International Place | Boston, MA 02110 | t 617 345 4600 f 617 345 4745