UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM PARZIALE,<br><br>    *Plaintiff,*<br>v.<br><br>AMERICAN HERITAGE LIFE INSURANCE<br>COMPANY, A WHOLLY OWNED<br>SUBSIDIARY OF THE ALLSTATE<br>CORPORATION,<br><br>    *Defendant.* | Civil Action No. 04-11377-RBC |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR
ADMISSIONS TO DEFENDANT AMERICAN HERITAGE LIFE INSURANCE
COMPANY**

Plaintiff, William Parziale (Parziale), pursuant to Fed.R.Civ.P. 36, requests defendant American Heritage Life Insurance Company (AHL), within 30 days after service of this request, to make the following admissions for the purpose of this action only and subject to all pertinent objections to admissibility which may be interposed at trial:

  **I.**  **That the following document, a copy[1] of which is attached to these requests, is genuine:**

  A. Letter dated September 29, 2004 from Dr. Joseph Rothchild and certified by Dr. Joseph Rothchild on June 17, 2005.

  **II.**  **That each of the following statements is true:**

  1. Dr. Rothchild did not speak to Maryann Fink Veronesi (Veronesi) about the need for a CT scan.

  2. Dr. Rothchild has no documentation that his resident, Dr. Bilello, spoke with Veronesi about the need for a CT scan.

---

[1]The document identified herein has been produced by the plaintiff pursuant to various Rule 34 requests and a copy included with the documents filed in support of plaintiff's motion for summary judgment.

3. Dr. Rothchild has no knowledge that his resident, Dr. Bilello, spoke with Veronesi about the need for a CT scan.

WILLIAM PARZIALE,
By his Attorney,

/s/ Patricia Michaels
Patricia Michaels, Esq.
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont St., 4th Fl.
Boston, MA 02018
(617) 227-1550
BBO#642945

Dated: July 13, 2006

I, Patricia Michaels,
certify a true copy of the within
documents were served upon all
counsel of record via ~~U.S. 1st class mail~~ in hand
on 7/13/06.

-2-



41 Mall Road
Burlington, MA 01805
781-744-5100

September 29, 2004

Law Office of Patricia Michaels
10 Tremont Street, Fourth Floor
Boston, MA 02108

RE: FINK, MARYANN
LC#: 2060782

Dear Ms. Michaels:

I am responding to your letter of August 17. I apologize for the delay in getting back to you.

I have reviewed Mrs. Fink's record. She had been seen by myself and my resident, Vincent Bilello, on July 12, 2001. I was able to find an order for a thoracic CT scan written by Dr. Bilello. This was presumably prior to the emergency room visit, but unfortunately the order was undated. I presume that Dr. Bilello had spoken with her about her need for a CT scan, but I have no documentation of this. The likelihood is that she was aware that she needed a CT scan, and aware that there was a question of adenopathy in the chest. I myself did not speak with her regarding a possible diagnosis, other than discussing a possible infection on July 12, 2001.

Please let me know if you have additional questions.

Sincerely,

Joseph Rothchild, MD
Department of General Internal Medicine
(781) 744-8534

JR:kas
D: 09/29/2004 16:09:12
T: 09/30/2004 13:58:27
J: 4319736

CC:

**THIS DOCUMENT WAS ELECTRONICALLY AUTHENTICATED BY Joseph Rothchild, MD ON 09/30/2004 15:25:24**

I, Joseph Rothchild, MD, certify that the information contained in this letter is accurate and based upon my own knowledge and information.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 17th day of JUNE, 2005.

Joseph Rotchchild MD