# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Hobart F. Popick
Direct Dial: (617) 345-4767
E-mail: hfpopick@dbh.com

July 14, 2006

**VIA U.S. MAIL**

Patricia Michaels, Esq.
Law Offices of Patricia Michaels
10 Tremont Street ~ 4th Floor
Boston, MA 02108

    Re:    **William Parziale v. American Heritage Life Insurance Company**
             **Civil Action No. 11377-RBC**

Dear Pat:

    We are in receipt of your July 13, 2006 letter enclosing Plaintiff's First Set of Requests for Admissions to Defendant American Heritage Life Insurance Company ("Plaintiff's Requests for Admission"). As you know, discovery closed on March 8, 2005. Accordingly, American Heritage Life Insurance Company declines to respond to Plaintiff's Requests for Admission.

                                        Very truly yours,

                                        Hobart F. Popick

HFP/CAA

cc:    American Heritage Life Insurance Company
        Jonathan I. Handler, Esq.

51347456.1