Lahey Clinic                                    41 Mall Road
                                             Burlington, MA 01805
                                                (781)744-2117
                                              (781)744-5771 Fax

---

# DISCHARGE SUMMARY

**NAME:**              FINK, MARYANN
**LC#:**               2060782
**ADMISSION DATE:**    7/30/2001
**DISCHARGE DATE:**    7/31/2001

**ATTENDING PHYSICIAN:** CHRISTINE WILLIAMSON, MD

**HISTORY:** This is a 32-year-old woman who presented to the emergency room complaining of shortness of breath. She states 3 weeks ago she noticed a difficulty swallowing, but no pain. She recently had some left chest pain and her left arm started feeling heavy on Sunday, and this was coincident with hoarseness and some shortness of breath while walking. She had a chest x-ray ordered by her primary care physician last week, which would be mid July of this year, which showed some question of adenopathy in the chest, and in the emergency room on July 25, 2001, she was planning to have a CT scan of the chest to investigate this.

**PAST MEDICAL HISTORY:** Scant.

**PAST SURGICAL HISTORY:** Scant.

**ALLERGIES:** NO KNOWN.

**CURRENT MEDICATIONS:** None.

**REVIEW OF SYSTEMS:** Positive for fatigue. Negative for gastrointestinal symptoms, but is positive for nausea. Negative for psychological problems and negative for neurological problems.

**SOCIAL HISTORY:** She stopped smoking 5 months ago. She was a 16-pack-year smoker. She is single and has no children.

**PHYSICAL EXAMINATION:** Reveals a healthy-appearing young lady in no distress, with a hoarse voice. The quality of voice is excellent. There are no external scars, lesions, or masses. Facial strength is symmetric. Extraocular movements are full. The tympanic membranes are normal with good mobility. Nasal mucosa is not injected. Septum is midline. Turbinates are no swollen. Oropharynx shows symmetric palatal elevation with no lesions. An indirect laryngoscopy was impossible due to the setting and the fact that the patient was subjectively short of breath. She has no stridor. Neck is supple with no masses. There is a very prominent right thyroid lobe but no distinct nodularity. There is

ROTH 0679

Lahey Clinic

41 Mall Road
Burlington, MA 01805
(781)744-2117
(781)744-5771 Fax

## DISCHARGE SUMMARY

**NAME:** FINK, MARYANN
**LC#:** 2060782
**ADMISSION DATE:** 7/30/2001
**DISCHARGE DATE:** 7/31/2001

some pain in the lower neck on palpation. Cranial nerve V is intact. Cranial nerve XI is intact. Evaluation of cranial nerve X is pending.

**IMPRESSION:** Hoarseness with chest pain in a young, previously healthy female with incomplete visualization of the larynx and vocal cords. The patient was planned to undergo a fiberoptic examination later on this day, on July 25, 2001.

**RESULTS OF FIBEROPTIC SCOPE:** No lesions in the endolarynx. The paraform sinuses are open and dry. There is a dense left vocal fold paralysis. The immediate subglottis appears clear. The right vocal fold is moving very well, with a very adequate posterior glottic chink. IMPRESSION: Left vocal fold paralysis and prominent right thyroid lobe.

**LABORATORY DATA:** Chest x-ray showed mediastinal adenopathy. Chest CT scan was performed, which showed hilar mass and enlarged hilar lymph nodes. Bone scan was performed; results are negative. On July 30, 2001, the patient underwent a bronchoscopy, mediastinoscopy by Christine Williamson, MD. The patient tolerated the procedure well.

**HOSPITAL COURSE:** She was transferred to the recovery room, awake, alert, and moving all four extremities. The patient was done quite late in the evening; therefore, she had not recovered from the anesthesia, and was discharged the following morning. She was alert and oriented times 3. Breath sounds clear to auscultation. Heart: Regular rate and rhythm. Abdomen: Benign. Incision clean, dry, and intact.

**FOLLOWUP INSTRUCTIONS:** The patient will follow up with Christine Williamson, MD in approximately 1-2 weeks to discuss final pathology results and further treatment.

_____
Lisa M. Moore, PA-C (Dictating) for
CHRISTINE WILLIAMSON, MD (Attending)

DOD: 7/31/01 MW662/1819001/2298427