**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| WILLIAM PARZIALE,<br><br>      *Plaintiff,*<br>v.<br><br>AMERICAN HERITAGE LIFE INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF THE ALLSTATE CORPORATION,<br><br>      *Defendant.* | )<br>)<br>)<br>)<br>)  Civil Action No. 04-11377-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S PROPOSED VOIR DIRE**

Pursuant to the Court's May 9, 2006 Order, defendant American Heritage Life Insurance Company submits the following proposed voir dire questions:

1. Do you know anything about the facts of this case through personal knowledge or the media?

2. Are you acquainted with the plaintiff in this case, William Parziale?

3. Have you ever been employed by, purchased any insurance from, or had any other dealings with the defendant in this case, American Heritage Life Insurance Company, or its parent company, the Allstate Corporation?

4. Have you, anyone close to you, or any family member ever been represented by any of the attorneys representing the parties in this suit? They are: Patricia Michaels for William Parziale and Jonathan I. Handler and Hobart F. Popick of Day, Berry & Howard LLP for American Heritage Life Insurance Company.

5. Do you know, or do you think you know, any of the potential witnesses in this case?

6. Do you know anyone else on the jury panel?

7. Have you, anyone close to you, or any member of your family ever owned stock in the Allstate Corporation?

8. Is your spouse a lawyer, or have you, a relative, or anyone close to you ever studied law?

9. Is your spouse a doctor, or have you, a relative, or anyone close to you ever studied medicine?

10. Have you, a relative, or anyone close to you ever been employed in the insurance industry?

11. Have you, a relative, or anyone close to you ever been diagnosed with a life-threatening illness?

12. Do you think that companies or individuals who enter into contracts should live by the terms of those contracts, even if they later decide they do not like those terms?

13. Do you think that companies or individuals who enter into contracts have an obligation to act in good faith in their dealings with the other parties to those contracts?

14. Have you ever filed or made a claim against an insurance company?

15. Have you ever made a complaint, other than by filing a lawsuit, against an insurance company?

16. If your answer to either of the last two questions is yes, is there anything about your complaint or claim that you believe could have an impact on your ability to be a fair and impartial juror in this case?

17. Have you ever been a witness at trial, civil or criminal?

18. Have you ever been a juror in a trial, civil or criminal?

19. If yes, were you the presiding juror?

20. If you were a juror in a civil trial, did your jury reach a verdict?

21. Has any close friend or relative ever been involved as a plaintiff, defendant, or witness in a civil case, or ever attended court for any reason?

22. If yes, is that civil case still pending?

23. Based upon what you have heard about the facts of this case, was the civil action in which your friend or relative was involved similar in any way to this case?

24. Was there anything about the civil case in which your friend or relative was involved that you believe could have an impact on your ability to be a fair and impartial juror in this case?

25. Have you ever been a defendant in a suit brought for damages?

26. If yes, is that case still pending?

27. Based upon what you have heard about the facts of this case, is the civil action in which you are or were a defendant similar in any way to this case?

28. Is there anything about the civil case in which you are or were a defendant that you believe could have an impact on your ability to be a fair and impartial juror in this case?

29. Have you ever been a plaintiff in a lawsuit?

30. If yes, is that case still pending?

31. Based upon what you have heard about the facts of this case, is the civil action in which you are or were a plaintiff similar in any way to this case?

32. Is there anything about the civil case in which you are or were a plaintiff that you believe could have an impact on your ability to be a fair and impartial juror in this case?

33. Have you read any articles or editorials concerning lawsuits or jury awards?

34. Are you a member of any organization which pertains to the justice system or reform or modification of the justice system?

35. This case is expected to last at least three days. Do you have any confirmed vacation plans or other family matters that would conflict with jury service?

36. Do you have any physical disability or condition that would interfere with your serving as a juror in this case?

37. Would you be paid by your employer during jury service if you were chosen to serve?

38. Is there anything about what you have heard during this jury selection process that concerns you about your ability to be a fair and impartial juror of the particular facts of this case?

39. Is there any matter that you would like to discuss privately that bears on your ability to serve as a juror in this case?

                                      Respectfully submitted,

                                      AMERICAN HERITAGE LIFE INSURANCE COMPANY,

                                      By its attorneys,

                                      /s/ Hobart F. Popick
                                      Jonathan I. Handler (BBO # 561475)
                                      Hobart F. Popick (BBO # 658763)
                                      DAY, BERRY & HOWARD LLP
                                      One International Place
                                      Boston, Massachusetts 02110
Dated: August 9, 2006                (617) 345-4600

## CERTIFICATE OF SERVICE

    I, Hobart F. Popick, hereby certify that on the 9th day of August, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, Massachusetts 02108.

                                      /s/ Hobart F. Popick
                                      Hobart F. Popick