UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11377-RBC

WILLIAM PARZIALE, )
)
)
Plaintiff, )
vs. )
)
)
AMERICAN HERITAGE LIFE )
INSURANCE COMPANY, A )
WHOLLY OWNED SUBSIDIARY )
OF THE ALLSTATE CORPORATION. )
)
)
Defendant. )

PLAINTIFF'S REQUESTED VIOR DIRE QUESTIONS

1. Are you now or have you ever been employed by a insurance company?

2. Is any immediate family member, or relative or close friend currently employed by, or have they ever been employed by a insurance company?

3. Have you or any of your family members or close friends ever been involved with or worked for a lawyer or law firm that handled insurance claims, either in defense or as plaintiff?

4. Do you have any bias, strong feelings or beliefs regarding lawsuits involving a person seeking damages in the absence of physical injury?

5. If the Plaintiff proves he is entitled to damages, do you have any moral, religious, or political beliefs which will prevent you from assessing damages against the defendant?

WILLIAM PARZIALE,
By His Attorney,

s/ Patricia Michaels
Patricia Michaels (BBO#642945)
Law Office of Patricia Michaels
10 Tremont Street, 4th Floor
Boston, MA  02108
(617) 227-1550

Dated: August 9, 2006

CERTIFICATE OF SERVICE

A copy of this motion and all attachments was served on all parties entitled to such notice in accordance with Rules 7004, 7005 via electronic notification on August 9, 2006.

Dated: August 9, 2006

/s/ Patricia Michaels
Patricia Michaels, BBO#642945)