UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11377-RBC

WILLIAM PARZIALE, )
)
    Plaintiff, )
)
vs. )
)
AMERICAN HERITAGE LIFE )
INSURANCE COMPANY, A )
WHOLLY OWNED SUBSIDIARY )
OF THE ALLSTATE CORPORATION. )
)
    Defendant. )

PLAINTIFF'S PROPOSED JURY VERDICT FORM

1. Do you believe Maryann Veronesi was told to have a CT-scan after July 12, 2001 but before July 25, 2001, prior to completing the application for life insurance?

    Yes _____

    No _____

If no, please proceed to No. 2

2. Do you believe any answers given by Maryann Veronesi to Question 14 were wilfully false, fraudulent or misleading?

    Yes _____

    No _____

If you answer no the above questions, you must return a verdict for the plaintiff.

Judgment for Plaintiff in the amount of _____

WILLIAM PARZIALE,
By His Attorney,

s/ Patricia Michaels
Patricia Michaels (BBO#642945)
Law Office of Patricia Michaels
10 Tremont Street, 4th Floor
Boston, MA 02108
(617) 227-1550

Dated: August 9, 2006

CERTIFICATE OF SERVICE

A copy of this motion and all attachments was served on all parties entitled to such notice in accordance with Rules 7004, 7005 via electronic notification on August 9, 2006.

/s/ Patricia Michaels
Patricia Michaels, BBO#642945)

Dated: August 9, 2006