UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM PARZIALE,<br><br>        *Plaintiff,*<br>v.<br><br>AMERICAN HERITAGE LIFE INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF THE ALLSTATE CORPORATION,<br><br>        *Defendant.* | Civil Action No. 04-11377-RBC |

**PARTIAL STIPULATION OF DISMISSAL
AS TO COUNTS FIVE AND SIX ONLY
<u>OF PLAINTIFF'S AMENDED COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 41(a)(ii), the Plaintiff, William Parziale, hereby moves and stipulates that Count V alleging Negligent Infliction of Severe Emotional Distress against Defendant American Heritage Life Insurance Company and Count VI alleging Negligent Infliction of Severe Emotional Distress against Allstate are hereby dismissed with prejudice, without costs, each party to bear its own expenses and all parties waiving rights of appeal.

| | |
|---|---|
| AMERICAN HERITAGE LIFE<br>INSURANCE COMPANY,<br>By its Attorneys, | WILLIAM PARZIALE,<br>By his attorney, |
| /s/ Hobart F. Popick _____<br>Jonathan I. Handler (BBO # 561475)<br>Hobart F. Popick    (BBO # 658763)<br>DAY, BERRY & HOWARD LLP<br>One International Place<br>Boston, MA 02110<br>(617) 345-4600 | /s/ Patricia Michaels_____<br>Patricia Michaels  (BBO#642945)<br>LAW OFFICE OF PATRICIA MICHAELS<br>10 Tremont Street 4th Floor<br>Boston, MA  02108<br>(617) 227-1550 |

Dated: August 16, 2006