UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVILL ACTION NO.: 04-11377-RBC

| | |
|---|---|
| WILLIAM PARZIALE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| AMERICAN HERITAGE LIFE | ) |
| INSURANCE COMPANY, A | ) |
| WHOLLY OWNED SUBSIDIARY | ) |
| OF THE ALLSTATE CORPORATION. | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S SUBMISSION OF DOCUMENTS PURSUANT TO
PRE-TRIAL ORDER

At the pre-trial conference held on August 16, 2006, this court requested that plaintiff provide the court with a list of the documents that plaintiff believes contains inadmissible hearsay. Plaintiff has identified the following documents:

1.  Bates stamped document ROTH 0679-- DISCHARGE SUMMARY -- annexed hereto as "A." Plaintiff requests the last sentence of Paragraph 1 of this document be redacted to exclude that portion of the sentence which reads: ". . . she was planning on having a CT scan of the chest to investigate this." Clearly, when read in its entirety, this sentence refers to the CT scan that was performed in the emergency room at Lahey clinic after the application for the life insurance policy at issue in this case was completed. The complete sentence reads: "She had a chest x-ray ordered by her primary care physician last week, which would be mid-July of this year, which showed some question of adenopathy in the chest, *and in the emergency room on July 25, 2001,* she was planning to have a CT scan of the chest to investigate this." The language in the report is ambiguous and is clarified by Bates stamped document number ROTH 0052 (also stamped AHL 455) --OTOLARYNGOLOGY/HEAD NECK SURGERY -- dated July 25, 2001 which supports the fact that it was the emergency room that was planning on the CT scan as set forth in the last sentence of that document, ". . . and the emergency room is planning a CT scan of the chest to investigate this." See ROTH 0052 annexed hereto as "B."

1

2.   Bates stamped document ROTH 0057 -- RADIATION THERAPY NOTE annexed hereto as Exhibit "C" -- dated August 23, 2001. The third sentence in the first paragraph states, "Chest x-ray on 7/13/01 revealed fullness in the AP window. She was then scheduled for a CT, but reported to the ER . . ." There is no evidence in the record that Veronesi was ever told to have a CT scan. A review of the records from her visit to Dr. Rothchild on July 12, 2001, and the handwritten notes from that date, ROTH 0046 and ROTH 0048, does not reveal any evidence that Veronesi was told to have a CT-scan. (See Roth 0046 and ROTH 0048 annexed hereto as Exhibit "D."

3.   Bates stamped document AHL 00428 annexed hereto as Exhibit "E" (same document also identified by Bates stamp AHO 00543 and 00556) -- MGH CANCER CENTER OFFICE VISIT -- dated August 21, 2001. The third sentence contained in the first paragraph reads, "She was scheduled for a CT-scan but developed additional chest pain and was evaluated in the emergency room." Again, there is no evidence that she was "scheduled" to have a CT-scan. In fact, Dr. Rothchild has confirmed that he did not speak with Veronesi about the need for a CT-scan and that while her chart contained an order fort a CT-scan, the order was undated. See letter from Dr. Rothchild annexed hereto as Exhibit "F."

4.   Bates stamped document AHL 00434, annexed hereto as Exhibit "G" -- MGH CANCER CENTER -- Attending Physician: Panos Fidias, M.D. The document, created the same day as Exhibit E, simply restates Veronesi's history and, in the second sentence, states ". . . was to undergo CT-scanning, . . ." Again, there is no evidence that this information came from Veronesi; there is no evidence in the record that Veronesi was ever told to of the need for a CT-scan and this reference should be redacted from the record.

5.   Bates stamped document AHL 00299 -- RADIATION THERAPY NOTE -- dated August 23, 2001, annexed hereto as Exhibit "H." The third sentence of this document states, "She was then scheduled for a CT . . ." Again, this statement is not supported by any evidence in the record, nor can it be said that this information was obtained from Veronesi.

Any reference to the assertion that Veronesi was "planning on having a CT-scan" contained in these documents should redacted from the evidence presented to the jury because none of the statements were made by Veronesi; the statements were not made for purposes of diagnosis or treatment because the records were generated after Veronesi was diagnosed; and the statements are ambiguous and confusing.

2

Statements from unknown declarant relating to an alleged "wrestling match" in medical records were not admissible under Rule 803(4) because they "were not of the type medical personnel generally rely on in making a diagnosis and providing treatment."); see also <u>Petrocelli v. Gallison</u>, 679 F.2d 286, 288-91 (1st Cir. 1982) "Statements from unknown declarant in medical records regarding a nerve allegedly severed six months earlier were not admissible under "business records" exception in <u>Fed.R.Evid. 803(6)</u> because there was no indication where this information came from and statements were not diagnostic.). Since there is not one indication as to how the statement came to be included in the record, or who, if anyone, made the statement, and because the statement used for diagnostic purposes, any such reference is hearsay and inadmissible and should be redacted from the records..

>                    WILLIAM PARZIALE,
>                    By his attorney,
>
>
>                    /s/ Patricia Michaels
>                    **Patricia MICHAELS** (BBO#642945)
>                    LAW OFFICE OF PATRICIA MICHAELS
>                    10 Tremont Street 4th Floor
>                    Boston, MA  02108
>                    (617) 227-1550

Dated: September 18, 2006

CERTIFICATE OF SERVICE

A copy of this motion and all attachments was served on all parties entitled to such notice in accordance with Rules 7004, 7005 via electronic notification on September 18, 2006.

>                    /s/ Patricia Michaels
>                    Patricia Michaels, BBO#642945)

Dated: August 15, 2006

3

Exhibit A

Lahey Clinic

41 Mall Road
Burlington, MA 01805
(781) 744-2117
(781) 744-5771 Fax

---

## DISCHARGE SUMMARY

**NAME:** FINK, MARYANN
**LC#:** 2060782
**ADMISSION DATE:** 7/30/2001
**DISCHARGE DATE:** 7/31/2001

**ATTENDING PHYSICIAN:** CHRISTINE WILLIAMSON, MD

**HISTORY:** This is a 32-year-old woman who presented to the emergency room complaining of shortness of breath. She states 3 weeks ago she noticed a difficulty swallowing, but no pain. She recently had some left chest pain and her left arm started feeling heavy on Sunday, and this was coincident with hoarseness and some shortness of breath while walking. She had a chest x-ray ordered by her primary care physician last week, which would be mid July of this year, which showed some question of adenopathy in the chest, and in the emergency room on July 25, 2001, she was planning to have a CT scan of the chest to investigate this.

**PAST MEDICAL HISTORY:** Scant.

**PAST SURGICAL HISTORY:** Scant.

**ALLERGIES:** NO KNOWN.

**CURRENT MEDICATIONS:** None.

**REVIEW OF SYSTEMS:** Positive for fatigue. Negative for gastrointestinal symptoms, but is positive for nausea. Negative for psychological problems and negative for neurological problems.

**SOCIAL HISTORY:** She stopped smoking 5 months ago. She was a 16-pack-year smoker. She is single and has no children.

**PHYSICAL EXAMINATION:** Reveals a healthy-appearing young lady in no distress, with a hoarse voice. The quality of voice is excellent. There are no external scars, lesions, or masses. Facial strength is symmetric. Extraocular movements are full. The tympanic membranes are normal with good mobility. Nasal mucosa is not injected. Septum is midline. Turbinates are no swollen. Oropharynx shows symmetric palatal elevation with no lesions. An indirect laryngoscopy was impossible due to the setting and the fact that the patient was subjectively short of breath. She has no stridor. Neck is supple with no masses. There is a very prominent right thyroid lobe but no distinct nodularity. There is

Exhibit B

PAGE

## OTOLARYNGOLOGY / HEAD AND NECK SURGERY

FINK, MARYANN          07/25/01          LCMC#: 206 07 82

The patient presented to the emergency room with shortness of breath. She is a 32-year old woman who three weeks ago noticed a difficulty swallowing but no pain. She recently had some left chest pain and her left arm started feeling heavy on Sunday and this was coincident with hoarseness and some shortness of breath while walking. She had a chest x-ray ordered by her primary care physician last week which showed some question of adenopathy in the chest and the emergency room is planning a CT scan of the chest to investigate this.

**PAST MEDICAL HISTORY:** Scant.

**PAST SURGICAL HISTORY:** Scant.

**ALLERGIES:** No known drug allergies.

**CURRENT MEDICATIONS:** None.

**REVIEW OF SYSTEMS:** Positive for fatigue and negative for GI, but is positive for nausea, negative for psychological problems and negative for neurologic problems.

**SOCIAL HISTORY:** She stopped smoking about five months ago. She was a 16 pack year smoker. She is unmarried and she has no children.

**PHYSICAL EXAMINATION:** Examination reveals a lady who appears in no distress, but with a hoarse voice. The quality of voice is excellent. There are no external scars, lesions or masses. Facial strength is symmetric. EOM's are full. The tympanic membranes are normal with good mobility. Nasal mucosa is not injected. Septum is midline. Turbinates are not swollen. Oropharynx shows symmetric palatal elevation with no lesions. An indirect laryngoscopy was impossible due to the setting and the fact that the patient was subjectively short of breath. She has no stridor. Neck is supple with no masses. There is a very prominent right thyroid lobe but no distinct nodularity. There is some pain in the lower neck on palpation. Cranial nerve V is intact. Cranial nerve XI is intact. Evaluation of cranial nerve X is pending.

**IMPRESSION:** hoarseness with chest pain in a young, previously healthy female with incomplete visualization of the larynx and vocal cords.

**PLAN:** Complete fiberoptic examination of the upper airway.

Lahey Clinic Medical Center • 41 Mall Road, Burlington, MA 01805 • 781-744-5100

PATIENT ID

**LAHEY CLINIC**
41 Mall Road • Burlington, MA 01805

## Progress Notes

12145aa (REV. 8/98)

ROTH 0052

Exhibit C

RADIATION ONCOLOGY CLINIC

FINK, MARYANN                          08/23/01                    LCMC#: 206 07 82

## RADIATION THERAPY NOTE

RT#: 10-986   DOB: 2/2/69

PRIMARY CARE PHYSICIAN: Joseph Rothchild, M.D.
REFERRING PHYSICIAN: Charles White, M.D.

DIAGNOSIS: Probable lung cancer.

HISTORY OF PRESENT ILLNESS: This is a 32 year old female who initially presented to her primary care physician in July with progressive fatigue, left sided pectoral pain, dysphagia and hoarseness. Chest x-ray on 7/13/01 revealed fullness in the AP window. She was then scheduled for a CT, but reported to the ER on 7/26/01 complaining of worsening of the above symptoms. CT of the thorax on 7/25/01 revealed extensive AP window and bilateral hilar adenopathy with secondary focal narrowing of the proximal left main pulmonary artery and partial compression of the esophagus. There was also noted bihilar adenopathy. The AP window adenopathy is found in the expected location of the recurrent laryngeal nerve on the left. CT of the neck revealed prominent cervical adenopathy, and a prominent right thyroid. She then underwent a fibrotic bronchoscopy and mediastinoscopy with Dr. Williamson on 7/30/01. Pathology revealed mediastinal lymph nodes with necrotic tumor most consistent with metastatic, poorly differentiated, large cell carcinoma. There was a small number of viable tumor cells positive for keratin. The specimen was suboptimal for a definitive diagnosis with extensive necrosis on immuno-stains.

The patient then received a second opinion at MGH with Dr.          at Mass General. PET scan was performed on 8/8/01 showing intense uptake in the upper mediastinum anteriorly and in the region of the AP window consistent with metastatic disease. There was prominent FDG uptake in the thyroid gland bilaterally. MRI scan of the brain on 8/7/01 revealed no evidence of metastatic disease. Bone scan on 8/9/01 revealed no evidence of metastatic disease. She was then evaluated by Dr. White of Medical Oncology and decided she would like to be treated here for her large cell carcinoma of unknown origin here at Lahey Clinic. She is now here in Radiation Oncology to discuss the role of radiation therapy to treat her newly diagnosed, unknown primary large cell carcinoma.

REVIEW OF SYSTEMS: She states she continues to have left sided pectoral pain. She complains of shortness of breath. She is able to climb only one flight of stairs. She complains of dysphagia and body aches and especially joint pain. She denies weight loss. She states her appetite is good. She denies fever, chills and night sweats. She denies headache, visual changes, sore throat, abdominal pain or cramping, bright red blood per rectum, unusual vaginal bleeding and lower extremity edema.

PAST MEDICAL HISTORY: None.

Exhibit D

PAGE

# GENERAL INTERNAL MEDICINE

FINK, MARIANNE                    07/12/01                    LCMC#:  206 07 82

The patient is 32 years old and is seen and examined with Dr. Bilello. She was previously followed by Dr. Rehm. She has a 3 week history of several symptoms. She's noted increased daytime somnolence and has fallen asleep in traffic. She does have a history of loud snoring which is unchanged. She also notes difficulty swallowing with food sticking and regurgitation. She has had a dull aching in the left upper chest which is tender. Additionally she has had a sore throat and earache without fever, sweats or weight loss.

PAST MEDICAL HISTORY: Negative.

MEDICATIONS: Oral contraceptives.

Smoking: 14 pack years quit 4 months ago.

SOCIAL HISTORY: Works full time and is taking an accounting course.

PHYSICAL EXAM: She's a well appearing female in no acute distress. Oropharynx clear. Neck, 2+ anterior cervical nodes and 1+ multiple right posterior cervical nodes. Chest clear to percussion and auscultation. Tenderness in the upper anterior left chest. Cardiac normal S1 and S2. No gallop, murmur or rub. Abdomen slight tenderness over the xiphoid. No hepatosplenomegaly or mass noted.

ASSESSMENT: Fatigue, adenopathy and left chest pain. Would consider various infections including hepatitis, HIV, and mono.

PLAN: Check CBC, SGOT, heterophile and HIV today. Based on results would also consider proceeding with an upper GI or barium swallow.

*[signature]*

Joseph Rothchild, M.D.
N#
D: 07/12/01, R:   , T: 07/19/01

JR:nsmt:mrp

Progress Notes

Lahey Clinic Medical Center • 41 Mall Road, Burlington, MA 01805 • 781-744-5100

PATIENT ID

LAHEY CLINIC

41 Mall Road • Burlington, MA 01805

**Progress Notes**

12145aa (REV. 8/98)

ROTH 0046

**Progress Notes**

PE - Well appearing, tired ? in NAD
Vs - Afeb - 68 - RR - 12
HEENT - Mild erythematous posterior oropharynx, ∅ exudate, ∅ enlarged tonsils. B/L 1cm sub mandib nodes, ® side post cervical node ~ 5mm. ∅ Thyromegaly or nodules, ∅ supraclavicular nodes
Lungs - CTA
Cards - RRR - ∅ M/R/G
Abd - Soft, NT, ND, mild tenderness/ elicited on Sx w/ upper epigastric palpation. ∅ Splenomegaly

Impression - Unusual triad of sx difficult to explain w/ single diagnosis. Concerns re viral illness - Mono, CMV, HIV, lymphoma, lung CA, mycoplasma, Hepatitis. Pt possibly also has  GERD, hiatal hernia.

Plan - 1) CXR  return to Sta 7
2) Labs - CBC, diff, heterophile
AST/ALT, TSH, HIV

ROTH 0048

Exhibit E

MGH CANCER CENTER
OFFICE VISIT

Maryanne Fink
MGH#: 391-33-04

August 21, 2001

**DIAGNOSIS:** Non-small cell lung cancer.

**HISTORY OF PRESENT ILLNESS:** Ms. Fink is a 31-year-old female who developed left-sided chest pain about a month ago. She also developed slight hoarseness and progressive shortness of breath. She was scheduled for a CT scan but developed additional chest pain and was evaluated at the emergency room. At that point, she was found to have a paralyzed left vocal cord and chest and neck CT scan were obtained. Mediastinal adenopathy particularly on the left side of her chest was identified. She was also found to have a small nodular goiter. A very small nodule in the left lower lobe was also seen. She underwent mediastinoscopy in 8/2001, which was negative for the right paratracheal region, but the mediastinal nodes, not otherwise specified on the report, showed a lot of necrotic cells and a few cells that stained positive for keratin that were consistent with poorly differentiated large cell carcinoma.

On 8/8/2001, she underwent a PET scan, which showed significant uptake on the left side of the mediastinum and also uptake higher up in the right mediastinum. An MRI of the head was obtained, which was negative. She presents today for a second opinion on her treatment.

**REVIEW OF SYSTEMS:** Her performance status is essentially zero.
HEENT: Denies headaches, double vision, facial numbness, sore throat or postnasal drip.
Respiratory: Progressive shortness of breath on exertion, however, she is able to perform all of her activities with only minimal discomfort.
She has no cough or hemoptysis.
Gastrointestinal: No weight loss or loss of appetite. Denies abdominal pain, nausea, vomiting, diarrhea or constipation.
Cardiac: No angina, palpitations, dizziness or lightheadedness.
Musculoskeletal: No bone pains or leg pains.
Neurologic: No numbness, tingling or focal weakness.

**PAST MEDICAL HISTORY:** None.

**PAST SURGICAL HISTORY:** None.

**FAMILY HISTORY:** Her father died of lung cancer and mother with COPD; she is alive. No other family history of a malignancy.

**SOCIAL HISTORY:** Quit smoking in 3/2001. She has a 12-pack year smoking history. Rare ETOH. She works at an office environment without history of exposures.

**MEDICATIONS:** Birth control pills and Tylenol with Codeine #3 intermittently.

**ALLERGIES:** She has no known allergies.

Exhibit F



41 Mall Road
Burlington, MA 01805
781-744-5100

September 29, 2004

Law Office of Patricia Michaels
10 Tremont Street, Fourth Floor
Boston, MA 02108

RE: FINK, MARYANN
LC#: 2060782

Dear Ms. Michaels:

I am responding to your letter of August 17. I apologize for the delay in getting back to you.

I have reviewed Mrs. Fink's record. She had been seen by myself and my resident, Vincent Bilello, on July 12, 2001. I was able to find an order for a thoracic CT scan written by Dr. Bilello. This was presumably prior to the emergency room visit, but unfortunately the order was undated. I presume that Dr. Bilello had spoken with her about her need for a CT scan, but I have no documentation of this. The likelihood is that she was aware that she needed a CT scan, and aware that there was a question of adenopathy in the chest. I myself did not speak with her regarding a possible diagnosis, other than discussing a possible infection on July 12, 2001.

Please let me know if you have additional questions.

Sincerely,

Joseph Rothchild, MD
Department of General Internal Medicine
(781) 744-8534

JR:kas
D: 09/29/2004 16:09:12
T: 09/30/2004 13:58:27
J: 4319736

CC:

THIS DOCUMENT WAS ELECTRONICALLY AUTHENTICATED BY Joseph Rothchild, MD ON 09/30/2004 15:25:24

Exhibit G

MGH CANCER CENTER

Maryann Fink
MGH #391-33-04

August 21, 2001

ATTENDING PHYSICIAN: PANOS FIDIAS, M.D.

REASON FOR VISIT: This is a 32-year-old woman with a mediastinal mass.

HISTORY OF PRESENT ILLNESS: Approximately one month ago, the patient began to experience hoarseness, shortness of breath and left-sided pleuritic chest pain. She saw her primary care physician with this complaint and was to undergo CT scanning, but due to worsening chest pain, was referred to the emergency room. In the emergency room, she was found to have a paralyzed left vocal cord. A CT of neck and chest was obtained on July 25. This showed extensive mediastinal lymphadenopathy with AP window and bilateral hilar lymphadenopathy. The patient also has a nodular goiter and a small pleural-based nodule in the anterior left lower lobe. The patient underwent a mediastinoscopy with biopsy on August 2 at Lahey Clinic. Pathology from the lymph node biopsy, however, was very poor. The read from Lahey Clinic was large cell carcinoma, keratin positive, poorly-differentiated necrotic tumor. On August 8, the patient underwent PET scanning, which showed intense uptake of her mediastinum anteriorly to the right of midline and in the region of the AP window. There was prominent uptake in the thyroid gland bilaterally, likely reflecting hyperfunctioning gland and the patient was referred to a medical oncologist at Lahey Clinic, Dr. White, who obtained a variety of serum tumor markers including a serum hCG which is known to be negative. The patient does not know the results of any other tumor marker studies. The patient has had an MRI of the head which was negative. She is scheduled for a CT of the abdomen and pelvis on August 30. Given the uncertainty surrounding her diagnosis at this time, the patient is here today to obtain a second opinion regarding initiation of therapy.

At today's visit, the patient states that she is suffering from some fatigue, though she is still able to work. She denies cough. She does have some shortness of breath on exertion and continues to have left chest discomfort. She denies fevers, chills or night sweats. She also denies any significant weight loss.

REVIEW OF SYSTEMS: Negative except as stated above.

PAST MEDICAL HISTORY: None.

MEDICATIONS: Tylenol with codeine p.r.n. and oral contraceptives.

ALLERGIES: No known drug allergies.

SOCIAL HISTORY: The patient is a 12-pack-year tobacco smoker. She quit in March. She drinks only rare alcohol. She is employed as an office worker. She is single and is here today with her boyfriend. She has no children.

FAMILY HISTORY: The patient's father is deceased from lung cancer at age 62. The patient's mother suffers from emphysema.

Exhibit H

RADIATION ONCOLOGY CLINIC

FINK, MARYANN                  08/23/01              LCMC#: 206 07 82

RADIATION THERAPY NOTE

RT#: 10-986  DOB: 2/2/69

PRIMARY CARE PHYSICIAN: Joseph Rothchild, M.D.
REFERRING PHYSICIAN:    Charles White, M.D.

DIAGNOSIS: Probable lung cancer.

HISTORY OF PRESENT ILLNESS: This is a 32 year old female who initially presented to her primary care physician in July with progressive fatigue, left sided pectoral pain, dysphagia and hoarseness. Chest x-ray on 7/13/01 revealed fullness in the AP window. She was then scheduled for a CT, but reported to the ER on 7/26/01 complaining of worsening of the above symptoms. CT of the thorax on 7/25/01 revealed extensive AP window and bilateral hilar adenopathy with secondary focal narrowing of the proximal left main pulmonary artery and partial compression of the esophagus. There was also noted bihilar adenopathy. The AP window adenopathy is found in the expected location of the recurrent laryngeal nerve on the left. CT of the neck revealed prominent cervical adenopathy, and a prominent right thyroid. She then underwent a fibrotic bronchoscopy and mediastinoscopy with Dr. Williamson on 7/30/01. Pathology revealed mediastinal lymph nodes with necrotic tumor most consistent with metastatic, poorly differentiated, large cell carcinoma. There was a small number of viable tumor cells positive for keratin. The specimen was suboptimal for a definitive diagnosis with extensive necrosis on immuno-stains.

The patient then received a second opinion at MGH with Dr.           at Mass General. PET scan was performed on 8/8/01 showing intense uptake in the upper mediastinum anteriorly and in the region of the AP window consistent with metastatic disease. There was prominent FDG uptake in the thyroid gland bilaterally. MRI scan of the brain on 8/7/01 revealed no evidence of metastatic disease. Bone scan on 8/9/01 revealed no evidence of metastatic disease. She was then evaluated by Dr. White of Medical Oncology and decided she would like to be treated here for her large cell carcinoma of unknown origin here at Lahey Clinic. She is now here in Radiation Oncology to discuss the role of radiation therapy to treat her newly diagnosed, unknown primary large cell carcinoma.

REVIEW OF SYSTEMS: She states she continues to have left sided pectoral pain. She complains of shortness of breath. She is able to climb only one flight of stairs. She complains of dysphagia and body aches and especially joint pain. She denies weight loss. She states her appetite is good. She denies fever, chills and night sweats. She denies headache, visual changes, sore throat, abdominal pain or cramping, bright red blood per rectum, unusual vaginal bleeding and lower extremity edema.

PAST MEDICAL HISTORY: None.

AHL 00399