UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVILL ACTION NO.: 04-11377-RBC

WILLIAM PARZIALE, )
)
    Plaintiff, )
vs. )
)
AMERICAN HERITAGE LIFE )
INSURANCE COMPANY, A )
WHOLLY OWNED SUBSIDIARY )
OF THE ALLSTATE CORPORATION. )
)
    Defendant. )

PLAINTIFF'S WITNESS LIST

Plaintiff intends to call the following witnesses at the trial of this matter in order:

Mr. William Parziale
Mr. Robert Ehrlich
Dr. Joseph Rothchild
Dr. Christina Williamson

WILLIAM PARZIALE,
By his attorney,

/s/ Patricia Michaels
**Patricia MICHAELS** (BBO#642945)
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street 4th Floor
Boston, MA 02108
(617) 227-1550

Dated: November 10, 2006

CERTIFICATE OF SERVICE

A copy of this motion and all attachments was served on all parties entitled to such notice in accordance with Rules 7004, 7005 via electronic notification on November 10, 2006.

/s/ Patricia Michaels
Patricia Michaels, BBO#642945)

Dated: November 10, 2006