# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM PARZIALE,<br><br>      *Plaintiff,*<br>v.<br><br>AMERICAN HERITAGE LIFE INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF THE ALLSTATE CORPORATION,<br><br>      *Defendant.* | Civil Action No. 04-11377-RBC |

## NOTICE PURSUANT TO LOCAL RULE 43.1(B)(2)

     Pursuant to Local Rule 43.1(B)(2), the Defendant, American Heritage Life Insurance Company, hereby gives notice that it intends to call Pearl Harrison and John Johnson as witnesses at trial on Tuesday, November 14, 2006, or after the close of Plaintiff's evidence.

     AMERICAN HERITAGE LIFE INSURANCE COMPANY,

     By its attorneys,

     /s/ Hobart F. Popick
     Jonathan I. Handler (BBO # 561475)
     Hobart F. Popick (BBO # 658763)
     DAY, BERRY & HOWARD LLP
     One International Place
     Boston, Massachusetts 02110

Dated: November 10, 2006     (617) 345-4600

## CERTIFICATE OF SERVICE

     I, Hobart F. Popick, hereby certify that on the 10th day of November, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, Massachusetts 02108.

     /s/ Hobart F. Popick
     Hobart F. Popick

51365526.1