# United States District Court
# District of Massachusetts

WILLIAM PARZIALE,
    Plaintiff,

v.                              CIVIL ACTION NO. 04-11377-RBC

AMERICAN HERITAGE LIFE
    INSURANCE COMPANY,
    Defendant.

## *JURY VERDICT*

1. Has the defendant, American Heritage Life Insurance Company ("AHL"), proven by a preponderance of the evidence that Maryann Veronesi made a wilfully false, fraudulent, or misleading statement to AHL when she responded "no" to Question No. 14, Part 2(a) on her application for the life insurance policy which read: "[h]as any person to be insured been examined or treated at a hospital or other medical facility (within last 5 years) or are they currently under the care of a doctor?"

   Answer: _____YES_____ (Yes or No)

2.  Has the defendant, American Heritage Life Insurance Company ("AHL"), proven by a preponderance of the evidence that Maryann Veronesi made a wilfully false, fraudulent, or misleading statement to AHL when she responded "no" to Question No. 14, Part 2(b) on her application for the life insurance policy which read: "[h]as any person to be insured ...been advised to have or contemplate having any diagnostic test, treatment or surgery?"

    Answer: ___YES___ (Yes or No)

                                                    *Christopher D. Vaughn*
                                                    Foreperson of the Jury

November 14, 2006.