# United States District Court
# District of Massachusetts

WILLIAM PARZIALE,
        Plaintiff,

v.                      CIVIL ACTION NO. 2004-11377-RBC

AMERICAN HERITAGE LIFE
     INSURANCE COMPANY,
        A Wholly Owned Subsidiary
        of the Allstate Corporation,
        Defendant.

## *JUDGMENT*

COLLINGS, U.S.M.J.

    The case came on for jury trial before the Court, the Honorable Robert B. Collings, United States Magistrate Judge, presiding. The jury having rendered its verdict on November 14, 2006,

    IT IS ORDERED AND ADJUDGED:

        JUDGMENT for the defendant on Counts I and II of the Amended Complaint.

        JUDGMENT dismissing Counts III, IV, V and VI of the Amended Complaint.

The defendant shall recover its costs.

                                                      SARAH ALLISON THORNTON
                                                      Clerk of Court

                                        By: /s/ Kathleen Dolan
                                                      Kathleen Dolan
                                                      Deputy Clerk

Dated at Boston, Massachusetts
this 16th day of November, 2006.