## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM PARZIALE, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No. 04-11377-RBC |
| AMERICAN HERITAGE LIFE INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF THE ALLSTATE CORPORATION, | ) ) ) ) ) ) | |
| *Defendant.* | ) ) | |

### ASSENTED-TO MOTION TO PLACE FILING UNDER SEAL

Defendant American Heritage Life Insurance Company ("AHL") hereby submits its Assented-To Motion To Place Filing Under Seal (the "Motion") requesting that the Court place AHL's November 12, 2006 Emergency Motion to Supplement the Exhibit List (filing No. 62 on the Docket) and all exhibits attached thereto (the "Emergency Motion") under seal. As grounds for this Motion, AHL states as follows:

1.    On November 12, 2006, AHL filed the Emergency Motion, seeking to supplement the exhibit list with certain documents related to a disability insurance application Plaintiff William Parziale ("Parziale") submitted to AHL in August 2000.

2.    Before trial commenced on November 13, 2006, the Court heard argument from the parties regarding the Emergency Motion. Counsel for Parziale raised the concern that, among other things, if the Emergency Motion were allowed, personal information pertaining to Parziale would be disclosed. The Court denied the Emergency Motion; however, the Emergency Motion remains on file with the Court.

3. Accordingly, AHL respectfully requests that the Court allow the Motion and that the Court direct the Clerk to place the Emergency Motion and all exhibits attached thereto under seal. Counsel for Parziale has assented to the Motion.

WHEREFORE, American Heritage Life Insurance Company hereby respectfully requests that the Court ALLOW the Assented-To Motion To Place Filing Under Seal.

Respectfully submitted,

AMERICAN HERITAGE LIFE INSURANCE COMPANY,

By its attorneys,

/s/ Hobart F. Popick
Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
One International Place
Boston, Massachusetts 02110
(617) 345-4600

Dated: November 16, 2006

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (A)(2)

Pursuant to Local Rule 7.1 (A)(2), I, Hobart F. Popick, Counsel for the Defendant American Heritage Life Insurance Company, hereby certify that on November 15, 2006, I conferred with Patricia Michaels, Esq., attorney for the Plaintiff, in a good faith attempt to resolve or narrow the issues raised by the Defendant's Motion to Place Filing Under Seal, filed herewith. Counsel for the Plaintiff assented to the Motion.

/s/ Hobart F. Popick
Hobart F. Popick

### CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 16th day of November, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, Massachusetts 02108.

/s/ Hobart F. Popick
Hobart F. Popick