UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **WILLIAM PARZIALE,** | ) | CIVIL ACTION |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | No. 04-11377-RBC |
| | ) | |
| **AMERICAN HERITAGE LIFE** | ) | |
| **INSURANCE COMPANY, A** | ) | |
| **WHOLLY OWNED SUBSIDIARY** | ) | |
| **OF THE ALLSTATE CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF WILLIAM PARZIALE'S MOTION FOR
JUDGMENT AS A MATTER OF LAW
AT THE CLOSE OF ALL EVIDENCE**

Plaintiff, William Parziale (Parziale), pursuant to Fed.R.Civ.P. 50 (a), moves for judgment as a matter of law on the ground that there is no legally sufficient evidentiary basis for a reasonable jury to find for the defendant under controlling law.

Parziale relies upon the memorandum annexed hereto and incorporated herein in support of this motion.

WILLIAM PARZIALE,
By his attorney,

Patricia Michaels, Esq.
LAW OFFICE OF PATRICIA MICHAELS
10 Tremont Street, 4th Floor
Boston, Massachusetts 02108
(617) 227-1550
BBO# 642945

11/14/06
N. Russo

Dated: November 13, 2006