UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **WILLIAM PARZIALE,** | ) | CIVIL ACTION |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | No. 04-11377-RBC |
| | ) | |
| **AMERICAN HERITAGE LIFE** | ) | |
| **INSURANCE COMPANY, A** | ) | |
| **WHOLLY OWNED SUBSIDIARY** | ) | |
| **OF THE ALLSTATE CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
FOR JUDGMENT AS A MATTER OF LAW**

**STATEMENT OF FACTS**

This case concerns a life insurance policy issued by the defendant American Heritage Life Insurance Company, a Wholly Owned Subsidiary of the Allstate Corporation (AHL) on the life of Maryann Veronesi (Veronesi). The effective date of the policy was July 25, 2001. The policy was issued without a medical exam. Veronesi died on March 4, 2002. The plaintiff, William Parziale, Ms. Veronesi's fiancé and the beneficiary of the policy, submitted a claim for the death benefit payable under the policy to AHL. AHL denied the claim asserting Veronesi failed to correctly answer the questions on the application. In light of all of the evidence presented, plaintiff now moves for judgment as a matter of law because there is no evidence that the statements made by Veronesi on the application for insurance were wilfully false, fraudulent or misleading.

**ISSUE OF LAW**

> **Whether as a matter of law there is any legally sufficient evidentiary basis for a reasonable jury to find for the defendant under controlling law.**

## STATEMENT OF LEGAL ELEMENTS

"In any claim arising under a policy issued in the Commonwealth by any life insurance company, without a previous medical examination, the statements made in the application as to the age, physical condition and family history of the insured shall be held to be valid and binding on the company; but the company shall not be debarred from proving as a defense to such claim that said statements were willfully false, fraudulent or misleading."
M.G.L. c. 175, § 124.

## SUMMARY OF EVIDENCE PRESENTED

Robert Ehrlich testified that the application for the life insurance policy at issue was completed on or before July 25, 2001; that the application could have laid on his desk for two, three or four days before he put the date on the application and mailed it to AHL; that there was no medical exam required; that he gave no instructions to Maryann Veronesi as to how she should complete any part of the application; that the application itself states that the applicant should exclude information pertaining to minor injuries, cold, flu, etc.; and that Maryann Veronesi did not ask any questions of Ehrlich as she was completing the application.

Dr. Joseph Rothchild testified that he was not Maryann Veronesi's primary care physician; that he did not speak with Veronesi after seeing her one time, and one time only, on July 12, 2001; that he was aware of her history on mononucleosis; that the chest x-ray was ordered by his resident, Dr. Bilello on July 12, 2001; that it was not taken until July 13, 2001 and was not read until July 17, 2001; that he does not know whether Dr. Bilello ever even received a copy of the radiology report; that it would be Dr. Bilello's responsibility to contact Veronesi to discuss the results of the x-ray; that there is no record of any such contact; and that there is no record of a CT-scan having been scheduled for Veronesi.

Dr. Christina Williamson testified that it is her belief that the CT scan performed in the emergency room on July 25, 2001 was ordered by the emergency room physician because of Veronesi's presenting symptoms when she arrived at the emergency room on the evening of July 25, 2001; that the information contained in her records presumably came from the medical record itself; that the treatment plan written by Dr. Bilello did not include a CT scan; and that the

CT scan is a diagnostic procedure which is ordered by a physician; and that the CT scan performed on July 25, 2001 was ordered by the emergency room physician on that date.

There is simply no evidence that Veronesi made any misrepresentation in her application for the life insurance policy.

**ARGUMENT**

> **Although granting judgment as a matter of law to the plaintiff is unusual, due to the nature of this case and applicable Massachusetts statute, the defendant has the burden of proving that the statements contained on the application for the life insurance policy were wilfully false, fraudulent or misleading. The defendant has failed to meet its burden and the plaintiff is entitled to judgment as a matter of law.**

While a motion for judgment as a matter of law is usually presented by the defendant, this case is unique in that it is the defendant who bears the burden of proving that the statements contained in Veronesi's application for life insurance were wilfully false, fraudulent or misleading. In light of this fact, the within motion for judgment as a matter of law is appropriate. "The trial court properly directed judgment as a matter of law in a FELA case on the issue of contributory negligence because under the "rescue doctrine," a worker who saves a negligent co-worker is not subject to comparative fault;" *Wharf v. Burlington Northern R.R. Co.*, C.A. 9th, 1994, 43 F.3d 443 (1995).

Judgment as a matter of law is usually brought against the party asserting a claim when a claimant has failed to discharge its burden of proof imposed under the law. Some jurisdictions provide that this is the only circumstance in which a motion for judgment as a matter of law may be granted. There is no such restriction in the federal courts. "When, on the trial of the issues of fact in an action at law before a federal court and a jury, the evidence, with all the inferences that justifiably could be drawn from it, does not constitute a sufficient basis for a verdict for the plaintiff or the defendant, as the case may be, so that such a verdict, if returned, would have to be set aside, the court may and should direct a verdict for the other party." *Slocum v. New York Life Ins. Co.,* , 228 U.S. 364, 369 (1913), 33 S.Ct. 523, 525. "The standard for granting judgment as a matter of law for the claimant is similar to granting judgment as a matter of law against the claimant. The court must consider whether reasonable minds could differ." *Federal Rules of Civil Procedure*, Wright & Miller, Vol. 9A, § 2535 (1994).

"Imposing a higher burden of proof on a life insurer when it contests a policy issued without a medical examination than when it contests a policy issued after a medical examination is the purpose of the statute which makes statements in the application for a policy issued without previous medical examination binding on the insurer, but allows a defense that the statements were wilfully false, fraudulent and misleading." *Robinson v. Prudential Insurance Company of America,* 56 Mass.App.Ct. 244 (2002), 776 N.E.2d 458. "If a policy is issued without a medical examination, the insurer must show that the "statements were wilfully false, fraudulent or misleading." *Id.* at 246.

Veronesi did not inform the insurance company that she had had a urinary tract infection and soon thereafter developed pyelonephritis, a common result of a urinary tract infection, nor did she convey her belief that she thought she had mononucleosis, a belief supported by her past experience with mononucleosis and her symptoms – shortness of breath, headache, fatigue, chest pain, sore throat. (See Exhibit A). With the benefit of hindsight, we now know Veronesi was gravely ill – however, there is no evidence that, at that time, she was aware of her unfortunate circumstances. The insurance company has produced no evidence to the contrary and cannot and should not be allowed to rely upon hindsight in order to avoid payment under the life insurance policy issued to Veronesi.

WHEREFORE, plaintiff Parziale respectfully requests that the Court grant him judgment as a matter of law and award him fees and costs associated with bringing this action as well as treble damages, pursuant to M.G.L.c. 93A, because defendant knew or should have known that Veronesi did not make any statements that were wilfully false, fraudulent or misleading and therefore unfairly refused to pay the proceeds of policy the should have been paid to Parziale.

                                WILLIAM PARZIALE,
                                By his attorney,


                                _____
                                Patricia Michaels, Esq.
                                LAW OFFICE OF PATRICIA MICHAELS
                                10 Tremont Street, 4th Floor
                                Boston, MA 02108
                                (617) 227-1550
Dated: November 13, 2006        BBO # 642945




Entry Look Up | Search | Contents | Appendix | History

Find a dictionary **main entry** or *sub entry*.

[urinary tract infection] GO

- urinary tract infection
- urinate
- urination
- urine
- *urine osmolality*
- *uriniferous tubule*
- urino-
- urinogenital
- urinology
- urinoma
- urinometer
- urinophil
- urinose
- *urinous abscess*
- *urinous infiltration*
- *urinous sweating*
- uriposia
- uro-
- uroammoniac
- urobilin
- urobilinemia
- urobilinicterus
- urobilinogen
- urobilinogenemia
- urobilinuria
- urocele
- urochesia
- urochrome
- urocyanin
- urocyanogen
- urocyanosis
- urodynamics
- urodynia
- uroerythrin
- uroflavin
- uroflow
- uroflowmeter
- urofuscin
- urofuscohematin
- urogastrone
- urogenital

**urinary tract infection** (UTI)
Infection of the kidneys, ureters, or bladder by microorganisms that either ascend from the urethra (95% of cases) or that spread to the kidney from the bloodstream (5%). About 7 million American patients visit health care providers each year because of UTIs. These infections commonly occur in otherwise healthy women, men with prostatic hypertrophy or bladder outlet obstruction, children with congenital anatomical abnormalities of the urinary tract, and patients with indwelling bladder catheters. SEE: *clean-catch method*; *cystitis*; *pyelonephritis*; *urethritis*

ETIOLOGY: *Escherichia coli* causes about 80% of all UTIs. In young women, *Staphylococcus saprophyticus* is also common. In men with prostate disease, enterococci are often responsible. The small remaining percentage of infections may be caused by *Klebsiella* species, *Proteus mirabilis*, *Staphylococcus aureus*, *Pseudomonas aeruginosa*, or other virulent organisms.

SYMPTOMS: The presenting symptoms of UTI vary enormously. Young patients with bladder infections may have pain with urination; urinary frequency or urgency, or both; pelvic or suprapubic discomfort; low-grade fevers; or a change in the appearance or odor of their urine. Older patients may present with fever, confusion, or coma caused by urosepsis. Patients with pyelonephritis often complain of flank pain, prostration, nausea, vomiting, and high fevers. UTI may also be asymptomatic, esp. during pregnancy. Asymptomatic UTI during pregnancy is a contributing factor to maternal pyelonephritis, or fetal

**cystitis** (sĭs-tī'tĭs) [Gr. *kystis*, bladder, + *itis*, inflammation] Bladder inflammation usually occurring as a result of a urinary tract infection. Associated organs (kidney, prostate, urethra) may be involved. This condition may be acute or chronic. SEE: Nursing Diagnoses Appendix

SYMPTOMS: Cystitis is marked by urinary urgency, frequency, and pain. Bladder spasms and perineal aching or fullness are also reported.

TREATMENT: Antibiotics are useful in treating the infection, but more definitive therapy is required if the basic cause is a kidney stone or a structural defect in the urinary tract such as obstruction.

PATIENT CARE: The patient is assessed for pain, burning, urinary frequency, bladder spasms, chills, and fever. The urinary bladder is palpated and percussed for distention. Volume and frequency of urinary output are monitored, and urine is inspected for cloudiness and gross hematuria. A clean-catch or catheterized specimen is sent to the laboratory for urinalysis and culture and sensitivity tests. Oral fluid intake is encouraged to dilute urine and to decrease pain on voiding. Heat is applied to the lower abdomen to decrease bladder spasms. Urinary antiseptics, analgesics, and antibiotics are administered and evaluated for therapeutic effectiveness and any adverse reactions. The patient is warned that urinary antiseptics such as phenazopyridine hydrochloride (Pyridium) will color the urine reddish orange and may stain fabric. The importance of follow-up urinalysis and culture testing to ensure that the cause of cystitis has been eliminated is emphasized.

*interstitial cystitis* A chronically painful inflammatory bladder condition, the etiology of which is often undetermined. It sometimes occurs as a result of exposure to drugs such as cyclophosphamide or ciprofloxacin but more often is idiopathic.

Most commonly, the disease is seen in women 30 to 70 years of age. The disease is not life-threatening, but the pain can make a patient's life intolerable. The most common symptoms are urinary frequency, nocturia, and suprapubic pain on bladder filling. There is no curative medical therapy, but hydraulic distention of the bladder, intravesical instillations, transcutaneous electrical nerve stimulation, and antidepressants, as well as a variety of alternative medicines, have been tried, with variable success. Some patients are treated with urinary diversion procedures or cystectomy. If these fail, the tricyclic antidepressant amitriptyline has been beneficial. Transcutaneous electrical nerve stimulation and intravesical heparin instillation have also been used.

Copyright 2005 by F. A. Davis Company




| Entry Look Up | Search | Contents | Appendix | History |

Find a dictionary **main entry** or *sub entry*.

[urinary tract infection] [GO]

- **urinary tract infection**
- urinate
- urination
- urine
- *urine osmolality*
- *uriniferous tubule*
- urino-
- urinogenital
- urinology
- urinoma
- urinometer
- urinophil
- urinose
- *urinous abscess*
- *urinous infiltration*
- *urinous sweating*
- uriposia
- uro-
- uroammoniac
- urobilin
- urobilinemia
- urobilinicterus
- urobilinogen
- urobilinogenemia
- urobilinuria
- urocele
- urochesia
- urochrome
- urocyanin
- urocyanogen
- urocyanosis
- urodynamics
- urodynia
- uroerythrin
- uroflavin
- uroflow
- uroflowmeter
- urofuscin
- urofuscohematin
- urogastrone
- urogenital

**pyelonephritis** (pī″ĕ-lō-nĕ-frī′tĭs)  [″ + *nephros*, kidney, + *itis*, inflammation] Inflammation of the kidney and renal pelvis, usually as a result of a bacterial infection that has ascended from the urinary bladder. SEE: Nursing Diagnoses Appendix

  ETIOLOGY: *Escherichia coli* is the responsible microbe in most cases. Cultures of urine and blood are obtained to guide therapy.

  SYMPTOMS: This condition is characterized by the sudden onset of chills and fever with dull pain in the flank over either or both kidneys. There is tenderness when the kidney is palpated. Usually there are signs of cystitis (i.e., pyuria, urgency with burning, and frequency of urination).

  TREATMENT: Antibiotics (e.g., fluoroquinolones, sulfa drugs, cephalosporins, or aminoglycosides) that effectively treat common urinary tract pathogens are administered, pending the results of cultures. Antiemetics are given to control nausea and vomiting. If patients are unable to take medications by mouth or if they have predisposing conditions (e.g., pregnancy or diabetes) that increase the likelihood of a bad outcome, they may be admitted to the hospital for observation, monitoring, and hydration.

  PROGNOSIS: The outcome depends on the character and virulence of the infection, accessory etiological factors, drainage of the kidney, presence or absence of complications, and general physical condition of the patient.

  PATIENT CARE: Antibiotics and antipyretics are administered as prescribed. The patient is encouraged to complete the full course of




| Entry Look Up | Search | Contents | Appendix | History |

Find a dictionary **main entry** or *sub entry*.

[mono] [GO]

Letter M
  monocyclic -- Mooren's ulcer
  mononucleosis

  • infectious mononucleosis

**mononucleosis** (mŏn-ō-nū″klē-ō′sĭs)  [″ + *nucleus*, kernel, + *osis*, condition]  Presence of an abnormally high number of mononuclear leukocytes in the blood. SEE: *illus*.

  **infectious mononucleosis**  An acute infectious disease caused by the Epstein-Barr virus (EBV), a member of the herpesvirus group. It is most common in the U.S. in persons between 15 and 25 years of age (i.e., in high school- and college-age adolescents and young adults); beyond that age, most persons are immune to EBV. The disease sometimes is referred to colloquially as the "kissing disease." SEE: *Epstein-Barr virus*; Nursing Diagnoses Appendix

  ETIOLOGY: The virus is transmitted in saliva and infects the epithelial cells of the oropharynx, nasopharynx, and salivary glands before spreading to lymphoid tissue (e.g., lymph nodes, spleen, liver) via infected B lymphocytes. The incubation period is 30 to 45 days.

  SYMPTOMS: Typically, infectious mononucleosis causes a sudden or gradual onset (7 to 14 days) of flulike symptoms, including a severe sore throat, fatigue, headache, chest pain, and myalgia. Findings include enlarged tender lymph nodes (lymphadenopathy), exudative tonsillitis, and an enlarged spleen. Leukocytosis with atypical lymphocytes are present. The infection usually lasts 2-4 weeks.

  Rarely, infectious mononucleosis is complicated by hemolytic anemia, hepatomegaly, jaundice, meningoencephalitis, or pneumonitis. In Africa, latent EBV infection may be associated with the development of Burkitt's lymphoma.

**mononucleosis** (mŏn-ō-nū″klē-ō′sĭs) [″ + *nucleus*, kernel, + *osis*, condition] Presence of an abnormally high number of mononuclear leukocytes in the blood. SEE: *illus*.

*infectious mononucleosis* An acute infectious disease caused by the Epstein-Barr virus (EBV), a member of the herpesvirus group. It is most common in the U.S. in persons between 15 and 25 years of age (i.e., in high school- and college-age adolescents and young adults); beyond that age, most persons are immune to EBV. The disease sometimes is referred to colloquially as the "kissing disease." SEE: *Epstein-Barr virus*; Nursing Diagnoses Appendix

ETIOLOGY: The virus is transmitted in saliva and infects the epithelial cells of the oropharynx, nasopharynx, and salivary glands before spreading to lymphoid tissue (e.g., lymph nodes, spleen, liver) via infected B lymphocytes. The incubation period is 30 to 45 days.

SYMPTOMS: Typically, infectious mononucleosis causes a sudden or gradual onset (7 to 14 days) of flulike symptoms, including a severe sore throat, fatigue, headache, chest pain, and myalgia. Findings include enlarged tender lymph nodes (lymphadenopathy), exudative tonsillitis, and an enlarged spleen. Leukocytosis with atypical lymphocytes are present. The infection usually lasts 2-4 weeks.

Rarely, infectious mononucleosis is complicated by hemolytic anemia, hepatomegaly, jaundice, meningoencephalitis, or pneumonitis. In Africa, latent EBV infection may be associated with the development of Burkitt's lymphoma.

DIAGNOSIS: The diagnosis of infectious mononucleosis is based on assessment of signs and symptoms, the presence of atypical lymphocytes and IgM antibodies in the blood, and a positive heterophil reaction with sheep red blood cells (Monospot test). Differential diagnoses include cytomegalovirus infection, cat scratch disease, *Toxoplasma gondii* infection, and the acute onset of infection with HIV.

TREATMENT: There is no specific therapy for infectious mononucleosis; NSAIDs are used to treat fever, headache, sore throat, and myalgias. Corticosteroids may be used for complications. Full recovery is usual.

PATIENT CARE: During the acute phase, the patient is encouraged to refrain from activity and to maintain adequate rest to reduce fatigue. Generally, patients may resume activity that does not involve heavy exertion after 1 to 2 weeks and their normal activity level in 4 to 6 weeks. If the spleen is enlarged, patients should avoid contact sports and not lift more than 10 lb until cleared by their health care provider to prevent traumatizing or rupturing the spleen.

Copyright 2005 by F. A. Davis Company

Skip navigation

# Medline
Trusted Health Information for You

A service of the U.S. NATIONAL L
and the NATIONAL IN

Search MedlinePlus                  About MedlinePlus | Site Ma

Home | Health Topics | Drugs & Supplements | Encyclopedia | Dictionary | News | Directories | Other Resources

## Medical Encyclopedia

Other encyclopedia topics: A-Ag  Ah-Ap  Aq-Az  B-Bk  Bl-Bz  C-Cg  Ch-Co  Cp-Cz  D-Di  Dj-Dz  E-Ep  Eq-Ez  F  G  H-Hf  Hg-Hz  I-In  Io-Iz  J  K  L-Ln  Lo-Lz  M-Mf  Mg-Mz  N  O  P-Pl  Pm-Pz  Q  R  S-Sh  Si-Sp  Sq-Sz  T-Tn  To-Tz  U  V  W  X  Y  Z  0-9

## Mononucleosis

Printer-friendly version    E-mail to a friend

**Contents of this page:**

- Illustrations
- Alternative names
- Definition
- Causes, incidence, and risk factors
- Symptoms
- Signs and tests
- Treatment
- Expectations (prognosis)
- Complications
- Calling your health care provider
- Prevention
- References

**Illustrations**


Mononucleosis, photomicrograph of cells


Mononucleosis, photomicrograph of cells


Infectious Mononucleosis #3


Acrodermatitis


Splenomegaly


Infectious mononucleosis


Mononucleosis, photomicrograph of cell


Gianotti-Crosti syndrome on the leg


Mononucleosis - view of the throat


Mononucleosis - mouth


Antibodies

**Alternative names**    *Return to top*

Infectious mononucleosis; Mono; Kissing disease; Epstein-Barr viral syndrome

**Definition**    *Return to top*

Mononucleosis is a viral infection causing fevers, sore throat, and swollen lymph glands, especially in the