## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM PARZIALE,                                )<br><br>*Plaintiff,*                                )<br><br>v.                                )<br><br>AMERICAN HERITAGE LIFE INSURANCE )<br>COMPANY, A WHOLLY OWNED        )<br>SUBSIDIARY OF THE ALLSTATE        )<br>CORPORATION,                                )<br><br>*Defendant.*                                ) | Civil Action No. 04-11377-RBC |

## DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS

Pursuant to Rule 51 of the Federal Rules of Civil Procedure, and in light of the evidence adduced at trial, the Defendant, American Heritage Life Insurance Company ("AHL"), respectfully submits the following supplemental proposed jury instructions.

Respectfully submitted,

AMERICAN HERITAGE LIFE INSURANCE COMPANY,

By its attorneys,

11/14/06

N. Russo

Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
One International Place
Boston, Massachusetts 02110
(617) 345-4600

Dated: November 14, 2006

51365780.1

**EFFECT OF SIGNING A DOCUMENT**

The law presumes that a person who signs a document knows and understands the

contents of that document.


Dobija v. Hopey, 353 Mass. 600, 603 (1968)
Hull v. Attleboro Savings Bank, 33 Mass. App. Ct. 18, 24 (1992)
Sullivan v. Manhattan Life Insurance Company of New York, 626 F.2d 1080, 1082 (1st Cir.
1980)


## CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 14th day of November, 2006, I served the
foregoing by hand upon Plaintiff's counsel: Patricia Michaels, Esq., 10 Tremont St., 4th Floor,
Boston, Massachusetts 02108.

_____
Hobart F. Popick