AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of Massachusetts

William Parziale

V.

American Heritage Life Insurance Company

## BILL OF COSTS

Case Number: 04-11377-RBC

Judgment having been entered in the above entitled action on 11/16/2006 (Date) against Plaintiff William Parziale, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 191.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,032.30 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 2,457.69 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 1,104.57 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 4,785.56 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: [signature]

Name of Attorney: Hobart F. Popick (BBO # 658763)

For: American Heritage Life Insurance Company (Name of Claiming Party) Date: 12/27/2006

Costs are taxed in the amount of ____________ and included in the judgment.

____________ Clerk of Court By: ____________ Deputy Clerk ____________ Date

# UNITED STATES DISTRICT COURT

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| John J. Johnson, Jacksonville, Florida | 3 | 120.0( | 3 | 696.0( | | 406.6( | $1,222.60 |
| Kayte Pearl Harrison, Jacksonville, Florida | 3 | 120.0( | 3 | 696.0( | | 419.0( | $1,235.09 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $2,457.69 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

***Parziale v. American Heritage*** **- Itemization and Documentation for Requested Costs**

**Fees for service of summons and subpoena**

| | |
|---|---|
| Service of subpoena upon Dr. J. Rothchild (see Ex. A.) | $ 81.00 |
| Service of subpoena upon R. Ehrlich (incl. witness fee) (see Ex. A.) | $ 110.00 |
| **Total fees for service of summons and subpoena** | **$ 191.00** |

**Fees for the court reporter for transcript obtained for use in the case**

| | |
|---|---|
| Parziale transcript (see Ex. B.) | $ 516.75 |
| Ehrlich transcript (see Ex. C.) | $ 354.25 |
| Rothchild transcript (See Ex. D.) | $ 93.60 |
| Williamson transcript (See Ex. D.) | $ 67.70 |
| **Total fees for court reporter** | **$ 1,032.30** |

**Fees for witnesses**

| | |
|---|---|
| John Johnson attendance (3 days x $40/day) | $ 120.00 |
| John Johnson subsistence (3 days @ GSA Rate of $232/day) (see Ex. E.) | $ 696.00 |
| John Johnson mileage ($120.00 + $277.60 + $9.00) (see Exhibit F.) | $ 406.60 |
| *John Johnson total* | *$ 1,222.60* |
| | |
| K. Pearl Harrison attendance (3 days x $40/day) | $ 120.00 |
| K. Pearl Harrison subsistence (3 days @ GSA Rate of $232/day) (see Ex. G.) | $ 696.00 |
| K. Pearl Harrison mileage ($229.09 + $179 + $11.00) (See Exhibit H.) | $ 419.09 |
| *K. Pearl Harrison total* | *$ 1,235.09* |
| | |
| **Total fees for witnesses** | **$ 2,457.69** |

**Fees for exemplification and copies**

| | |
|---|---|
| Dr. Rothchild's records of treatment of Ms. Veronesi (see Exhibit I.) | $ 235.10 |
| Exhibit binders for jury (see Exhibit J.) | $ 869.47 |
| **Total fees for exemplification and copies** | **$ 1,104.57** |

| | |
|---|---|
| **Grand Total** | **$ 4,785.56** |

# EXHIBIT A

# Invoice

Invoice Number:
54539
Invoice Date:
Feb 16, 2005
Page:
1

**Suvalle, Jodrey & Associates**
**One Devonshire Place**
**Boston, MA 02109**

Voice: 617-720-5733
Fax: 617-720-5737

Please pay
# 001772-00000
H. Popick/caa
2-18-05

Bill To:

Day, Berry & Howard
H. Popick
260 Franklin Street
Boston, MA 02110

Federal ID: 04-2647543

| Customer ID | | Payment Terms |
|---|---|---|
| Day | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Dr. Joseph Rothchild, Burl. (2tr) | 81.00 | 81.00 |
| 1.00 | Summons | Karin oullette | 85.00 | 85.00 |
| 1.00 | Fees Advanced | Uxbridge (fed) | 60.00 | 60.00 |
| 1.00 | Summons | Robert [illegible] | 65.00 | 65.00 |
| 1.00 | Fees Advanced | Arl. (fed) | 45.00 | 45.00 |
| | | CASE: W. PARZIALE VS. AMERICAN HERITAGE LIFE INS. | | |

SESSION # 23/00
DATE 2/23/05 INIT. MXL
VENDOR # 00922 NO.
INV. # 54539
G/L # 001772-00000
Code 59
S&U ________ TMKPR 2551
DATE DUE ________

[stamp] FEB 2 2 2005

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 336.00 |
| Sales Tax | |
| Total Invoice Amount | 336.00 |

# EXHIBIT B

# INVOICE

KACZYNSKI REPORTING
72 CHANDLER STREET, SUITE 3
BOSTON, MASSACHUSETTS 02116
(617) 426-6060

HOBART F. POPICK, ESQ.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110

Date: 3/17/05
Due Date: 4/17/05
NET TERM: 30 Days
INVOICE # 05-144
PAID: 3/23/05

---

William Parziale v. American Heritage Life Insurance Company, et al.

Deposition of William P. Parziale

| | |
|---|---|
| Date Taken: 3/9/05 | |
| Pages: 157 @ $3.25 per page (original) | $510.25 |
| Condensed Transcript and 3.5" ASCII | N/C |
| Delivery Charge | $6.50 |

---

**TOTAL AMOUNT DUE: $516.75**

---

MAKE CHECK PAYABLE TO MICHELLE KACZYNSKI
FEDERAL I.D. NUMBER #04-353-6004

**Please tear off stub and return with payment.**

| Invoice No. | Amount Due: | Mail to: |
|---|---|---|
| 05-144 | $516.75 | Kaczynski Reporting<br>72 Chandler Street<br>Suite 3<br>Boston, MA 02116 |

# EXHIBIT C

# INVOICE

KACZYNSKI REPORTING
72 CHANDLER STREET, SUITE 3
BOSTON, MASSACHUSETTS 02116
(617) 426-6060

HOBART F. POPICK, ESQ.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110

Date: 3/31/05
Due Date: 4/30/05
NET TERM: 30 Days
INVOICE # 05-173
PAID: 5/2/05

---

William Parziale v. American Heritage Life Insurance Company, a wholly owned subsidiary of The Allstate Corporation
Deposition of Robert S. Ehrlich

| | |
|---|---|
| Date Taken: 3/22/05 | |
| Pages: 107 @ $3.25 per page (original) | $347.75 |
| Condensed Transcript and 3.5" ASCII | N/C |
| Delivery Charge | $6.50 |

**TOTAL AMOUNT DUE: $354.25**

MAKE CHECK PAYABLE TO MICHELLE KACZYNSKI
FEDERAL I.D. NUMBER #04-353-6004

Please tear off stub and return with payment.

| Invoice No. | Amount Due: | Mail to: |
|---|---|---|
| 05-173 | $354.25 | Kaczynski Reporting<br>72 Chandler Street<br>Suite 3<br>Boston, MA 02116 |

# EXHIBIT D

**DORIS O. WONG ASSOCIATES, INC.**
**PROFESSIONAL COURT REPORTERS**
***Since 1967***
**50 Franklin Street**
**Boston, Massachusetts 02110**
**Phone (617) 426-2432**
**Outside MA 1-800-546-WONG**
**Fax (617) 482-7813**

December 20, 2006

# FAX COVER SHEET

*Optical Disk Archiving*

*Min-U-Script with Word Index*

*Min-U-Script with Master Word Index*

*Discovery ZX*

*ASCII*

*e-transcript*

*Case Transcript Manager*

*Videotape Depositions*

*Expedited Delivery*

*Realtime / CaseView / LiveNote*

*Deposition Suites*

*Quality Service*

*Nationally Recognized for Excellence in Court Reporting*

TO: Day, Berry & Howard
One International Place
Boston, MA 02110

Attn: Cheryl Audonson

FAX: (617) 345-4745

FROM: Donna

NUMBER OF PAGES (INCLUDING COVER) 1

MESSAGES: Parziale v American Heritage Life Ins. Co.

The deposition of Joseph Rothchild, M.D. was 36 pages and at our regular nonexpedited copy page rate of $2.60 the total cost would have been $93.60.

The deposition of Christina Williamson, M.D. was 26 pages and at our regular nonexpedited copy page rate of $2.60 the total cost would have been $67.70.

Please do not hesitate to call me with any questions.

NOTE. If you do not receive legible copies of all pages, please call back as soon as possible.

Doris O.
WONG Associates, Inc.
Professional Court Reporters
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

# INVOICE

PAGE 1

COPY

#7 Parziale
Please pay
#001772-0000

DAYB01
ATT: HOBART POPICK, ESQ.
DAY, BERRY & HOWARD, LLP
ONE INTERNATIONAL PLACE
BOSTON MA 02110

PARZIALE V AMERICAN HERITAGE LIFE
INSURANCE COMPANY

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| PARZ02 | 04-11377-RBC | .0%/ 30 | 00076971 | 11/14/2006 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ASCII AND MIN-U-SCRIPT JOSEPH ROTHCHILD, M.D. | 10/24/06 | CHKI | | 1 | 65.00 | 65.00 |
| XEROXING OF EXHIBITS | 10/24/06 | CHKI | | 18 | .25 | 4.50 |
| ONE TRANSCRIPT-EXPEDITED JOSEPH ROTHCHILD, M.D. | 10/24/06 | CHKI | | 36 | 4.73 | 170.28 |
| ONE TRANSCRIPT-EXPEDITED CHRISTINA WILLIAMSON, M.D. | 10/25/06 | CHKI | | 26 | 5.13 | 133.38 |
| ASCII AND MIN-U-SCRIPT CHRISTINA WILLIAMSON, M.D. | 10/25/06 | CHKI | | 1 | 65.00 | 65.00 |
| HANDLING AND DELIVERY | 10/25/06 | | | | | 10.50 |

-------------
$448.66

SALES TAX .00

CALL TO RECEIVE YOUR COMPLIMENTARY PREMIUM PACKAGE

INVOICE TOTAL $448.66

Doris O. PAGE 1
WONG Associates, Inc.
Professional Court Reporters
50 Franklin Street
Boston, Massachusetts 02110

DAYB01

DAY, BERRY & HOWAR

INVOICE DATE
11/14/2006

INVOICE NO
00076971

RECEIVED
NOV 15 2006
DAY, BERRY & HOWARD

PLEASE REMIT THIS STUB WITH PAYMENT

$448.66

# EXHIBIT E



John Johnson

| | | | |
|---|---|---|---|
| Membership No. | PC | | |
| A/R Number | | | |
| Group Code | | | |
| Folio/Invoice No. | 1091238 | | |
| Room No. | 0717 | Page No. | 1 of 1 |
| Arrival | 11-11-06 | Cashier No. | 137 |
| Departure | 11-15-06 | User ID | |

www.hiselect.com/bos-government

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-11-06 | *Room | 229.95 | |
| 11-11-06 | Room Tax | 11.50 | |
| 11-11-06 | City Tax | 17.13 | |
| 11-12-06 | *Room | 229.95 | |
| 11-12-06 | Room Tax | 11.50 | |
| 11-12-06 | City Tax | 17.13 | |
| 11-13-06 | *Room | 229.95 | |
| 11-13-06 | Room Tax | 11.50 | |
| 11-13-06 | City Tax | 17.13 | |
| 11-14-06 | *Room | 229.95 | |
| 11-14-06 | Room Tax | 11.50 | |
| 11-14-06 | City Tax | 17.13 | |
| | **Total** | **1,034.32** | **0.00** |
| | **Balance** | **1,034.32** | |

Thank you for staying at Holiday Inn Select Government Center. Qualifying points for this stay will automatically be credited to your account. To make add

**Guest Signature:** ______________________

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**Holiday Inn Select Boston Government Center**
**5 Blossom Street**
**Boston, MA 02114**
**Telephone: (617) 742-7630 Fax: (617) 742-4192**

Redacted

# EXHIBIT F



October 26, 2006

For: JOHN L JOHNSON

To:

Sales Person: 45348
Locator:
Customer Number:

AIRFARE
JAX-BOSTON
$120.00

AIRFARE
BOSTON-JAX
$277.60
(177.60 + 100.00)

*****************************************************
** ELECTRONIC TICKETLESS RESERVATIONS RECEIPT **
** PRESENT 1 GOVT ISSUED PHOTO ID/DRIVERS LIC **
** WITH YOUR CONFIRMATION NUMBER AT CHECK-IN. **
** YOUR TICKETLESS CONFIRMATION NUMBER IS **
**
** IF TRIP IS CANCELLED OR TICKET IS NOT USED **
** PLEASE ADVISE THE TRAVEL OFFICE TO PROCESS **
** REFUNDS, EXCHANGES,OR VOID TICKETS. **
** TOTAL FARE AMOUNT USD154.60
*****************************************************

DUE TO HEIGHTENED AIRPORT SECURITY, WE RECOMMEND DOMESTIC TRAVELERS CHECK-IN AT LEAST 90 MINUTES PRIOR TO SCHEDULED DEPARTURE.
DOCUMENTS REQUIRED - PHOTO I.D. AND YOUR PAPER TICKET -OR- PRINTED E-TICKET RECEIPT.

**Saturday November 11, 2006**

US Airways — Flight Number: 916
Class Of Service:Coach Class K
Depart: Jacksonville, FL — 05:00PM November 11, 2006
Arrive: Philadelphia, PA — 07:03PM November 11, 2006
Total Flight Time: 2 Hours 3 Minutes Non-Stop
Equipment: Airbus Industrie 320
Meal Service: Available For Purchase
Status: Confirmed — Confirmation Number: FJHKFC
Reserved Seat: JOHNSON/JOHN L 22F
ARR-TERMINAL B

**Saturday November 11, 2006**

US Airways — Flight Number: 1036
Class Of Service:Coach Class K
Depart: Philadelphia, PA — 08:30PM November 11, 2006
Arrive: Boston, MA — 10:00PM November 11, 2006
Total Flight Time: 1 Hour 30 Minutes Non-Stop
Equipment: Boeing 757
Meal Service: None
Status: Confirmed — Confirmation Number: FJHKFC
Reserved Seat: JOHNSON/JOHN L 13A
DEP-TERMINAL B ARR-TERMINAL B

Redacted

Thursday May 10, 2007

Other Service
May 10, 2007 - May 10, 2007
INFO/THANK YOU FOR CHOOSING CARLSON WAGONLIT TRAVEL

**:. SEE NOTES SECTION BELOW FOR ADDITIONAL INFORMATION ..**
IF TRAVELING WITH A LAPTOP, REMEMBER TO KEEP IT WITH
YOU AT ALL TIMES AND DO NOT MAKE IT HIGHLY VISIBLE
TO OTHERS. IF YOUR LAPTOP BECOMES LOST OR STOLEN,
CONTACT YOUR MANAGER IMMEDIATELY.
**************************************************
PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY
AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF
THIS TRANSACTION, AS SET FORTH IN AGENT'S WEBSITE AT
WWW.TQ3NAVIGANT.COM/BASE/TERMSCONDITIONS-ITIN.ASPX
DEDICATED BUSINESS HOURS OF OPERATION ARE FROM
700AM - 600PM MONDAY - FRIDAY CENTRAL STANDARD TIME
24 HOUR PHONE NUMBER 1-800-326-6488
FOR CUSTOMER SERVICE MATTERS PLEASE EMAIL US AT
ALLSTATECUSTOMERSERVICE*AT* TQ3NAVIGANT.COM
STNDBY/CHANGE FEE/NO RFND/CXL BY FLT DT/
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.TSA.GOV
******** EXCHANGE TICKET INFORMATION ********
PRIMARY ORIG TKT NBR ( JUL06
OLD TICKET/S - TOTAL AMT .............. 134.60
NEW TICKET/S - TOTAL AMT .............. 154.60
AIRLINE PENALTY/REISSUE FEES .......... 100.00
ADDITIONAL AMOUNT CHARGED ............. 120.00
**********************************************

154.60
- 134.60 (credit)
20.00
+100.00
120.00

---------- NON-REFUNDABLE TICKET ALERT ----------
-YOUR ITINERARY INCLUDES A NON-REFUNDABLE TICKET.
-CHANGES MAY BE SUBJECT TO RESTRICTIONS AND PENALTIES.
-IF YOU WILL NOT BE TRAVELING ON THIS TICKET PLEASE
-CONTACT YOUR TRAVEL CONSULTANT PRIOR TO SCHEDULED
-DEPARTURE OR TICKET WILL LOSE ALL VALUE.

Notes:
THIS IS AN ELECTRONIC TRANSACTION. PLEASE SHOW PHOTO
ID TO RECEIVE BOARDING PASS. AIR TRANSPORTATION IS
SUBJECT TO INDIVIDUAL CONTRACT TERMS OF TRANSPORTING
CARRIER. TERMS AND CONDITIONS MAY BE OBTAINED FROM CARRIER.

Redacted



November 14, 2006

For: JOHN L JOHNSON

To:

Sales Person: 45348
Locator:
Customer Number:

**************************************************
** ELECTRONIC TICKETLESS RESERVATIONS RECEIPT **
** PRESENT 1 GOVT ISSUED PHOTO ID/DRIVERS LIC **
** WITH YOUR CONFIRMATION NUMBER AT CHECK-IN. **
** YOUR TICKETLESS CONFIRMATION NUMBER IS **
** **
** IF TRIP IS CANCELLED OR TICKET IS NOT USED **
** PLEASE ADVISE THE TRAVEL OFFICE TO PROCESS **
** REFUNDS, EXCHANGES,OR VOID TICKETS. **
** TOTAL FARE AMOUNT USD177.60
**************************************************

DUE TO HEIGHTENED AIRPORT SECURITY, WE RECOMMEND DOMESTIC TRAVELERS CHECK-IN AT LEAST 90 MINUTES PRIOR TO SCHEDULED DEPARTURE.
DOCUMENTS REQUIRED - PHOTO I.D. AND YOUR PAPER TICKET -OR- PRINTED E-TICKET RECEIPT.

**Wednesday November 15, 2006**

US Airways — Flight Number: 721
Class Of Service:Coach Class K
Depart: Boston, MA — 08:00AM November 15, 2006
Arrive: Charlotte, NC — 10:23AM November 15, 2006
Total Flight Time: — 2 Hours 23 Minutes Non-Stop
Equipment: Boeing 757
Meal Service: None
Status: Confirmed — Confirmation Number: JZLURK
DEP-TERMINAL B
SEAT AIRPORT CHECK IN ONLY

**Wednesday November 15, 2006**

US Airways — Flight Number: 945
Class Of Service:Coach Class K
Depart: Charlotte, NC — 11:30AM November 15, 2006
Arrive: Jacksonville, FL — 12:51PM November 15, 2006
Total Flight Time: — 1 Hour 21 Minutes Non-Stop
Equipment: Boeing 737-400
Meal Service: None
Status: Confirmed — Confirmation Number: JZLURK
SEAT AIRPORT CHECK IN ONLY

Redacted

Amount $ 9.00 Cab. No. __________

**Cab Company**

Cab Fare from Courthouse

to Holiday Inn Select

Date 11/14/06

RECEIVED PAYMENT

__________________

DRIVER'S NAME

# EXHIBIT G



Holiday Inn
SELECT

Kayte Harrison

Membership No. PC
A/R Number
Group Code
Folio/Invoice No. 1091224

Room No. 0511
Arrival 11-11-06
Departure 11-15-06

Page No. 1 of 1
Cashier No. 121
User ID

**www.hiselect.com/bos-government**

| Date | | Description | Charges | Credits |
|---|---|---|---|---|
| 11-11-06 | *Room | | 229.95 | |
| 11-11-06 | Room Tax | | 11.50 | |
| 11-11-06 | City Tax | | 17.13 | |
| 11-12-06 | *Room | | 229.95 | |
| 11-12-06 | Room Tax | | 11.50 | |
| 11-12-06 | City Tax | | 17.13 | |
| 11-13-06 | *Room | | 229.95 | |
| 11-13-06 | Room Tax | | 11.50 | |
| 11-13-06 | City Tax | | 17.13 | |
| 11-14-06 | *Room | | 229.95 | |
| 11-14-06 | Room Tax | | 11.50 | |
| 11-14-06 | City Tax | | 17.13 | |
| 11-15-06 | MasterCard | XXXXXXXXXXXX3539 | | 1,034.32 |
| | | **Total** | **1,034.32** | **1,034.32** |
| | | **Balance** | **0.00** | |

Thank you for staying at Holiday Inn Select Government Center. Qualifying points for this stay will automatically be credited to your account. To make add

**Guest Signature:** ______________________________

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Select Boston Government Center
5 Blossom Street
Boston, MA 02114
Telephone: (617) 742-7630 Fax: (617) 742-4192

Redacted

# EXHIBIT H



November 14, 2006

For: KAYTE P HARRISON

To:

Sales Person: 45376

Locator:

Customer Number:

******** EXCHANGE TICKET INFORMATION **********
PRIMARY ORIG TKT NBR 0067773794038 ISSD 26JUL06
OLD TICKET/S - TOTAL AMT .............. 129.30
NEW TICKET/S - TOTAL AMT .............. 308.39
AIRLINE PENALTY/REISSUE FEES .......... 50.00
ADDITIONAL AMOUNT CHARGED ............ 229.09
***********************************************

Airfare Jax - Boston
$ 229.09

******** EXCHANGE TICKET INFORMATION **********
PRIMARY ORIG TKT NBR ) 26JUL06
OLD TICKET/S - TOTAL AMT .............. 218.60
NEW TICKET/S - TOTAL AMT .............. 297.60
AIRLINE PENALTY/REISSUE FEES .......... 100.00
ADDITIONAL AMOUNT CHARGED ............ 179.00
***********************************************

Airfare Boston - Jax
$ 179.00

**Wednesday November 15, 2006**

United Airlines
Class Of Service:Coach Class H
Depart: Boston, MA
Arrive: Charlotte, NC
Total Flight Time:
Equipment: Boeing 757
Meal Service: None
Status: Confirmed
DEP-TERMINAL B
*BOS-CLT OPERATED BY US AIRWAYS
BOS-CLT CHECK-IN WITH US AIRWAYS
STAR ALLIANCE
SEAT AIRPORT CHECK IN ONLY

Flight Number: 2314

08:00AM November 15, 2006
10:23AM November 15, 2006
2 Hours 23 Minutes Non-Stop

Confirmation Number: LK4022

Redacted

**Wednesday November 15, 2006**

United Airlines
Class Of Service:Coach Class H
Depart: Charlotte, NC
Arrive: Jacksonville, FL
Total Flight Time:
Equipment: Boeing 737-400
Meal Service: None
Status: Confirmed
*CLT-JAX OPERATED BY US AIRWAYS
CLT-JAX CHECK-IN WITH US AIRWAYS
STAR ALLIANCE
SEAT AIRPORT CHECK IN ONLY

Flight Number: 2647

11:30AM November 15, 2006
12:51PM November 15, 2006
1 Hour 21 Minutes Non-Stop

Confirmation Number: LK4022

**Wednesday May 16, 2007**

Other Service
May 16, 2007 - May 16, 2007
INFO/THANK YOU FOR CHOOSING CARLSON WAGONLIT TRAVEL



**.. SEE NOTES SECTION BELOW FOR ADDITIONAL INFORMATION ..**

IF TRAVELING WITH A LAPTOP, REMEMBER TO KEEP IT WITH YOU AT ALL TIMES AND DO NOT MAKE IT HIGHLY VISIBLE TO OTHERS. IF YOUR LAPTOP BECOMES LOST OR STOLEN, CONTACT YOUR MANAGER IMMEDIATELY.

**************************************************

PLEASE NOTE-EACH TRAVELER LISTED IN THIS ITINERARY AGREES TO THE TERMS AND CONDITIONS WHICH ARE PART OF THIS TRANSACTION, AS SET FORTH IN AGENT'S WEBSITE AT WWW.TQ3NAVIGANT.COM/BASE/TERMSCONDITIONS-ITIN.ASPX

DEDICATED BUSINESS HOURS OF OPERATION ARE FROM 700AM - 600PM MONDAY - FRIDAY CENTRAL STANDARD TIME

24 HOUR PHONE NUMBER 1-800-326-6488

FOR CUSTOMER SERVICE MATTERS PLEASE EMAIL US AT ALLSTATECUSTOMERSERVICE *AT* TQ3NAVIGANT.COM

———— NON-REFUNDABLE TICKET ALERT ————

-YOUR ITINERARY INCLUDES A NON-REFUNDABLE TICKET.
-CHANGES MAY BE SUBJECT TO RESTRICTIONS AND PENALTIES.
-IF YOU WILL NOT BE TRAVELING ON THIS TICKET PLEASE
-CONTACT YOUR TRAVEL CONSULTANT PRIOR TO SCHEDULED
-DEPARTURE OR TICKET WILL LOSE ALL VALUE.

————————————————

FOR THE MOST CURRENT INFORMATION ON AIRPORT SECURITY PLEASE CHECK WWW.TSA.GOV

******** EXCHANGE TICKET INFORMATION ********

PRIMARY ORIG TKT NBR : ISSD 25OCT06
OLD TICKET/S - TOTAL AMT .............. 297.60
NEW TICKET/S - TOTAL AMT .............. 348.10
AIRLINE PENALTY/REISSUE FEES .......... 100.00
ADDITIONAL AMOUNT CHARGED ............. 150.50

**************************************************

Redacted

**MetroCab**

Customer Receipt

617 782-5500
84 Braintree St., Boston, MA 02134
www.metro-cab.com

| | |
|---|---|
| FARE | $8.00 |
| TIP | 3.00 |
| TOTAL | $11.00 |

DATE 11/14/06 TIME 7:00PM

From: Court House

To: Home

Driver:

Hack Lic. No.: Cab No.:

- Airport Service
- Courier Service
- Business Acct. Available
- Handicapped Vehicles Available
- Station Wagons
- 24 hr. Service

# EXHIBIT I

(617) 898-4411

**INVOICE NO. 1246849**

TERMS: DUE UPON RECEIPT

MEDICAL RECORD ASSOCIATES, INC.
P.O. BOX 899102
MILTON, MASSACHUSETTS 02186-9102

TAX I.D. NO. 04-2935153

TO:

Requested by: Hubert Rajack

Account Name: Dr. Berry & Howard

Address: 260 Franklin St

City: Boston State: MA Zip: 02110

| INVOICE DATE | REP. | REQUESTED BY |
| --- | --- | --- |
| 3/1/05 | KB | |
| TELEPHONE | | COMMENTS: Subpoena |

PAYABLE UPON RECEIPT

PATIENT NAME: Funk Maryann D.O.B. 2-2-69

HOSPITAL: Lahey Burl HOSP. # 2060782 S.S.N. –

POLICY #

CLAIM #

Medical Record Associates is a Correspondence Management Service retained by the hospital. This is our invoice for retrieving, abstracting, and copying the medical record.

☒ Enclosed please find the medical information that you requested on the above named patient.

☐ Prepayment Required.

| | | |
| --- | --- | --- |
| Base Charge | $ | 15.00 |
| 100 Pages | $ | 50.00 |
| 608 Pages | $ | 152.00 |
| Postage | $ | 18.10 |
| Less Prepayment | $ | |
| BALANCE DUE | $ | 235.10 |

RETURN REMITTANCE COPY WITH YOUR PAYMENT.

**INVOICE NO. 1246849**

A SERVICE CHARGE OF 1½% PER MONTH (18% PER ANNUM) WILL BE CHARGED ON ALL ACCOUNTS NOT PAID IN 30 DAYS. PLEASE PAY PROMPTLY TO INSURE PROPER CREDIT TO YOUR ACCOUNT.

**Thank You**

ORIGINAL COPY



Bank of America
Connecticut
51-57/119

**Day, Berry & Howard LLP**

Counsellors At Law
260 Franklin Street
Boston, MA 02110-3179

Check No. 31900

Date: March 18, 2005

Pay: Two hundred thirty-five and 10/100************************************************ $ ***235.10***

Two signatures required if over $10,000.00

PAY
TO THE
ORDER OF:

MEDICAL RECORD ASSOCIATES, INC.
P.O. BOX 869102
MILTON, MA 02186

Authorized Signature

⑈031900⑈

Payee: MEDICAL RECORD ASSOCIATES, INC.
Vendor ID: 02406

Check No. 31900
Check Date: Mar 18/05

Reference: 00172000
Memo: Medical records of Maryann Fink C. Audunson

| Invoice Num | Invoice Date | Invoice Memo | | Invoice Amount | Payment Amt |
|---|---|---|---|---|---|
| 1246849 | Mar 18/05 | | | $235.10 | $235.10 |
| | | | Totals: | $235.10 | $235.10 |

Redacted

# EXHIBIT J

# Invoice

WarRoom Document Solutions, Inc.
Duplicating USA - Boston
274 Summer Street
Boston, MA 02210
Voice: 617/426-6463
Fax: 617/426-6562

115107

Invoice Number: 27001
Invoice Date: Nov 14, 2006
Page: 1

Sold To:
Day, Berry & Howard LLP
ATTN: Ralph Autillio
One International Place
Boston, MA 02110

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| 2551 / 001772/00000 | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| JAY | Ralph Autillio | NOV 134 | 12/14/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,717.00 | "D" | Heavy Litigation | 0.21 | 360.57 |
| 1,020.00 | Tabs | Tabs | 0.25 | 255.00 |
| 17.00 | Binders | Binders 32553 | 12.50 | 212.50 |

DATE 11/14/06 INIT [illegible]
VENDOR# 2455 W/O
INV #
G/L# 001772 00000 PROJ# Disb 36
OFFICE Boston DEPT Client
S&U [illegible] TMKPR 2551
12/14

REC'D IN ACCT
NOV 16 2006

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. PAYMENT WILL BE MADE WITHIN THIRTY (30) DAYS WITHOUT REGARD TO ANY THIRD PARTY INVOICING. OVERDUE ACCOUNTS WILL BE BILLED A FINANCE CHARGE OF 1.5% PER MONTH. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: ____________________

Date: ____________________

| | |
|---|---|
| Subtotal | 828.07 |
| Sales Tax | 41.40 |
| Total Invoice | 869.47 |
| Payment | 0.00 |
| TOTAL | 869.47 |

Tax ID Number: 04-3466776