CIVIL CASE NO: 04-11377-RBC

TITLE: WILLIAM PARZIALE .   VS.   AMERICAN HERITAGE LIFE.

## W I T N E S S E S

| PLAINTIFF | DEFENDANT |
|---|---|
| 01. Dr. Joseph Rothchild (Video) | 01. Pearl Harrison |
| 02. Dr. Christina Williamson (Video) | 02. John Johnson |
| 03. William Parziale | 03. |
| 04. Robert Ehrlich | 04. |
| 05. | 05. |
| 06. | 06. |
| 07. | 07. |
| 08. | 08. |