## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM PARZIALE, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No. 04-11377-RBC |
| AMERICAN HERITAGE LIFE INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF THE ALLSTATE CORPORATION, | ) ) ) ) ) ) | |
| *Defendant.* | ) ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as attorney on behalf of American Heritage Life Insurance Company ("AHL") in connection with the above-captioned action. Jonathan I. Handler of Day Pitney LLP will continue to represent AHL.

        Respectfully submitted,

        **AMERICAN HERITAGE LIFE INSURANCE COMPANY**

        By its attorneys,

        /s/ Hobart F. Popick
        Jonathan I. Handler (BBO # 561475)
        Hobart F. Popick (BBO # 658763)
        DAY PITNEY LLP
        One International Place
        Boston, Massachusetts 02110
        (617) 345-4600

Dated: February 20, 2007

## CERTIFICATE OF SERVICE

      I, Hobart F. Popick, hereby certify that on the 20th day of February, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Patricia Michaels, Esq., 10 Tremont St., 4th Floor, Boston, Massachusetts 02108.

                                            /s/ Hobart F. Popick  
                                            Hobart F. Popick